| Offender | Offender Status | Movement Date | Movement Type | Origin | Destination | Gate Violator |
|---|---|---|---|---|---|---|
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 4/6/2023 16:20 | WRIT RETURN | COURT | MENARD | No |
| B88647 HOUSTON,LEMUEL | WRIT | 4/6/2023 13:15 | WRIT OUT | MENARD | COURT | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 3/1/2023 11:20 | WRIT RETURN | COURT | MENARD | No |
| B88647 HOUSTON,LEMUEL | WRIT | 3/1/2023 7:34 | WRIT OUT | MENARD | COURT | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 10/20/2022 9:50 | WRIT RETURN | COURT | MENARD | No |
| B88647 HOUSTON,LEMUEL | WRIT | 10/20/2022 6:30 | WRIT OUT | MENARD | COURT | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 8/25/2022 10:20 | WRIT RETURN | COURT | MENARD | No |
| B88647 HOUSTON,LEMUEL | WRIT | 8/25/2022 6:30 | WRIT OUT | MENARD | COURT | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 6/14/2022 17:09 | FURLOUGH RETURN | FURLOUGH | MENARD | No |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 6/14/2022 12:35 | MEDICAL FURLOUGH OUT | MENARD | FURLOUGH | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 5/24/2022 12:00 | FURLOUGH RETURN | FURLOUGH | MENARD | No |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 5/24/2022 8:05 | MEDICAL FURLOUGH OUT | MENARD | FURLOUGH | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 5/17/2022 11:30 | FURLOUGH RETURN | FURLOUGH | MENARD | No |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 5/17/2022 7:20 | MEDICAL FURLOUGH OUT | MENARD | FURLOUGH | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 1/13/2022 11:10 | FURLOUGH RETURN | FURLOUGH | MENARD | No |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 1/13/2022 7:53 | MEDICAL FURLOUGH OUT | MENARD | FURLOUGH | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 10/18/2021 11:30 | FURLOUGH RETURN | FURLOUGH | MENARD | No |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 10/18/2021 6:20 | MEDICAL FURLOUGH OUT | MENARD | FURLOUGH | No |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 7/8/2021 17:20 | TRANSFER IN | TRANSPORTATION | MENARD | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 7/8/2021 14:13 | TRANSFER OUT | WESTERN ILLINOIS | MENARD | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 4/30/2021 19:41 | FURLOUGH RETURN | FURLOUGH | WESTERN ILLINOIS | |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 4/30/2021 15:59 | MEDICAL FURLOUGH OUT | WESTERN ILLINOIS | FURLOUGH | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 4/20/2021 18:00 | WRIT RETURN | COURT | WESTERN ILLINOIS | |
| B88647 HOUSTON,LEMUEL | WRIT | 4/20/2021 10:57 | WRIT OUT | WESTERN ILLINOIS | COURT | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 10/26/2020 19:36 | WRIT RETURN | COURT | WESTERN ILLINOIS | |
| B88647 HOUSTON,LEMUEL | WRIT | 10/26/2020 10:44 | WRIT OUT | WESTERN ILLINOIS | COURT | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 6/22/2020 11:54 | FURLOUGH RETURN | FURLOUGH | WESTERN ILLINOIS | |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 6/22/2020 8:31 | MEDICAL FURLOUGH OUT | WESTERN ILLINOIS | FURLOUGH | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 10/21/2019 15:36 | FURLOUGH RETURN | FURLOUGH | WESTERN ILLINOIS | |
| B88647 HOUSTON,LEMUEL | MEDICAL FURLOUGH | 10/21/2019 12:01 | MEDICAL FURLOUGH OUT | WESTERN ILLINOIS | FURLOUGH | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 7/31/2019 14:42 | TRANSFER IN | TRANSPORTATION | WESTERN ILLINOIS | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 7/31/2019 8:00 | TRANSFER OUT | NORTHERN R&C | WESTERN ILLINOIS | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 7/31/2019 3:50 | LOCATION CHANGE | STATEVILLE | NORTHERN R&C | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 7/30/2019 19:28 | WRIT RETURN | COURT | STATEVILLE | |
| B88647 HOUSTON,LEMUEL | WRIT | 7/30/2019 8:30 | WRIT OUT | STATEVILLE | COURT | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 6/18/2019 20:50 | WRIT RETURN | COURT | STATEVILLE | |
| B88647 HOUSTON,LEMUEL | WRIT | 6/18/2019 8:55 | WRIT OUT | STATEVILLE | COURT | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 3/26/2019 21:43 | WRIT RETURN | COURT | STATEVILLE | |
| B88647 HOUSTON,LEMUEL | WRIT | 3/26/2019 8:00 | WRIT OUT | STATEVILLE | COURT | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 8/30/2018 20:59 | WRIT RETURN | COURT | STATEVILLE | |
| B88647 HOUSTON,LEMUEL | WRIT | 8/30/2018 8:45 | WRIT OUT | STATEVILLE | COURT | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 7/16/2018 20:30 | WRIT RETURN | COURT | STATEVILLE | |
| B88647 HOUSTON,LEMUEL | WRIT | 7/16/2018 7:32 | WRIT OUT | STATEVILLE | COURT | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 4/11/2018 15:45 | TRANSFER IN | TRANSPORTATION | STATEVILLE | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 4/11/2018 14:40 | TRANSFER OUT | PONTIAC | STATEVILLE | |
| B88647 HOUSTON,LEMUEL | IN CUSTODY | 4/4/2018 14:50 | WRIT RETURN | TRANSPORTATION | PONTIAC | |

