| Offender | Institution | Living Unit | Start Date | End Date | Placement Reason | Modified By | Modified On | Comments |
|---|---|---|---|---|---|---|---|---|
| B63343 FILLMORE,AARON P | STATEVILLE | STA:NRC:RD:02:12:L1 | 1/23/2023 14:34 | | ROUTINE | Marina Berryhill | 1/23/2023 14:36 | |
| B63343 FILLMORE,AARON P | STATEVILLE | STA:NRC:0U:0U:0U | 1/23/2023 11:43 | 1/23/2023 14:34 | TEMP RESIDENT | IDOC Service Admin # | 1/23/2023 14:36 | |
| B63343 FILLMORE,AARON P | TRANSPORTATION | TRA:TRA:00:00:00 | 1/23/2023 7:45 | 1/23/2023 11:43 | TEMP RESIDENT | IDOC Service Admin # | 1/23/2023 13:18 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R8:BU:23:L1 | 12/20/2022 12:06 | 1/23/2023 7:45 | ROUTINE | IDOC Service Admin # | 1/23/2023 8:39 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:0U:0U:0U | 12/20/2022 10:56 | 12/20/2022 12:06 | FURLOUGH | IDOC Service Admin # | 12/20/2022 12:07 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:FUR:00:00:00 | 12/20/2022 8:05 | 12/20/2022 10:56 | MEDICAL REASON | IDOC Service Admin # | 12/20/2022 10:59 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R8:BU:23:L1 | 7/6/2022 12:05 | 12/20/2022 8:05 | ROUTINE | IDOC Service Admin # | 12/20/2022 8:24 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R6:AU:23:L1 | 7/4/2022 12:17 | 7/6/2022 12:05 | ROUTINE | IDOC Service Admin # | 7/6/2022 12:05 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R6:AL:04:L1 | 6/13/2022 14:33 | 7/4/2022 12:17 | ROUTINE | IDOC Service Admin # | 7/4/2022 12:18 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R6:AU:23:L1 | 5/12/2022 10:24 | 6/13/2022 14:33 | ROUTINE | IDOC Service Admin # | 6/13/2022 14:34 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R8:AU:23:L1 | 3/18/2022 10:47 | 5/12/2022 10:24 | ROUTINE | IDOC Service Admin # | 5/12/2022 10:24 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R8:AU:22:L1 | 3/11/2022 17:43 | 3/18/2022 10:47 | ROUTINE | IDOC Service Admin # | 3/18/2022 10:47 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R8:AU:17:L1 | 3/11/2022 16:50 | 3/11/2022 17:43 | ROUTINE | IDOC Service Admin # | 3/11/2022 17:44 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:R8:AU:16:L1 | 3/1/2022 17:21 | 3/11/2022 16:50 | ROUTINE | IDOC Service Admin # | 3/11/2022 16:51 | TRF |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:0U:0U:0U | 3/1/2022 17:20 | 3/1/2022 17:21 | TRANSFER | IDOC Service Admin # | 3/1/2022 17:22 | |
| B63343 FILLMORE,AARON P | TRANSPORTATION | TRA:TRA:00:00:00 | 3/1/2022 11:20 | 3/1/2022 17:20 | TRANSFER | IDOC Service Admin # | 3/1/2022 17:21 | |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:NA:04:43:L1 | 5/26/2020 12:19 | 3/1/2022 11:20 | ROUTINE | IDOC Service Admin # | 3/1/2022 11:50 | |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:NA:02:46:L1 | 1/27/2020 12:52 | 5/26/2020 12:19 | ROUTINE | IDOC Service Admin # | 5/26/2020 12:20 | |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:0U:0U:0U | 1/27/2020 11:40 | 1/27/2020 12:52 | TRANSFER | IDOC Service Admin # | 1/27/2020 12:52 | |
| B63343 FILLMORE,AARON P | TRANSPORTATION | TRA:TRA:00:00:00 | 1/27/2020 7:00 | 1/27/2020 11:40 | TRANSFER | IDOC Service Admin # | 1/27/2020 12:08 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:CU:08:L1 | 10/15/2019 11:20 | 1/27/2020 7:00 | ROUTINE | IDOC Service Admin # | 1/27/2020 7:02 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:CU:01:L1 | 10/12/2019 14:28 | 10/15/2019 11:20 | ROUTINE | IDOC Service Admin # | 10/15/2019 11:20 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:CU:08:L1 | 9/20/2017 9:37 | 10/12/2019 14:28 | SEG. RELEASE | IDOC Service Admin # | 10/12/2019 14:29 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:BU:19:L1 | 8/22/2017 14:47 | 9/20/2017 9:37 | TEMP CONF SEG | IDOC Service Admin # | 9/20/2017 9:37 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:CU:06:L1 | 7/6/2017 11:51 | 8/22/2017 14:47 | CELL DOWN | IDOC Service Admin # | 8/22/2017 14:48 