Exhibit F

| | | | | | | |
|---|---|---|---|---|---|---|
| B88647 | HOUSTON,LEMUEL | TEMP RESIDENT | 4/4/2018 6:15 | TEMPORARY OUT | MENARD | PONTIAC |
| B88647 | HOUSTON,LEMUEL | TEMP RESIDENT | 3/27/2018 12:45 | WRIT RETURN | COURT | MENARD |
| B88647 | HOUSTON,LEMUEL | WRIT | 3/27/2018 8:20 | WRIT OUT | MENARD | COURT |
| B88647 | HOUSTON,LEMUEL | TEMP RESIDENT | 3/21/2018 16:40 | TEMPORARY IN | TRANSPORTATION | MENARD |
| B88647 | HOUSTON,LEMUEL | WRIT | 3/21/2018 9:44 | WRIT OUT | PONTIAC | MENARD |
| B88647 | HOUSTON,LEMUEL | IN CUSTODY | 9/15/2017 12:29 | TRANSFER IN | TRANSPORTATION | PONTIAC |
| B88647 | HOUSTON,LEMUEL | IN CUSTODY | 9/15/2017 8:25 | TRANSFER OUT | MENARD | PONTIAC |
| B88647 | HOUSTON,LEMUEL | IN CUSTODY | 6/1/2017 16:02 | WRIT RETURN | COURT | MENARD |
| B88647 | HOUSTON,LEMUEL | WRIT | 6/1/2017 12:00 | WRIT OUT | MENARD | COURT |
| B88647 | HOUSTON,LEMUEL | IN CUSTODY | 2/15/2017 15:58 | WRIT RETURN | COURT | MENARD |
| B88647 | HOUSTON,LEMUEL | WRIT | 2/15/2017 11:45 | WRIT OUT | MENARD | COURT |
| B88647 | HOUSTON,LEMUEL | IN CUSTODY | 7/30/2015 15:05 | WRIT RETURN | COURT | MENARD |
| B88647 | HOUSTON,LEMUEL | WRIT | 6/17/2015 6:30 | WRIT OUT | MENARD | COURT |
| B88647 | HOUSTON,LEMUEL | IN CUSTODY | 3/19/2013 10:35 | WRIT RETURN | COURT | MENARD |
| B88647 | HOUSTON,LEMUEL | WRIT | 3/19/2013 7:20 | WRIT OUT | MENARD | COURT |
| B88647 | HOUSTON,LEMUEL | RECEPTION | 12/12/2012 8:46 | LOCATION CHANGE | MENARD R&C | MENARD |
| B88647 | HOUSTON,LEMUEL | RECEPTION | 11/16/2012 10:58 | ADMIT IN | ADMISSION | MENARD R&C |

| Parent Institution | Discharge Date |
|---|---|
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| MENARD | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| WESTERN ILLINOIS | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| STATEVILLE | |
| PONTIAC | |
| PONTIAC | |

| |
|---|
| PONTIAC |
| PONTIAC |
| PONTIAC |
| PONTIAC |
| PONTIAC |
| PONTIAC |
| MENARD |
| MENARD |
| MENARD |
| MENARD |
| MENARD |
| MENARD |
| MENARD |
| MENARD |
| MENARD |
| MENARD |
| MENARD |