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:CU:07:L1 | 12/16/2015 8:37 | 7/6/2017 11:51 | SEG. RELEASE | IDOC Service Admin # | 7/6/2017 11:52 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:BU:20:U1 | 10/20/2015 12:38 | 12/16/2015 8:37 | ROUTINE | IDOC Service Admin # | 12/16/2015 8:41 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:BL:12 | 12/16/2014 9:29 | 10/20/2015 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:BU:04 | 4/24/2014 10:10 | 12/16/2014 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:CU:21 | 12/26/2013 8:45 | 4/24/2014 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:S:CU:05 | 11/7/2013 13:41 | 12/26/2013 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | LAWRENCE | LAW:LAW:0U:0U:0U | 11/7/2013 13:30 | 11/7/2013 0:00 | TRANSFER | Data Migration | 12/12/2015 4:23 | |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:NA:04:10 | 12/21/2012 16:18 | 11/7/2013 0:00 | TRANSFER | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:0U:0U:0U | 12/21/2012 14:00 | 12/21/2012 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:J:01:01 | 12/21/2012 5:16 | 12/21/2012 0:00 | TRANSFER | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:C:05:02 | 9/19/2011 20:10 | 12/21/2012 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:C:05:07 | 4/13/2011 9:35 | 9/19/2011 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:G:05:07 | 8/2/2005 17:31 | 4/13/2011 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 8/2/2005 17:31 | 8/2/2005 0:00 | WRIT | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:G:05:07 | 8/1/2005 18:41 | 8/2/2005 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 8/1/2005 18:41 | 8/1/2005 0:00 | WRIT | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:R:01:05 | 8/1/2005 5:30 | 8/1/2005 0:00 | WRIT | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:G:05:07 | 8/24/2004 13:40 | 8/1/2005 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:C:05:07 | 5/18/2004 14:31 | 8/24/2004 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:C:05:01 | 2/6/2004 13:24 | 5/18/2004 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:C:05:07 | 2/5/2004 22:13 | 2/6/2004 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:H:04:02 | 10/4/2002 13:40 | 2/5/2004 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:G:04:08 | 10/3/2002 19:36 | 10/4/2002 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:H:04:02 | 6/20/2002 19:51 | 10/3/2002 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 6/20/2002 19:50 | 6/20/2002 0:00 | WRIT | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:H:04:02 | 6/19/2002 19:12 | 6/20/2002 0:00 | WRIT | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 6/19/2002 19:12 | 6/19/2002 0:00 | WRIT | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:R:01:01 | 6/19/2002 5:40 | 6/19/2002 0:00 | WRIT | Data Migration | 12/12/2015 4:25 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:H:04:02 | 6/18/2002 20:14 | 6/19/2002 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 6/18/2002 20:14 | 6/18/2002 0:00 | WRIT | Data Migration | 12/12/2015 4:24 | |
| B63343 FILLMORE,AARON P | TAMMS | TAM:TAM:R:01:01 | 6/18/2002 5:35 | 6/18/2002 0:00 | WRIT | Data Migration | 12/12/2015 4:24 | |

| ID | Name | Facility | Location Code | Date In | Date Out | Type | Source | Migration Date |
|---|---|---|---|---|---|---|---|---|
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:04:02 | 5/17/2001 10:10 | 6/18/2002 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:01 | 11/17/2000 20:13 | 5/17/2001 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 9/20/2000 14:51 | 11/17/2000 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:R:01:01 | 9/20/2000 14:39 | 9/20/2000 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 9/20/2000 14:37 | 9/20/2000 0:00 | WRIT | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 3/20/2000 13:25 | 9/20/2000 0:00 | WRIT | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:01 | 3/18/2000 17:25 | 3/20/2000 0:00 | ROUTINE | Data Migration | 12/12/2015 4:23 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 9/27/1999 18:11 | 3/18/2000 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 9/27/1999 17:35 | 9/27/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:0U:0U:0U | 9/26/1999 14:08 | 9/27/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 8/30/1999 14:43 | 9/26/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:02:03 | 8/29/1999 22:11 | 8/30/1999 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 8/17/1999 10:47 | 8/29/1999 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:D:05:04 | 8/12/1999 14:17 | 8/17/1999 0:00 | ROUTINE | Data Migration | 12/12/2015 4:23 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 8/10/1999 18:25 | 8/12/1999 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 8/10/1999 18:24 | 8/10/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:NS:02:23 | 8/9/1999 15:44 | 8/10/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:23 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:0U:0U:0U | 8/9/1999 13:55 | 8/9/1999 0:00 | TEMP RESIDENT | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 6/29/1999 17:29 | 8/9/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:23 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 6/29/1999 17:28 | 6/29/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:23 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:NS:01:10 | 6/28/1999 15:40 | 6/29/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:0U:0U:0U | 6/28/1999 14:00 | 6/28/1999 0:00 | TEMP RESIDENT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 4/21/1999 18:56 | 6/28/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 4/21/1999 18:55 | 4/21/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:NS:01:03 | 4/20/1999 14:36 | 4/21/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:0U:0U:0U | 4/20/1999 13:25 | 4/20/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 3/3/1999 20:03 | 4/20/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 3/3/1999 20:03 | 3/3/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:NS:01:07 | 3/3/1999 7:54 | 3/3/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:0U:0U:0U | 3/3/1999 7:54 | 3/3/1999 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:NS:01:01 | 3/2/1999 15:33 | 3/3/1999 0:00 | ROUTINE | Data Migration | 12/12/2015 4:23 |
| B63343 | FILLMORE,AARON P | JOLIET | JOL:JOL:0U:0U:0U | 3/2/1999 14:00 | 3/2/1999 0:00 | TEMP RESIDENT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 1/27/1999 17:32 | 3/2/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 1/27/1999 17:32 | 1/27/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:H:06:03 | 12/31/1998 12:18 | 1/27/1999 0:00 | WRIT | Data Migration | 12/12/2015 4:23 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:C:04:02 | 12/25/1998 13:14 | 12/31/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:R:01:01 | 12/25/1998 12:08 | 12/25/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | TAMMS | TAM:TAM:0U:0U:0U | 12/25/1998 12:04 | 12/25/1998 0:00 | TRANSFER | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:MS:01:35 | 12/24/1998 22:16 | 12/25/1998 0:00 | TRANSFER | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:0U:0U:0U | 12/24/1998 22:14 | 12/24/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:I1:E:04 | 12/24/1998 20:09 | 12/24/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:E:09:21 | 11/18/1998 15:36 | 12/24/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:F:01:55 | 11/13/1998 15:41 | 11/18/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:0U:0U:0U | 11/13/1998 15:32 | 11/13/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:I2:H:06 | 10/29/1998 15:28 | 11/13/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:I1:G:02 | 10/28/1998 16:10 | 10/29/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:B:06:21 | 10/28/1998 15:38 | 10/28/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:0U:0U:0U | 10/28/1998 15:37 | 10/28/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:B:06:17 | 9/30/1998 15:43 | 10/28/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:B:10:11 | 8/9/1998 15:19 | 9/30/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:B:08:16 | 6/10/1998 15:04 | 8/9/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:B:08:11 | 5/15/1998 15:41 | 6/10/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:0U:0U:0U | 5/15/1998 15:27 | 5/15/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:F:02:28 | 5/3/1998 15:11 | 5/15/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:0U:0U:0U | 5/3/1998 15:11 | 5/3/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:E:09:14 | 4/6/1998 15:40 | 5/3/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 | FILLMORE,AARON P | STATEVILLE | STA:STA:H3:C:06 | 4/1/1998 21:11 | 4/6/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B63343 FILLMORE,AARON P | STATEVILLE | STA:STA:0U:0U:0U | 4/1/1998 16:55 | 4/1/1998 0:00 | TRANSFER | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:O:06:16 | 3/30/1998 15:19 | 4/1/1998 0:00 | TRANSFER | Data Migration | 12/12/2015 4:23 |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:SL:02:12 | 2/4/1998 14:11 | 3/30/1998 0:00 | SEG. RELEASE | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:E:02:15 | 12/19/1997 14:57 | 2/4/1998 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:E:01:17 | 6/8/1997 15:03 | 12/19/1997 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:0U:0U:0U | 6/8/1997 14:57 | 6/8/1997 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:E:10:16 | 5/6/1997 15:21 | 6/8/1997 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | PONTIAC | PON:PON:0U:0U:0U | 5/6/1997 13:55 | 5/6/1997 0:00 | TRANSFER | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:N:06:07 | 4/29/1997 13:56 | 5/6/1997 0:00 | TRANSFER | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:N:08:43 | 2/4/1997 14:30 | 4/29/1997 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:W:01:22 | 11/7/1996 12:08 | 2/4/1997 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:H:01:05 | 11/6/1996 14:27 | 11/7/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:23 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:H:01:09 | 11/6/1996 14:04 | 11/6/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:W:01:22 | 8/15/1996 11:06 | 11/6/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:23 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:N2:04:39 | 6/13/1996 12:08 | 8/15/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:SL:01:27 | 3/22/1996 12:42 | 6/13/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:23 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:SL:03:01 | 3/22/1996 8:42 | 3/22/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:W:01:22 | 3/13/1996 12:25 | 3/22/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:SL:02:30 | 3/13/1996 8:20 | 3/13/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:W:01:22 | 10/30/1995 9:56 | 3/13/1996 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:W:07:25 | 7/17/1995 13:26 | 10/30/1995 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:W:07:12 | 5/26/1995 14:07 | 7/17/1995 0:00 | ROUTINE | Data Migration | 12/12/2015 4:23 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:W:07:16 | 2/22/1995 9:28 | 5/26/1995 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:E:05:06 | 2/15/1995 21:54 | 2/22/1995 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | MENARD | MEN:MEN:0U:0U:0U | 2/15/1995 18:00 | 2/15/1995 0:00 | TRANSFER | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | JOLIET | JOL:JOL:E:07:22 | 2/3/1995 10:18 | 2/15/1995 0:00 | TRANSFER | Data Migration | 12/12/2015 4:25 |
| B63343 FILLMORE,AARON P | JOLIET | JOL:JOL:E:05:02 | 2/1/1995 20:55 | 2/3/1995 0:00 | ROUTINE | Data Migration | 12/12/2015 4:24 |
| B63343 FILLMORE,AARON P | JOLIET | JOL:JRC:0U:0U:0U | 2/1/1995 12:47 | 2/1/1995 0:00 | ADMIT | Data Migration | 12/12/2015 4:25 |