ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Medical History

HIV Opt-Out: ☐ Test ☐ Refused

Hep C Opt-Out: ☐ Test ☐ Refused

LAWRENCE CORRECTIONAL CENTER
Facility

☐ Reception History
☑ Periodic History

Date: 1/19/18
Time: 805 ☑ a.m. ☐ p.m.

**Offender Information**

Fillmore, Aaron — Last, First, Middle Initial
B63343 — ID#

Race: ☐ African American ☐ Asian ☐ Hispanic ☐ Native American ☑ White ☐ Other

Gender: ☑ Male ☐ Female

Date of Birth: 1/1/01 75

**Subjective:** Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | ☑ | ☐ | | Erthroymicin |
| Smoking | ☐ | ☑ | | |
| Pediculosis | ☑ | ☐ | | Achild |
| Seizures or cerebral trauma | ☐ | ☑ | | |
| Asthma | ☐ | ☑ | | |
| Cardiac/HTN | ☐ | ☑ | | |
| Diabetic | ☐ | ☑ | | |
| Disability: ☐ Vision ☐ Eyeglasses ☐ Contact lens NO | | | ☐ Hearing aid: L / R | ☐ Blind L / R ☐ Deaf L / R ☐ Mute ☐ Signs ☐ Lip reads NO |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☑ | | |
| b. Hx + PPD/Active TB | ☐ | ☑ | | |
| c. STD | ☐ | ☑ | | |
| d. HIV +/AIDS | ☐ | ☑ | | |
| Recent Communicable Illness Symptoms: ☐ Chronic cough ☐ Coughing blood ☐ Lethargy ☐ Weakness ☐ Weight loss ☐ Loss of appetite ☐ Fever ☐ Night sweats — NO | | | | |
| Surgeries | ☑ | ☐ | | compound fx (L) wrist 82' |
| Hx of Psych Tx | ☐ | ☑ | | |
| a. Past Suicide Attempt | ☐ | ☑ | | |
| b. Current Suicidal Ideation | ☐ | ☑ | | |
| Recent Drug/ETOH use | ☐ | ☑ | | |

Type: N/A Amount: N/A Time of last use: N/A

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Substance Abuse Hospitalizations | ☐ | ☑ | | |
| Withdrawal symptoms: ☐ Current ☑ Prior N/A | | | | |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☑ | | |
| b. Prosthetics | ☐ | ☑ | | |
| c. Specialized Equipment | ☐ | ☑ | | |
| Other Medications | ☐ | ☑ | | |
| History of Sexual Abuse or Predator | ☐ | ☑ | | |
| Oriented x3 | ☑ | ☐ | | |

State of consciousness (e.g., alert, responsive, lethargic): A/Ox3

Past mental illness including hospitalizations: NS

Dental problems: NO

Breathing (e.g., persistent cough, hyperventilation): WNL

Other: N/A

**Objective:** T: 97° P: 90 ☑ regular ☐ irregular R: 18 ☑ regular ☐ irregular B/P: 136/84

Height: 5'11" Weight: 182 Vision: RT 20/20 LT 20/20 Corrected: RT 20/ LT 20/

Behavior, appearance, mental status, auditory ability, deformities, evidence of trauma, and skin conditions: WNL WNL WNL WNL Ø Ø WNL

**Assessment:** All: Erythromycin
Hx compound fx (L) wrist-82'

**Plan:** (Check and complete as appropriate)

1. Physical Examination: ☐ Urgent ☑ Routine
2. Mental Health Referral: ☐ Urgent ☑ Routine
3. Placement in General Population: ☑ Yes ☐ No
4. Health Information Given: ☑ Yes ☐ Refused
5. PPD Results: ☐ Positive ☑ Negative
6. Chest X-ray Performed: ☑ N/A ☐ Yes ☐ No
7. Other:

Date PPD Administered: 1/19/18 Date PPD Read: 1/21/18

Reading: 0 mm By: [signature]

YShryock — Print Name of Interviewer

[signature] — Signature

**R & C Use Only**

LAB: Sickle Cell: ☐ Yes ☐ No Dental: Panorex:

EKG: CXR: **Female Only:** PAP: Mamo:

Distribution: Offender's Medical Record

DOC 0092 (Rev. 03/2017)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Physical Examination

LAWRENCE COORECTIONAL Center

Date: 1/22/18

Time: 10 15 ☑ a.m. ☐ p.m.

**Offender Information:**

Last Name: Fillmore First Name: Aaron MI: ID#: B63343

Race: ☑ White ☐ African American ☐ Asian American ☐ Hispanic ☐ Native American ☐ Other

Gender: ☑ Male ☐ Female Date of Birth: 1/10/75

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | | | |
| Lab reviewed | | | |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | ✓ | | ERYTHROMYCIN |
| Substance Abuse | | | |
| a. Alcohol | ☐ | ☑ | |
| b. IV Drugs | ☐ | ☑ | |
| c. Other Drugs | ☐ | ☑ | |
| d. Hx, drug/alcohol withdrawal | ☐ | ☑ | |
| Shared Needles | | ✓ | |
| Sexual Contact with: | | | |
| a. IV drug user | ☐ | ☑ | |
| b. Prostitute(s) | ☐ | ☑ | |
| c. Multiple Partners | ☑ | ☐ | |
| Homosexual Activity | | ✓ | |
| STD | | ✓ | |
| HIV+/AIDS | | ✓ | |
| Blood Transfusions | | ✓ | |
| Three or more months of: | | | |
| a. Fever | ☐ | ☑ | |
| b. Diarrhea | ☐ | ☑ | |
| c. Night Sweats | ☐ | ☑ | |
| d. Persistent URI | ☐ | ☑ | |
| Weight Loss (>15 Lbs.) | | ✓ | |
| Lymphadenopathy | | ✓ | |
| Fatigue | | ✓ | |
| Other (Female) a. Mammography | ☐ | ☐ | G ____ P ____ AB ____ LNMP ____ Date/Results: |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member: |
| c. PAP Smear | ☐ | ☐ | Date/Results: |

NA

**Past Hospitalizations:** MERCY CENTER, AURORA IL 1982

Diagnosis: Compound FX LT. WRIST Diagnosis:

Date(s): Date(s):

Hospital: Hospital:

Location: Location:

Distribution: Offender's Medical Record Side1 DOC 0099 (Rev. 11/2012)

*Printed on Recycled Paper*

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) MI ID#: B63343

Date: 1 / 22 / 18

Time: 10 15 ☐ a.m. ☐ p.m.

Race: ☐ White ☐ African American ☐ Asian American ☐ Hispanic ☐ Native American ☐ Other____

Gender: ☐ Male ☐ Female

Date of Birth: 1 / 10 / 75

| Objective: System | Normal | ABN | Explanation: | |
|---|---|---|---|---|
| Head, Neck, Face, & Scalp | / | | | |
| Nose and Sinuses | / | | | |
| Mouth and Throat | / | | Oral Condition: | |
| Ears | / | | Drums Normal/Grossly Intact: | Hearing: R - L – Diminished: |
| Eyes | / | | Pupils: Accommodation: | Fundoscopic: |
| Lungs and Chest including Breast | / | | Auscultation: | |
| Heart | / | | Rate: Rhythm: | Size: Murmurs: |
| Vascular | / | | | |
| Abdomen | / | | Consistency: Masses: | Tenderness: Scars: |
| Anus, Rectum (Prostate – *40+ Male Only*) | deferred | | Visual: Digital: | Guaiac + / - / R: |
| Genito-Urinary System | | | | |
| Upper Extremities | / | | Strength: ROM: | |
| Lower Extremities | / | | Strength: ROM | |
| Spine and Musculo-Skeletal | | | | |
| Skin and Lymphatics | / | | | |
| Neurologic DTR's | / | | Romberg: Biceps: Patella: | |
| Mental Status | / | | | |
| Pelvis (*Female Only*) | N/A | | Cervix: Fundus: | Vaginal Canal: PAP: ☐ Y ☐ N ☐ R |

**Assessment: Problem #**

c/o Chest pain
Some time when resting
for few seconds

**Plan:** (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes ☒ No

HR: ☐ Yes ☒ No

Food Handler Status:

CXR 1/23/18

EKG 1/24/18

**Examiners Signature:**

FAIYAZ AHMED (Print Name) [signature] (Signature) 1, 22, 18 (Date)

Distribution: Offender's Medical Record

Side 2

*Printed on Recycled Paper*

DOC 0099 (Rev. 11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Medical History

Lawrence Correctional Center
**Facility**

☐ Reception History
☒ Periodic History

Date: 1-22-20
Time: 8 50 ☒ a.m. ☐ p.m.

**Offender Information**

Fillmore Aaron — Last, First, Middle Initial
B63343 — ID#

Race: ☐ African American ☐ Asian ☐ Hispanic ☐ Native American ☒ White ☐ Other

Gender: ☒ Male ☐ Female 45 Date of Birth: 1-10-75

**Subjective: Past Medical History / History of Present Illness / Family History**

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | ☒ | ☐ | | Erythromycin |
| Smoking | ☐ | ☒ | | |
| Pediculosis | ☐ | ☒ | | |
| Seizures or cerebral trauma | ☐ | ☒ | | |
| Asthma | ☐ | ☒ | | |
| Cardiac/HTN | ☐ | ☒ | | |
| Diabetic | ☐ | ☒ | | |
| [D]isability: ☐ Vision ☐ Eyeglasses ☐ Contact Lens | | | ☐ Hearing aid: ☐ L / ☐ R | ☐ Blind: ☐ L / ☐ R ☐ Deaf: ☐ L / ☐ R ☐ Mute ☐ Signs ☐ Lip reads |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☒ | | |
| b. Hx + PPD/Active TB | ☐ | ☒ | | |
| c. STD | ☐ | ☒ | | |
| d. HIV +/AIDS | ☐ | ☒ | | |
| Recent Communicable Illness Symptoms: ☐ Chronic cough ☐ Coughing blood ☐ Lethargy ☐ Weakness ☐ Weight loss ☐ Loss of appetite ☐ Fever ☐ Night sweats | | | | |
| Surgeries | ☒ | ☐ | | (L) wrist 1982 |
| Hx of Psych Tx | ☐ | ☒ | | |
| a. Past Suicide Attempt | ☐ | ☒ | | |
| b. Current Suicidal Ideation | ☐ | ☒ | | |
| Recent Drug/ETOH use | ☐ | ☒ | | |
| Type: | Amount: | | | Time of last use: |
| [S]ubstance Abuse Hospitalizations | ☐ | ☒ | | |
| [W]ithdrawal symptoms: ☐ Current ☐ Prior | | | | |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☒ | | |
| b. Prosthetics | ☐ | ☒ | | |
| c. Specialized Equipment | ☐ | ☒ | | |
| Other Medications | ☐ | ☒ | | |
| History of Sexual Abuse | ☐ | ☒ | | |
| History of Predator | ☐ | ☒ | | |
| Sexual History: ☐ Homosexual activity ☐ Sex with Prostitute ☐ Sex with anyone HIV + | | | | |
| Oriented x3 | ☒ | ☐ | | |
| a. Behavior WNL | ☒ | ☐ | | |
| b. Mental status appropriate | ☒ | ☐ | | |
| General Appearance WNL | ☒ | ☐ | | |
| a. Deformities | ☐ | ☒ | | |
| b. Evidence of Trauma | ☐ | ☒ | | |
| c. Skin Conditions | ☐ | ☒ | | |

State of consciousness (e.g., alert, responsive, lethargic): alert

Past mental illness including hospitalizations: ⊖

Dental problems: ⊖

Breathing (e.g., persistent cough, hyperventilation):

Other:

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

tive: T: 98.4 P: 81 ☒ regular ☐ irregular R: 20 ☒ regular ☐ irregular B/P: 138/95

: 5'10" Weight: 180.8 99% Vision: RT 20/ 30 LT 20/ 20 Corrected: RT 20/ ____ LT 20/ ____

sment: All: Erythromycin
Ø meds

**Plan:** (Check and complete as appropriate)

1. Physical Examination: ☐ Urgent ☐ Routine
2. Mental Health Referral: ☐ Urgent ☐ Routine
3. Placement in General Population: ☐ Yes ☐ No
4. Health Information Given: ☐ Yes ☐ Refused
5. PPD Results: ☐ Positive ☐ Negative
6. Chest X-ray Performed: ☐ N/A 7. ☐ Yes ☐ No

Other: ____

Opt-Out: ☐ Test ☐ Refused ____

C Opt-Out: ☐ Test ☐ Refused ____

PPD Administered: 1-22-20

PPD Read: ____

ing: ____ mm By: ____

: ____ Expiration Date: ____

Tuletty RN
Print Name of Interviewer

____
Signature

**R & C Use Only**

Sickle Cell: ☐ Yes ☐ No Dental: ____ Panorex: ____

: ____ CXR: ____ **Female Only:** PAP: ____ Mamo: ____

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

Pontiac Correctional Center
**Facility**

☐ Reception History
☐ Periodic History
Date: ~~0810~~ 1/29/20
Time: 0810 ☒ a.m. ☐ p.m.

**Offender Information**

Fillmore Aaron — Last, First, Middle Initial
B63343 — ID#

Race: ☐ African American ☐ Asian ☐ Hispanic ☐ Native American ☒ White ☐ Other

Gender: ☒ Male ☐ Female Date of Birth: 1/10/75

| **Subjective:** | | | **Past Medical History / History of Present Illness / Family History** | |
|---|---|---|---|---|
| **Condition** | **Yes** | **No** | **Family History** | **Explanation** |
| Allergies | ☒ | ☐ | | |
| Smoking | ☐ | ☒ | | |
| Pediculosis | ☐ | ☒ | | |
| Seizures or cerebral trauma | ☐ | ☒ | | |
| Asthma | ☐ | ☒ | | |
| Cardiac/HTN | ☐ | ☒ | | |
| Diabetic | ☐ | ☒ | | |
| Disability: ☐ Vision ☐ Eyeglasses ☐ Contact Lens | | | ☐ Hearing aid: ☐ L / ☐ R | ☐ Blind: ☐ L / ☐ R ☐ Deaf: ☐ L / ☐ R ☐ Mute ☐ Signs ☐ Lip reads |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☒ | | |
| b. Hx + PPD/Active TB | ☐ | ☒ | | |
| c. STD | ☐ | ☒ | | |
| d. HIV +/AIDS | ☐ | ☒ | | |
| Recent Communicable Illness Symptoms: ☐ Chronic cough ☐ Coughing blood ☐ Lethargy ☐ Weakness ☐ Weight loss ☐ Loss of appetite ☐ Fever ☐ Night sweats | | | | |
| Surgeries | ☒ | ☐ | (L) wrist Compound Fx '82 (L) Arm 3 Inch shorter | |
| Hx of Psych Tx | ☐ | ☒ | | |
| a. Past Suicide Attempt | ☐ | ☒ | | |
| b. Current Suicidal Ideation | ☐ | ☒ | | |
| Recent Drug/ETOH use | ☐ | ☒ | | |
| Type: ______ Amount: ______ Time of last use: ______ | | | | |
| Substance Abuse Hospitalizations | ☐ | ☒ | | |
| Withdrawal symptoms: ☐ Current ☐ Prior | | | | |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☒ | | |
| b. Prosthetics | ☐ | ☒ | | |
| c. Specialized Equipment | ☐ | ☒ | | |
| Other Medications | ☐ | ☒ | | |
| History of Sexual Abuse | ☐ | ☒ | | |
| History of Predator | ☐ | ☒ | | |
| Sexual History: ☐ Homosexual activity ☐ Sex with Prostitute ☐ Sex with anyone HIV + | | | | |
| Oriented x3 | ☒ | ☐ | | |
| a. Behavior WNL | ☒ | ☐ | | |
| b. Mental status appropriate | ☒ | ☐ | | |
| General Appearance WNL | ☒ | ☐ | | |
| a. Deformities | ☐ | ☒ | | |
| b. Evidence of Trauma | ☐ | ☒ | | |
| c. Skin Conditions | ☐ | ☒ | | |

State of consciousness (e.g., alert, responsive, lethargic): A+ox4

Past mental illness including hospitalizations: none.

Dental problems: none.

Breathing (e.g., persistent cough, hyperventilation): WNL

Other: —

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0092 (Rev. 9/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Medical History

**Objective:** T: 98.3 P: 90 ☒ regular ☐ irregular R: 16 ☒ regular ☐ irregular B/P: 140/80

Height: 5'10 Weight: 184 Vision: RT 20/ 20 LT 20/ 15 Corrected: RT 20/____ LT 20/ ____

**Assessment:** ________

**Plan:** (Check and complete as appropriate)

1. Physical Examination: ☐ Urgent ☒ Routine
2. Mental Health Referral: ☐ Urgent ☐ Routine
3. Placement in General Population: ☐ Yes ☐ No
4. Health Information Given: ☐ Yes ☐ Refused
5. PPD Results: ☐ Positive ☐ Negative
6. Chest X-ray Performed: ☐ N/A 7. ☐ Yes ☐ No

Other: ________

HIV Opt-Out: ☐ Test ☐ Refused ________

Hep C Opt-Out: ☐ Test ☐ Refused ________

Date PPD Administered: @ Lawrence

Date PPD Read: ________

Reading: ____ mm By: ________

Lot #: ________ Expiration Date: ________

S. Farr

Print Name of Interviewer

[signature]

Signature

**R & C Use Only**

LAB: ______ Sickle Cell: ☐ Yes ☐ No Dental: ______ Panorex: ______

EKG: ______ CXR: ______ **Female Only:** PAP: ______ Mamo: ______

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Physical Examination

PONTIAC CORRECTIONAL Center

Date: 1 29 20

Time: 8 30 ☑ a.m. ☐ p.m.

**Offender Information:**

FILLMORE AARON ___ ID#: B63334

Last Name / First Name / MI

Race: ☑ White ☐ African American ☐ Asian American ☐ Hispanic ☐ Native American ☐ Other___

Gender: ☑ Male ☐ Female Date of Birth: 1 / 10 / 75

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ✓ | | |
| Lab reviewed | ✓ | | |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | ✓ | | Erythromycin ? N/Vomiting |
| Substance Abuse | | | |
| a. Alcohol | ☐ | ☑ | |
| b. IV Drugs | ☐ | ☑ | |
| c. Other Drugs | ☐ | ☑ | |
| d. Hx, drug/alcohol withdrawal | ☐ | ☑ | |
| Shared Needles | | ✓ | |
| Sexual Contact with: | | | |
| a. IV drug user | ☐ | ☑ | |
| b. Prostitute(s) | ☐ | ☑ | |
| c. Multiple Partners | ☑ | ☐ | |
| Homosexual Activity | | ✓ | |
| STD | | ✓ | |
| HIV+/AIDS | | ✓ | |
| Blood Transfusions | | ✓ | |
| Three or more months of: | | | |
| a. Fever | ☐ | ☑ | |
| b. Diarrhea | ☐ | ☑ | |
| c. Night Sweats | ☐ | ☑ | |
| d. Persistent URI | ☐ | ☑ | |
| Weight Loss (>15 Lbs.) | | | |
| Lymphadenopathy NA | | | NA |
| Fatigue | | | |
| Other (Female) | | | |
| a. Mammography | ☐ | ☐ | G ___ P ___ AB ___ LNMP ___ Date/Results: ___ |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member: ___ |
| c. PAP Smear | ☐ | ☐ | Date/Results: ___ |

**Past Hospitalizations:**

| Diagnosis: ___ | Diagnosis: ___ |
|---|---|
| Date(s): ___ | Date(s): ___ |
| Hospital: ___ | Hospital: ___ |
| Location: ___ | Location: ___ |

Date: 1 / 29 20

Time: 830 ☒ a.m. ☐ p.m.

**Offender Information:**

FILLMORE (Last Name) AARON (First Name) ____ (MI) ID#: B63343

Race: ☒ White ☐ African American ☐ Asian American ☐ Hispanic ☐ Native American ☐ Other____

Gender: ☒ Male ☐ Female Date of Birth: 1 / 10 / 75

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | WNL ✓ |
| Nose and Sinuses | ✓ | | |
| Mouth and Throat | ✓ | | Oral Condition: WNL |
| Ears | ✓ | | Drums: WNL Normal/Grossly Intact: Hearing: R - WNL L - WNL ~~Diminished:~~ |
| Eyes | ✓ | | Pupils: PERRLA Accommodation: WNL Fundoscopic: ✓ |
| Lungs and Chest including Breast | ✓ | | Auscultation: clear |
| Heart | ✓ | | Rate: 68 Rhythm: Reg Size: WNL Murmurs: — |
| Vascular | ✓ | | ✓ |
| Abdomen | ✓ | | Consistency: soft Masses: Tenderness: Scars: |
| Anus, Rectum (Prostate – *40+ Male Only*) | ref | | Visual: Digital: ref Guaiac + / - / R: |
| Genito-Urinary System | | | ref |
| Upper Extremities | | ✓ | Strength: 4+/5 ROM: ↓ROM (L)UE 3" shorter than (R) |
| Lower Extremities | ✓ | | Strength: MT 5 ROM: Full ROM |
| Spine and Musculo-Skeletal | ✓ | | |
| Skin and Lymphatics | ✓ | | WNL |
| Neurologic DTR's | ✓ | | Romberg: (-) neg Biceps: 2(+) 2(+) Patella: |
| Mental Status | ✓ | | AO x3. |
| Pelvis (*Female Only*) | | | Cervix: Fundus: Vaginal Canal: PAP: ☐ Y ☐ N ☐ R |

Assessment: Problem # 1. S/P ORIF LUE MVA 1982 c 3" shorter LUE
2. Refused Rectal & genital exams

Plan: (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes ☒ No

HR: ☐ Yes ☒ No

Food Handler Status: OK.

SEC. BELT PERMIT x 6m.

Examiners Signature:

A. TILDEN MD (Print Name) [signature] (Signature) 1, 29, 20 (Date)

Distribution: Offender's Medical Record Side 2 DOC 0099 (Rev. 11/2012)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

LAWRENCE CORRECTIONAL CENTER

**Facility**

☐ Reception History
☐ Periodic History

Date: 1/10/23

Time: 1030 ☒ a.m. ☐ p.m.

**Offender Information**

Last, First, Middle Initial: Fillmore Aaron ID# B63343

Race: ☐ African American ☐ Asian ☐ Hispanic ☐ Native American ☒ White ☐ Other

Gender: ☒ Male ☐ Female Date of Birth: 1/10/75

| **Subjective:** | **Past Medical History / History of Present Illness / Family History** | | | |
|---|---|---|---|---|
| **Condition** | **Yes** | **No** | **Family History** | **Explanation** |
| Allergies | ☒ | ☐ | | Erythromycin |
| Smoking | ☐ | ☒ | | |
| Pediculosis | ☐ | ☒ | | |
| Seizures or cerebral trauma | ☐ | ☒ | | |
| Asthma | ☐ | ☒ | | |
| Cardiac/HTN | ☐ | ☒ | | |
| Diabetic | ☐ | ☒ | | |
| Disability: ☐ Vision ☐ Eyeglasses ☐ Contact Lens (marked Ø) | | | ☐ Hearing aid: ☐ L / ☐ R (marked Ø) | ☐ Blind: ☐ L / ☐ R ☐ Deaf: ☐ L / ☐ R; ☐ Mute ☐ Signs ☐ Lip reads (marked Ø) |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☒ | | |
| b. Hx + PPD/Active TB | ☐ | ☒ | | |
| c. STD | ☐ | ☒ | | |
| d. HIV +/AIDS | ☐ | ☒ | | |
| Recent Communicable Illness Symptoms: ☐ Chronic cough ☐ Coughing blood ☐ Lethargy ☐ Weakness ☐ Weight loss ☐ Loss of appetite ☐ Fever ☐ Night sweats (marked Ø) | | | | |
| Surgeries | ☒ | ☐ | | ORIF Ⓛ wrist |
| Hx of Psych Tx | ☐ | ☒ | | |
| a. Past Suicide Attempt | ☐ | ☒ | | |
| b. Current Suicidal Ideation | ☐ | ☒ | | |
| Recent Drug/ETOH use | ☐ | ☒ | | |
| Type: Ø | Amount: Ø | | Time of last use: Ø | |
| Substance Abuse Hospitalizations | ☐ | ☒ | | |
| Withdrawal symptoms: ☐ Current ☐ Prior (marked Ø) | | | | |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☒ | | |
| b. Prosthetics | ☐ | ☒ | | |
| c. Specialized Equipment | ☐ | ☒ | | |
| Other Medications | ☒ | ☐ | | |
| History of Sexual Abuse | ☐ | ☒ | | |
| History of Predator | ☐ | ☒ | | |
| Sexual History: ☐ Homosexual activity ☐ Sex with Prostitute ☐ Sex with anyone HIV + (marked Ø) | | | | |
| Oriented x3 | ☐ | ☐ | | |
| a. Behavior WNL | ☐ | ☐ | | |
| b. Mental status appropriate | ☐ | ☐ | | |
| General Appearance WNL | ☐ | ☐ | | |
| a. Deformities | ☐ | ☐ | | |
| b. Evidence of Trauma | ☐ | ☐ | | |
| c. Skin Conditions | ☐ | ☐ | | |

State of consciousness (e.g., alert, responsive, lethargic): A+O X 3

Past mental illness including hospitalizations: Ø

Dental problems: Routine

Breathing (e.g., persistent cough, hyperventilation): WNL Ø SOB

Other:

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

**Object:** T: 97.7 P: 74 [X] regular [ ] irregular O2: 99% [X] regular [ ] irregular B/P: 112/70

Height: 70 Weight: 190 Visit: RT 20/ 20 LT 20/ 20 Corrected: RT 20/ Ø LT 20/ Ø

| **Immunization History** (circle yes or no if h/o receiving vaccine) | | | |
|---|---|---|---|
| Flu | YES | date______ | (NO) |
| Meningitis | YES | date______ | (NO) |
| Hep A | YES | date______ | (NO) |
| Hep B | YES | date______ | (NO) |
| HPV | YES | date______ | (NO) |
| HiB | YES | date______ | (NO) |
| Pneumococcal | YES | date______ | (NO) |
| Shingles | YES | date______ | (NO) |
| Tetanus | YES | date______ | (NO) |
| Varicella | YES | date______ | (NO) |

**Plan: (check and complete as appropriate)**

1. Physical Examination: [ ] Urgent [X] Routine
2. Mental Health Referral: [ ] Urgent [X] Routine
31. Placement in General Population: [X] Yes [ ] No
4. Health Information given: [X] Yes [ ] Refused
5. PPD Results: [ ] Positive [X] Negative
6. Chest X-ray Performed: [X] N/A [ ] Yes [ ] No

Other: ______

Assessment: Allergies: Erythromycin

HIV opt-out [ ] Test [X] Refused ______

Hep C opt-out [ ] Test [X] Refused ______

Date PPD Administered: 1/10/23

Date PPD Read: 1-12-23

Reading: Ø mm By: N Baker LPN

Lot #: C5928AA Expiration Date: 3/1/24

L. Brown RN
Print Name of Interviewer

L Brown RN
Signature

**R & C Use Only**

LAB:______ Sickle Cell: Yes No

Dental:______ Panorex:______

EKG:______ CXR: _

**Female Only:** PAP:______ Mamo:______

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-18-18 | RN/LPN/PHLEBOTOMIST(circle one) | P: MD/NP/PA-C to review results |
| | LAB NOTE: | |
| | Scheduled for: A1C PT/INR CMP CBC LIPIDS | |
| | ~~TSH HIV UA UAdip EKG Liver Panel~~ | |
| | T4, microalbumin-urine T3 BMP BNP | |
| | Other:________ CRP SED RATE | |
| | Drug Level:<br>Depakote______Dilantin________Phenobarb________<br>Keppra________Lithium__________ | |
| | Sharps used:__________ | |
| | Number of attempts:__________ | |
| | Site used:______________ | |
| | Done: Yes No Signed refusal: Yes No | |
| | Recall: unable ate work | |
| | move no show security | |
| | other__________________ | |
| | Sticker:__________ | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information:

Fillmore
Last Name ______ First Name ______ MI ______ ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-19-18 | RN/LPN/PHLEBOTOMIST(circle one) | P: MD/NP/PA-C to review results |
| 8A | LAB NOTE: | |
| | Scheduled for: A1C PT/INR CMP CBC LIPIDS | |
| | TSH HIV UA UAdip EKG Liver Panel | |
| | T4, microalbumin-urine T3 BMP BNP | |
| | Other: ______ CRP SED RATE | |
| | Drug Level: Depakote ______ Dilantin ______ Phenobarb ______ Keppra ______ Lithium ______ | |
| | Sharps used: 21 | |
| | Number of attempts: 1 | |
| | Site used: RAC | Hanson |
| | Done: Yes No Signed refusal: Yes No | |
| | Recall: unable ate work | |
| | move no show security | |
| | other ______ | |
| | Sticker: ______ | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Lawrence Correctional Center Center

**Annual TB Screen:** **Page 1 of 1**

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) ____ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date: 1-19-18 | S. Annual TB Screen: | P: ✓ To read PPD Skin test in 48-72 hours |
| Time: 8:05 AM | O:____PPD Skin Test Given* | |
| | Tubersol 0.1 CC ID<left forearm given | ✓ Patient education signs/symptoms of active TB disease. |
| | Manufacture: Sanofi Lot #: C5122AA<br>Expiration date: 3-31-19 | ✓ Medical history DOC 0092 noted as appropriate. |
| | _____Previously positive skin test result. | ✓ Data base reviewed/revised/updated, as appropriate. |
| | A: Annual TB Screen ______________ | [signature] |
| | | |
| Date: 1/21/18 | O:_____**PPD skin test results | P: ✓ Data base reviewed/revised/updated, as appropriate. |
| Time: 6:00p | Ø MM | ✓ No further follow up needed. |
| | A: Annual TB Sceen | [signature] BShaffer |
| | | |
| | | |
| | *Any inmate refusing TB skin testing after counseling is to be referred to the Medical Director. | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

| | **Any inmate having a new positive PPD skin test result shall be treated in accordance with AD 04.03.105AF Chronic illnesses | |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_______________ Center

Offender Information:

_______________ Last Name _______________ First Name ____ MI ID#: __________

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name: Fillmore   First Name: ______   MI: ___   ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-26-18 | Radiology Note | |
| 12:40P | Inmate rescheduled due to seg. | |
| | [signature] RTR | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ______ First Name ______ MI ______ ID#: ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information:

Fillmore (Last Name) ______ (First Name) ______ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-29-18 | RN/LPN/PHLEBOTOMIST(circle one) | P: MD/NP/PA-C to review results |
| 8A | LAB NOTE: | |
| | Scheduled for: A1C PT/INR CMP CBC LIPIDS | |
| | TSH HIV UA UAdip EKG Liver Panel | |
| | T4, microalbumin-urine T3 BMP BNP | |
| | Other:______ CRP SED RATE | |
| | Drug Level: Depakote______ Dilantin______ Phenobarb______ Keppra______ Lithium______ | |
| | Sharps used:______ | |
| | Number of attempts:______ | |
| | Site used:______ | [signature] |
| | Done: Yes No Signed refusal: Yes No | |
| | Recall: unable ate work | |
| | move no show security | |
| | other______ | |
| | Sticker:______ | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff 9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

## Lawrence Correctional Center

Offender Information:

Filmore
Last Name | First Name | MI | ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-30-18 | Radiology Note | |
| 9:45 A | ∅/ CXR | ∅ CXR [signature] RTC |

DOC 0084 (Eff9/2002)

Distribution: Offenders Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

Fillmore (Last Name) Aaron (First Name) (MI) ID# B 63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-12-18 | 43 year old | |
| 10-27 AM | WEIGHT 176 lb. | ① OK for Cleaning teeth |
| | Temp 97.8 Pulse 77 | |
| | RR 18 | |
| | BP 163/89 | |
| | $O_2$ Sat 100% RA | ② Lab reviewed c̄ patient |
| | "I am having chest pain x 4 month not now" | ③ Reassured |
| | "My feet go numb when I run since 1 year." | Refuse psych. Ref. for anxiety problem |
| | Ex- running | |
| | Feet get numb when he runs | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| FILLMORE | Aaron | P | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-12-18 | MD Note Cont. | |
| 1027am | HOME 2034 | |
| | INCARCERATED 1994 | |
| | INCARCERATED X 1 | |
| | | |
| | Comp. Fx. LT. WRIST 1982 | |
| | Mercy Hosp. | |
| | Aurora IL | |
| | | |
| | Ed. Bachelor degree | |
| | High sch. 1997 | |
| | Associate degree | |
| | Work Build Stairs. | |
| | | |
| | Marr. married | |
| | ~~+0~~ one child | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

FILLMORE (Last Name) Aaron (First Name) P (MI) ID#: B63343

p 3 of 4

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4.12.18 | P: MD Note cont. Never Smoked | |
| 10:27 am | No Alcohol | |
| | Heroin ∅ Coca ∅ | |
| | MVA x 1 "roll over" | |
| | DUI x ∅ | |
| | STD ∅ | |
| | | |
| | Mental Health Problem ∅ | |
| | | |
| | Mom 65 alive Healthy | |
| | Dad 63 ↑ Chol. ↑ BP | |
| | Sib. 1 bro Bipolar | |
| | | |
| | | |
| | | |
| | | |

[signature]

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-12-18 | MD Not cont. "Juvenile problem" | |
| 1027am | "Trouble in School" | |
| | | |
| | 1. 29.18 | |
| | EKG normal | |
| | | |
| | CXR 1.30.18 ⊘ | |
| | 1.19.18 LDL 98 | |
| | HDL 38 TG 78 | |
| | CMP ⊘ | |
| O | HEENT ⊘ Lung clear | |
| | Cor RSR no (m) | |
| | Abd ⊘ CNS ⊘ | |
| | Peripheral Pulses good | |
| | DTR 2+ Symmetrical | |
| | Slight tender Lt mid Chest Wall | |
| A | Health young man | |
| | Chest wall pain ? ⊘ | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information:

Fillmore (Last Name) ______ (First Name) ______ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/10/18 | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO** | |
| 9PM | Have you ever had an allergic reaction to flu vaccine? | Yes ____ No ____ |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes ____ No ____ |
| | Are you allergic to Thirmerosal (a mercury-based preservative) or egg proteins? | Yes ____ No ____ |
| | Are you allergic to latex? | Yes ____ No ____ |
| | Do you feel ill today or do you have a fever? | Yes ____ No ____ |
| | Are you currently taking an Antibiotic for infection? | Yes ____ No ____ |
| | | |
| | ____ I consent to have the vaccine Signature ______________ Date | |
| | ✓ I refuse a flu vaccination at this time Signature [signature] Date 10-10-18 | |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: Seqirus Pty Ltd Lot#: 02844611A | |
| | Expiration Date: 06/25/2019 | [signature] |
| | Site of Injection ____ Right ____ Left Deltoid ____ Other ______ | |
| | Signature and Title of Vaccine Administrator ______________ | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Lawrence Correctional Center

Offender Information:

Fillmore — Last Name
Aaron — First Name
MI
ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-14-18 | LPN Note | P- Schedule |
| 9:45 Am. | S/O. I/m on Seg NSC- permit for | c̄ NP/MD |
| | no cuffing behind back expired. | next Aval appt. |
| | I/m's (Lt) arm is shorter than the | |
| | (Rt) arm. | |
| | A- NSC/renew permit | NBaker LPN |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Filmore (Last Name) Aaron (First Name) P. (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-20-18 | NP Note: Renew front cuff permit. | * (Permit written) No cuff behind |
| 7:20 am | I/M needs front cuff permit renewed | the back x 12 mo. |
| | which he has had for some time. | * Cancel for today. |
| | | [signature] NP-C |
| | | Noted [signature]/RN |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ____ First Name ____ MI ____ **ID#:** ____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Lawrence Correctional Center Center

**Annual TB Screen: Page 1 of 1**

**Offender Information:**

Fillmore — Last Name | Aaron — First Name | MI | ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date: 1-13-19 | S. Annual TB Screen: | P: ✓ To read PPD Skin test in 48-72 hours |
| Time: 8A | O:____PPD Skin Test Given* | |
| | Tubersol 0.1 CC ID<left forearm given | ____Patient education signs/symptoms of active TB disease. |
| | Manufacture: Sanofi Lot #: C5561BA<br>Expiration date: 14-Feb 2021 | ____Medical history DOC 0092 noted as appropriate. |
| | _____Previously positive skin test result. | ✓ Data base reviewed/revised/updated, as appropriate. |
| | A: Annual TB Screen | [signature] |
| | | |
| Date: 1.15.19 | O: ✓ **PPD skin test results | P: ✓ Data base reviewed/revised/updated, as appropriate. |
| Time: 8 Am | 0 MM | ✓ No further follow up needed. |
| | A: Annual TB Sceen | |
| | | |
| | | |
| | *Any inmate refusing TB skin testing after counseling is to be referred to the Medical Director. | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

**Any inmate having a new positive PPD skin test result shall be treated in accordance with AD 04.03.105AF Chronic illnesses

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

______________________ Center

Offender Information:

______ Last Name ______ First Name ______ MI ID#: ______

| ate/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

istribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/12/19 | NP note: R Permit Review — | * Discontinue no cuff |
| 8:30 AM | S/O- I/M has a no cuff behind | behind back. — |
| | back permit because one arm is | S. Stu NPC |
| | supposed to be shorter than the other | |
| | but this should not matter. — | |
| | A Permit Review. | |

C Brookshire 9/12/19

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER OUTPATIENT PROGRESS NOTES**
LAWRENCE CORRECTIONAL CENTER

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/1/19 | LPN NC4 | P: Refer to MD/NP |
| 935A | S: "I don't understand., I need the | to eval. need for |
| | waist chains. I never seen anyone | waistchains. & educate |
| | why would they D/C my permit." | why no need. |
| | O: pt to be referred to MD/NP to | at next. avail. date. |
| | ~~eval~~ eval. need for waist chains. | |
| | S/R never seen anyone and needs to | |
| | Know why? | |
| | A: NSC Referral | [signature], LPN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

PON

MAR 05 2020
PON

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/06/19 | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO** | |
| 8am | Have you ever had an allergic reaction to flu vaccine? | Yes ____ No ____ |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes ____ No ____ |
| | Are you allergic to Thirmerosal (a mercury-based preservative) or egg proteins? | Yes ____ No ____ |
| | Are you allergic to latex? | Yes ____ No ____ |
| | Do you feel ill today or do you have a fever? | Yes ____ No ____ |
| | Are you currently taking an Antibiotic for infection? | Yes ____ No ____ |
| | | |
| | ___ I consent to have the vaccine Signature ____________ Date 11/06/19 | |
| | X I refuse a flu vaccination at this time Signature [signature] Date 11/06/19 | |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: Seqirus Pty Ltd Lot#: P100113633 | |
| | Expiration Date: 06/18/20 | |
| | Site of Injection ____ Right ____ Left Deltoid ____ Other______ | |
| | Signature and Title of Vaccine Administrator ____________ | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information:

Last Name | First Name | MI | ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) P. (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/6/19 | NP note: Eval. waist chain need. | * Waist Chain x 12mo |
| 8:30AM | S/O - chronic wrist/arm disability | (permit given) |
| | seen on xrays. | Follow up as needed. |
| | A- Permit. | Advised: permit |
| | | [signature] NPC |
| | | noted K [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

~~LAWRENCE~~ Pontiac CORRECTIONAL CENTER

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-27-2020 10:14p | RN Note: | |
| | Patient chart received, no HSTS. No meds | |
| | as non-ordered. Waist chain permit; kosher | |
| | diet. No Mental Health issues noted. Orientation | [signature] RN |
| | Screen completed. | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF OFFENDER

## Offender Health Status Transfer Summary

**Transferring Facility:** ______________ Center

**Offender Information:** Fillmore (Last Name) Aaron (First Name) ____ (MI) ID#: B63343

Date: ______ Time: ______ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ **HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)**

Allergies: ______ Food Handler Approved: ______

Current / Acute Conditions / Problems: ______

Chronic Conditions / Problems: ______

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ______

Chronic Long-term: ______

Chronic Psychotropic: ______

**Current Treatments:** ______

**Therapeutic Diets:** ______

**Follow-Up Care:** ______

**Chronic Clinics:** ______

**Specialty Referrals:** ______

**Significant Medical History:** ______

**Physical Disabilities / Limitations:** ______

**Assistive Devices / Prosthetics:** ______ ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ______ ☐ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ______ ☐ **Packet Complete**

______ Health Care Staff and Title ______ Signature ______ Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Pontiac Date: 1/27/2020 Time: 12:20 ☐ a.m. ☒ p.m.

**Subjective:**

Current Complaint: none

Current Medications/Treatment: none

**Assessment:** ______

**Objective:**

Physical Appearance/Behavior: Calm/neat

Deformities: Acute/Chronic: waistchain permit Kosher diet

T: 97.9 P: 122 R: 16 B/P: 122/87

**Plan:** Disposition:

☐ Health Information Given ☐ Emergency Referral: ______

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ______

☐ Infirmary Placement: ______

☐ Other (specify): ______

B. McGrath LPN (Printed Name and Title) [signature] (Signature) 1/27/2020 (Date)

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

______ **Mental Health Professional Signature and Title** ______ **Date** ☐ **Approved** ☐ **Denied**

______ **Health Care Staff Signature and Title** ______ **Date** ☐ **Approved** ☐ **Denied**

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev. 12/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/29/2020 0620 | URGENT CARE<br>PE Complete | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

**Offender Information:**

Last Name | First Name | MI | **ID#:**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONALCENTER

Offender Information:
Fillmore (Last Name) AAron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/19/20 | NW Note | P: pepto bismol |
| 1020A | S/O: pt seen for | per protocol c̄ |
| | c/o nausea, vomit | small sips of |
| | et dizziness since | water X 24-48° |
| | 7³⁰A 6/19/20. pt eats | f/up PRN |
| | Kosher diet. Vomited | |
| | 2x since 7³⁰A, drinks | |
| | ↑ water et exercises | |
| | regularly. T. 97² P-82 | |
| | R-16 98% pox 118/78 B/P ∅ | |
| | c/o constipation, diarhea, | |
| | BS present, skin pale | |
| | warm et dry at this | |
| | time | |
| | A: vomit/nausea | [signature] |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:

Fillmore (Last Name) Aaron (First Name) P (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-29-20 10 AM | UPN NOTE. Pt requesting waist chain permit. NPSC referral | [signature] UPN |
| 8/5/2020 1300 | SICK CALL np note S. pt req alt cuffing renewal. S/R fracture to Ⓛ wrist >20yrs ago. O. A+Ox3, NAD M/S- Ⓛ wrist healed scarring, full ROM A. permit req | 1. Ⓛ wrist xray 2. F/U 2wks - results [signature] Noted 8-5-20 [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONALCENTER

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-13-2020 | 10A Urgent Care | |
| | IM to be R/s d/t lockdown | [signature] |
| | | |
| | | |
| 8/14/20 | URGENT CARE | |
| 1315 | O: Pt did not show for UC | |
| | pass will Reschedule — | [signature] |
| | | |
| 8-18-2020 | Radiology Note: | X-ray Complete |
| 9:30a | (L) Wrist ordered | |
| | | [signature] RT(R) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/24/20 | URGENT CARE | |
| 2pm | Offender did not show | |
| | for appt. | [signature] |
| | | |
| | | |
| 9-14-20 | SA Note | |
| 12:15 pm | Copied request 16 | |
| | pages of M.R. | Kresseau [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

# PON-NA-04-43-L1

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**
**Pontiac Correctional Center**

| Offender Information: | ID # |
|---|---|
| FILLMORE, AARON | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date: 1-13-21 | **S: Annual TB Screen: In high risk patient (HIV, Elderly, Immune Suppressed, Chronic Steroids)** | **P:** ✓ To read PPD Skin test in 48 – 72 hours |
| Time: 930 Am | **O:** ✓ PPD Skin Test Given* ____ Candida Control Given | **WEIGHT** 186 |
| | Tubersol 0.1 CC ID <left forearm given/Candida antigen 0.1 cc ID<right forearm | ✓ Patient education signs/symptoms of active TB disease |
| | Manufacture: Sanofi Pasteur Expiration date: 6-5-22<br>Lot # C5712BA | ____ Medical History DOC 0092 noted as appropriate |
| | ____ Previously positive skin test result | ____ Database reviewed/revised/updated, as appropriate |
| | **A:** Annual TB Screen | Signature: [signature] |
| | | |
| Date: 1/15/21 | **O:** ✓ **PPD skin test results/ ____ Candida control result | **P:** ✓ Database reviewed/revised/updated, as appropriate |
| Time: 1230 pm | Ø mm ____ Immune response present | ✓ No further follow up needed |
| | A: Annual TB Screen | Signature: [signature] RN |
| | | |
| | * Any inmate refusing TB skin testing after counseling is to be referred to the Medical Director. | |
| | ** Any inmate having a new positive PPD skin test result shall be treated in accordance with AD 04.03.105 Chronic Illnesses | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**PONTIAC CORRECTIONALCENTER**

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) P (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-11-21 | LPN NOTE: | |
| 9 00 Am | Pt would like wrist chain | |
| | permit renewed NP referral | B. [illegible] LPN |
| | | |
| 2/17/2021 | SICK CALL | 1) Waist chain |
| 1310 | NP note | permit renewal |
| | (L) wrist pain | x1 yr |
| | Had open Fx as a | |
| | child. Damaged | |
| | growth place | |
| | (L) arm is shorter | |
| | than (R) | |
| | Requesting | |
| | Renewal of | |
| | waist chain permit | |
| | A: (L) arm deformity | |

2-17-21 [illegible signature]

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| FILMORE | A | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/20/21 | OPTOMETRY NOTE SEE IDOC 0081 | [signature] |
| 8/19/21 pm | OPTOMETRY NOTE SEE IDOC 0081 scheduled | by mistake, watch prn [signature] |
| 9-24-21 2:30 pm HP 443 | Dental Note / Request<br>S: "Cavity tooth pain"<br>O: Reviewed notes + dental chart Rx Motrin ... A. Cavity/TA<br>P: See recall house sent meds today [illegible] | Dental Request<br>Williams, D 9-24-21 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONALCENTER

Offender Information:

FILLMORE __AARON__ ID#: __B63343
Last Name First Name MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/18/21 | COVID vaccination note - | |
| 9 am | Patient received 1st dose of Moderna COVID-19 vaccine on 3/2/21 and 2nd dose of vaccine on 3/30/21. | Ginger Davis RN, BC. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

**Offender Information:**

FILLMORE AARON ID#: B63343
Last Name First Name MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:

Filmore (Last Name) Aaron (First Name) MI ID#: B64334

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-15-22 | np note | |
| 0900 | O: permit renewal | 1. cuff x1yr |
| | | [signature] 2-15-22 [initials] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

**Offender Information:**

Last Name ____ First Name ____ MI ____ ID#: ____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

COVID vacci

ILLINOIS DEPARTMENT OF CORRECTIONS

## Health Status Transfer Summary

**Transferring Facility:** Don Center

**Individual in Custody Information:** Last Name: Fillmore First Name: aaron MI: ID#: B63343

Date: 2-25-22 Time: 1300 ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ **HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)**

Allergies: Erythromycin Food Handler Approved: OK

Current / Acute Conditions / Problems:

Chronic Conditions / Problems:

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term:

Chronic Psychotropic:

**Current Treatments:** psych case load

**Therapeutic Diets:** Reg

**Follow-Up Care:** Ø

**Chronic Clinics:** Ø

**Specialty Referrals:** Ø

**Significant Medical History:** hx breast mass Ⓡ

**Physical Disabilities / Limitations:** hx ORIF Ⓛ wrist 1982

**Assistive Devices / Prosthetics:** Security belt ☒ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt Date: ☐ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ☐ **Packet Complete**

C Hansen APN — Health Care Staff and Title; [signature] — Signature; 2-25-22 — Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Date: Time: ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint:

Current Medications/Treatment:

**Objective:**

Physical Appearance/Behavior:

Deformities: Acute/Chronic:

T: P: R: B/P: /

**Assessment:**

**Plan:** Disposition:

☐ Health Information Given ☐ Emergency Referral:

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify):

☐ Infirmary Placement:

☐ Other (specify):

Printed Name and Title — Signature — Date

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

**Mental Health Professional Signature and Title** — **Date** ☐ **Approved** ☐ **Denied**

**Health Care Staff Signature and Title** — **Date** ☐ **Approved** ☐ **Denied**

Distribution: Individual in Custody's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev 9/2021)

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:** ____________ Center

**Offender Information:** Fillmore (Last Name) Aaron (First Name) ____ (MI) ID#: B63343

Date: ____________ Time: ____________ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring health care staff): ☐ **HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)**

Allergies: ____________ Food Handler Approved: ____________

Current / Acute Conditions / Problems: ____________

Chronic Conditions / Problems: ____________

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ____________

Chronic Long-term: ____________

Chronic Psychotropic: ____________

**Current Treatments:** ____________

**Therapeutic Diets:** ____________

**Follow-Up Care:** ____________

**Chronic Clinics:** ____________

**Specialty Referrals:** ____________

**Significant Medical History:** ____________

**Physical Disabilities / Limitations:** ____________

**Assistive Devices / Prosthetics:** ____________ ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ____________ ☐ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ____________ ☐ **Packet Complete**

____________ Health Care Staff and Title ____________ Signature ____________ Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Lawrence Date: 3-1-22 Time: 7:35 ☐ a.m. ☒ p.m.

**Subjective:**

Current Complaint: denies

Current Medications/Treatment: none

**Assessment:**

MH – ND Crabs
SA/SP – ND Lice } ND
Scabies

**Objective:**

Physical Appearance/Behavior: ____________

Deformities: Acute/Chronic: ____________

T: 97.2 P: 101 R: 20 B/P: 118/82

wt ~~220~~

**Plan:** Disposition:

☐ Health Information Given ☐ Emergency Referral: ____________

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ____________

☐ Infirmary Placement: ____________

☐ Other (specify): ____________

Goodyear [signature] 3-1-22

Printed Name and Title / Signature / Date

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

____________ **Mental Health Professional Signature and Title** ____________ **Date** ☐ **Approved** ☐ **Denied**

____________ **Health Care Staff Signature and Title** ____________ **Date** ☐ **Approved** ☐ **Denied**

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev. 12/2018)

-ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Lawrence Correctional Center**

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/1/22 | **RN/LPN/INTAKE CHART REVIEW** | p)T.O. per MD the following: |
| 7:20 p. | S/O) New intake/writ return reviewed for Medication orders. | Medication orders for: Ø |
| | Current medication orders found. Ø | Psychiatric med for 30 days___________ |
| | A)New intake/writ return | R & C chronic meds for 30 days___________ |
| | | Chronic meds through the previous orders___________ |
| | | S Bickers RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Lawrence Correctional Center

**Offender Information:**

Last Name ____ First Name ____ MI ____ ID#: ____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

FILLMORE LCC (MR) 0053

# OFFENDER OUTPATIENT PROGRESS NOTES
## LAWRENCE CORRECTIONAL CENTER

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/2/2022 | RN/LPN Intake Chart Review | P) Order Chronic Clinic Labs (circle): |
| 2:00P | S/O) New intake/writ return chart review for 3/1/22. The following needs ~~identified~~ (circle): | CMP CBC UA DIP TSH |
| | Sickle Cell HIV Multiple Sclerosis | Lipid panel HbA1C PT/INR |
| | Asthma Hypertension Seizure | CD4 HIV-VL Liver Profile RPR |
| | Hepatitis C High Lipid Diabetes | EKG HCV AB |
| | General Medicine: | MICROALB CREAT RANDOM URINE |
| | Last clinic date: | HCV RNA by PCR (IF NONE & MSR LESS THAN 1 YEAR): |
| | Assistive Device(s)/ Special Need(s): Cane Crutches | Medication Level: |
| | Walker Low bunk Low Gallery Other: | Other labs ordered: |
| | Needs yearly PPD or TB ED<br>Needs Physical | PPD/HCV AB |
| | 35 year old with no previous lipid testing<br>No previous HCV AB testing | Lab date: 3/7/22 |
| | Abnormal Lab/Procedure Results/ Abnormal Health History: | Evaluated for permit |
| | | MD/NP/PA Appointment date: |
| | | 3/23/22 |
| | A) Intake Chart Review | MD/NP/PA Chart review date: |
| | | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ____ First Name ____ MI ____ **ID#:** ____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Lawrence Correctional Center**

Offender Information: Filmore
Last Name ______ First Name ______ MI ______ ID#: B63345

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-7-22 | RN/LPN/PHLEBOTOMIST(circle one) | P: MD/NP/PA-C to review results |
| 1110 | LAB NOTE: | |
| | Scheduled for: A1C PT/INR CMP CBC LIPIDS | |
| | TSH HIV UA UAdip EKG Liver Panel | |
| | T4, microalbumin-urine T3 BMP BNP | |
| | Other: HepC AB CRP SED RATE | |
| | Drug Level: Depakote ______ Dilantin ______ Phenobarb ______ Keppra ______ Lithium ______ | [signature] |
| | Sharps used: 2 / 1 | |
| | Number of attempts: 1 | |
| | Site used: [illegible] | |
| | Done: Yes (circled) No Signed refusal: Yes No | |
| | Recall: unable ate work | |
| | move no show security | |
| | other ______ | |
| | Sticker: ______ | |
| | | |

Distribution: Offenders Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Lawrence Correctional Center**

**Offender Information:**

Last Name ______ First Name ______ MI ______ ID#: ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff9/2002)
Replaces DC7147

Distribution: Offenders Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Lawrence Correctional Center Center

**Annual TB Screen: Page 1 of 1**

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) ____ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date: 3/7/22 | S. Annual TB Screen: | P: ✓ To read PPD Skin test in 48-72 hours |
| Time: 7pm | O: ✓ PPD Skin Test Given* | |
| | Tubersol 0.1 CC ID<left forearm given | ✓ Patient education signs/symptoms of active TB disease. |
| | Manufacture: Sanofi Pasteur Lot #: C5716AA<br>Expiration date: Oct 24 2020 | ____Medical history DOC 0092 noted as appropriate. |
| | ____Previously positive skin test result. | ✓ Data base reviewed/revised/updated, as appropriate. |
| | A: Annual TB Screen | [signature] |
| | | |
| Date: 3-9-22 | O: ✓ **PPD skin test results | P: ✓ Data base reviewed/revised/updated, as appropriate. |
| Time: 1p | Ø MM | ✓ No further follow up needed. |
| | A: Annual TB Sceen | |
| | | |
| | | |
| | *Any inmate refusing TB skin testing after counseling is to be referred to the Medical Director. | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/20
(Replaces DC 71

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Lawrence Correctional Center

**Offender Information:**

Last Name: Fillmore  First Name: Aaron  MI:  ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/11/22 8:00 | Medical Record Note: [signature] | glasses adm RX PAN [signature] 3/11/22 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Lawrence Correctional Center

**Offender Information:**

Last Name: Fillmore First Name: Aaron MI: ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/18/22 | Medical Record Note: [signature] | Cancelled MRI appt 3/11/22 |
| | | Noted 3-18-22 N Baker LPN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

Fillmore (Last Name) Aaron (First Name) MI ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/25/22 | NP Note: (S) Individual in | (1) (L) wrist x-ray |
| 1005a | custody seen today requesting | |
| | continuation of wrist | (2) PSA — |
| 187.2 | chain permit. Upon chart | strong fam hx. |
| 18 | review, current permit | NM-Form complete |
| 97.1 | is active thru 8/2022. No | 4-11-22 [illegible] |
| 99% | need to renew @ this time. | Give to [illegible] to [illegible] to schedule if appr[illegible] |
| 65 | Pt reports he has the permit | |
| 116/64 | b/c he's had mult. sx. on | |
| | (L) wrist and (L) arm is sig. shorter | |
| | than (R) arm. This causes | |
| | pins/needles when cuffed in | |
| | back normally. While | |
| | here, pt also requesting a | |
| | PSA test. Reports that | |
| | both his dad & paternal | |
| | uncle have recently been | |

over

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/20[illegible]) (Replaces DC 71[illegible])

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/24/22 Cont. | Dx. (B) A&O X3, Cooperative, | |
| | ♡ RRR, CTA Bilateral. | |
| | (D) wrist c̄ significant | |
| | prev. surgical scarring noted | |
| | (A) (1) Permiteal | |
| | (2) Fam. Hx. Prostate CA | |
| | | [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**LAWRENCE Correctional Center**

**Non-Specific Discomfort**

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-12-22 | RN NOTE **LPN/CMT NOTE** (circled)<br>S) - Any Allergies? Emycin | P) **MD Referral if:** |
| | - Location of pain / discomfort? Lt wrist hand fingers | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing Throbbing Constant (circled) Intermittent Etc.<br>numb tingling | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated? yes. compression slots at a younger age | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10? 5 – 8 | |
| | - Duration of pain? ↑ last few mons | **No MD referral:** |
| | O) T 96.9 P 94 R 16 BP 124/100 WT 194.5 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| 99.6 | - Signs of obvious discomfort | - Ibuprofen (circled) 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching:** |
| | - Observations related to body part affected | - Return to see provider if symptoms worsen or interfere with daily functioning (circled) |
| | fell out of a tree | has Xray order |
| | broke both arm | pt Ed done. |
| | & compound Fx to | |
| | Lt wrist at age 7 | |
| | | Nurse Signature [signature] LPN |
| | **A) Non-Specific Discomfort** | Payment voucher YES NO (circled) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

LAWRENCE Correctional Center

**Offender Information:**

Last Name First Name MI ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

-ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

## Lawrence Correctional Center

Offender Information: Fillmore (Last Name) ______ (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-15-22 | RN/LPN/PHLEBOTOMIST(circle one) | P: MD/NP/PA-C to review results |
| SA | LAB NOTE: | |
| | Scheduled for: A1C PT/INR CMP CBC LIPIDS | |
| | TSH HIV UA UAdip EKG Liver Panel | |
| | T4, microalbumin-urine T3 BMP BNP | |
| | Other: BA CRP SED RATE | |
| | Drug Level: Depakote ______ Dilantin ______ Phenobarb ______ Keppra ______ Lithium ______ | |
| | Sharps used: Y 1 | O Todd |
| | Number of attempts: 1 | |
| | Site used: [illegible] | |
| | Done: (Yes) No Signed refusal: Yes No | |
| | Recall: unable ate work | |
| | move no show security | |
| | other ______ | |
| | Sticker: ______ | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Lawrence Correctional Center**

Offender Information:

Last Name ____ First Name ____ MI ____ ID#: ____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)
Replaces jCD7147

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-28-22 11:05A | Radiology Note of Ⓛ wrist | Ⓛ wrist [signature] |
| 5-12-22 12:00pm | - UR Note - S/O) Individual in custody not seen on NSC r/t secure status c̄ no movement. A) Not seen | P) Rescheduled to next available date [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ______ First Name ______ MI ______ **ID#:** ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/13/22 1400 | NP NOTE: Individual in custody scheduled to be seen on NP Line. Due to time constraints & movement restrictions, unable to be seen today. | ① R/S at Next Avail. |
| | | [signature] FNP-C |
| | | [signature] 5/13/22 |

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ______ First Name ______ MI ______ ID#: ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

Fillmore (Last Name) Aaron (First Name) (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/15 11:45am | Individual scheduled for NSC, individual has been seen on NSC multiple times for same issue no further NSC intervention available. Scheduled for NP, ~~currently~~ will be placed on next available appt. [illegible] | P) Rescheduled for NP line. [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

FILLMORE LCC (MR) 0071

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

Last Name ______ First Name ______ MI ______ ID#: ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name: Fillmore  First Name: Aaron  MI:  ID#: B63348

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/20/22 120pm 199.5 19 97.7 99% 73 138/80 | NP note: Ⓢ Individual in custody coming in d/t ~~[illegible]~~ Xray followup. Individual in custody comes in & reviewed xray results & discussed c̄ individual. States that he woke up c̄ numbness & noticing decreased ROM. Ⓞ A&O x3 PERRL, lung sounds clear Abdomen soft BSx4. Individual is restrained at this time so minimal movement is seen. Obvious shortening of Ⓛ arm is seen. Xray shows chronic & degenerative Δ's. No obvious reason for waistchain permit is seen at this time. Will do EMG to evaluate for the numbness of the Ⓛ arm. Ⓐ Ⓛ arm/hand numbness | ① EMG |
| | | [signature] FNP-C |

[signature]

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| | | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-1-22 | Medical Records Note | |
| 2:30 pm | Referral for EMG reviewed and is approved. | |
| | Attebcher, RHIT | |
| | Medical Records | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

________________ Last Name ________________ First Name ____ MI **ID#:** __________

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore ~~Aaron~~ | Aaron | | B63343 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/10/22 | NP note: Ⓢ Chart review performed for | Ⓟ ① Mobic 7.5mg |
| 7:33AM | pain that has continued for arm. | 1 tab PO BID X 6mo |
| | Will write for mobic to help c̄ | |
| | any inflammation. | |
| | Ⓐ Pain medication. | |
| | | M[illegible] FNP-C |
| | | Noted 6-10-22 [illegible] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/9/22 12:09pm | NP note: Chart review performed for continued pain in arm. Stated at that time pt wakes up c̄ numbness. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Lawrence Correctional Center**

**Offender Information:**

Last Name: Fillmore  First Name: Aaron  MI:  ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/24/22 9:00 | Optometry Note: [illegible] | [illegible] [illegible] RTC PRN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offenders Medical Record DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name: Fillmore First Name: Aaron MI: ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-22-22 | Medical Records Note | |
| 2:00 pm | Scheduled EMG for December 20, 2022 at 9:00 am at CMH Consulting | |
| | Clinic. | |
| | Attebscher, RHIT | |
| | Medical Records | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ____________ First Name ____________ MI ____ **ID#:** ____________

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

Fillmore (Last Name) Aaron (First Name) (MI) ID#: B63343.

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/25/22 9:10AM | NP note: Chart review was performed for medication + permit renewal. Mobic was renewed on 6/10/22. Chart review show no acute abnormalities & only degenerative changes on xray. He is scheduled for EMG. At this time he does not qualify for Waist Chain permit. Summary Sent. | ① Mobic was renewed on 6/10/22 ② Does not qualify for waist chain permit at this time. |
| | (A) Chart Review. | M. [illegible] FNP-C |
| | | Noted [signature] 7/25/22 |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| | | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF OFFENDER

## Offender Health Status Transfer Summary

**Transferring Facility:** Lawrence Center

**Offender Information:** Fillmore (Last Name) Aaron (First Name) ____ (MI) ID#: B63343

Date: 8/19/22 Time: 945 ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ **HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)**

Allergies: Erythromycin Food Handler Approved: ____

Current / Acute Conditions / Problems: (L) hand/arm pain

Chronic Conditions / Problems: ____

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: mobic 7.5mg

Chronic Long-term: ____

Chronic Psychotropic: ____

**Current Treatments:** Routine

**Therapeutic Diets:** Regular

**Follow-Up Care:** RHC

**Chronic Clinics:** Ø

**Specialty Referrals:** neurology

**Significant Medical History:** Ø

**Physical Disabilities / Limitations:** ____

**Assistive Devices / Prosthetics:** ____ ☒ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ____ ☐ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ____ ☐ **Packet Complete**

L. Brown RN (Health Care Staff and Title) LBrown RN (Signature) 8/19/22 (Date)

**Reception Screening** (completed by receiving facility health care staff):

Facility: ____ Date: ____ Time: ____ ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint: ____

Current Medications/Treatment: ____

**Objective:**

Physical Appearance/Behavior: ____

Deformities: Acute/Chronic: ____

T: ____ P: ____ R: ____ B/P: ____ / ____

**Assessment:**

____

**Plan:** Disposition:

☐ Health Information Given ☐ Emergency Referral: ____

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ____

☐ Infirmary Placement: ____

☐ Other (specify): ____

____ Printed Name and Title ____ Signature ____ Date

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

____ **Mental Health Professional Signature and Title** ____ **Date** ☐ **Approved** ☐ **Denied**

____ **Health Care Staff Signature and Title** ____ **Date** ☐ **Approved** ☐ **Denied**

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

____ Offender Signature ____ Date ____ Time ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev. 3/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

LAWRENCE Correctional Center

**Non-Specific Discomfort**

**Offender Information:**

Last Name: Fillmore First Name: Aaron MI: ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-11-22 | RN NOTE (LPN/CMT NOTE) | (P) MD Referral if: |
| 1110a | S) - Any Allergies? erythromycin | |
| | - Location of pain / discomfort? (Lt) wrist. | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain "Heartbeat" "Numbness" Stabbing Throbbing Constant Intermittent Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated? yes mobic | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10? 10 | |
| | - Duration of pain? years | No MD referral: |
| | Pulse Ox 99% | |
| | O) T 97.7 P 78 R 16 BP 140/80 WT 196 | (circled) Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort 1982 Fx (Lt) wrist | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | Patient Teaching: |
| | - Observations related to body part affected S/R Mobic ∅ helping | (circled) Return to see provider if symptoms worsen or interfere with daily functioning |
| | (Lt) arm 3" shorter than | |
| | (Rt) arm - requesting waist | |
| | chain permit. c/o numbness | |
| | to (Lt) hand/fingers | Nurse Signature N Baker LPN |
| | A) Non-Specific Discomfort | Payment voucher YES (NO) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9
(Replaces DC

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

LAWRENCE Correctional Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| | | | |

| e/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:
Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/20/22 | MS | |
| 950a | S: '82 removed the growth plate. | Tylenol same [illegible] |
| | + the Lt arm is shorter than the | [illegible] TDOX |
| 19 | Rt arm. the Hand/arm will on | 6 mths |
| 189.2 | occasion go numb. Also c/o pain | [signature] |
| 97.5 | in the arm. Tylenol [illegible] helped | |
| 122/64 | in the past to ↓ the pain. | |
| 98% | Reg waist chains by pt. | |
| 71 | O: scheduled for an EMG. | |
| | Xr - 4/22 - wrist - chronic + degenerative | |
| | changes. Good cap refill Lt. | |
| | Good motor. | |
| | A: D/[illegible] [illegible] Tylenol use and | |
| | the scheduled EMG | |
| | | |
| | | |
| | | |

[signature]

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ______ First Name ______ MI ______ **ID#:** ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

Fillmore — Last Name | Aaron — First Name | MI | ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-23-22 | Medical Records Note | |
| 2:00 pm | Scheduled EMG for December 20, 2022 at 9:00 am at CMH Consulting | |
| | Clinic. | |
| | Attlochar, RHIT | |
| | Medical Records | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name ______ First Name ______ MI ______ **ID#:** ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information:

Fillmore (Last Name) ____ (First Name) ____ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/25/22 | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO** | |
| 12pm | Have you ever had an allergic reaction to flu vaccine? | Yes ____ No ____ |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes ____ No ____ |
| | Are you allergic to Thirmerosal (a mercury-based preservative) or egg proteins? | Yes ____ No ____ |
| | Are you allergic to latex? | Yes ____ No ____ |
| | Do you feel ill today or do you have a fever? | Yes ____ No ____ |
| | Are you currently taking an Antibiotic for infection? | Yes ____ No ____ |
| | | |
| | ___ I consent to have the vaccine Signature ____________ Date ________ | |
| | ✓ I refuse a flu vaccination at this time Signature refused to sign Date ________ AA | |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: Seqirus Inc Lot#: AS1595B | |
| | Expiration Date: 06/30/2023 | |
| | Site of Injection ____ Right ____ Left Deltoid ____ Other ______ | |
| | Signature and Title of Vaccine Administrator ______________________ | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Lawrence Correctional Center

Offender Information:

| Date/Time | Plans |
|---|---|

TO: Health Care / Sick Call

DEC 06 2022

ILLINOIS DEPARTMENT OF CORRECTIONS

**Individual in Custody Request**

Individual in Custody Name: Fillmore ID #: B63343 Living Unit: 8-BU-23

Job Assignment: ______ Shift: ______

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services ☐ OAEVS ☐ Vocational ☐ Business Office ☐ Record Office ☐ Placement Office

☒ Health Care Unit ☐ other (specify):

for the purpose of (explain): Sciatic nerve damage/pain
I have severe lower back pain, left leg numbing due to a back injury. I need to be examined and treated

Have you previously discussed this issue with a staff member? ☒ No ☐ Yes **If yes, name:**

[signature] 11-27-22 Thank you.

Individual in Custody's Signature — Date

***INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE***

Remarks by staff (if necessary):

Scheduled 12/12/22

LBrownRN 12/8/22

Print Staff Name — Staff Signature — Date

Distribution: Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 3/2022)

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Lawrence Correctional Center**

Offender Information:

Fillmore (Last Name) Aaron (First Name) (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/3/22 | RN Note | P) Cont POC |
| 900 Am | S/O) This nurse called | Charting clarification |
| | Dr Meyers to get | no waist chain |
| | clarification on | permit. |
| | charting from 8/20/22. | |
| | A) Clarification on | |
| | charting from 8/20/22 | |
| | regarding waist | |
| | chain permit. Dr. | |
| | Meyers states that | |
| | he did not write for | |
| | a waist chain permit | |
| | since it was not | |
| | charted in the plan | |
| | section. | |
| | | LBrown RN |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

Date/Time

Distribution: Offender's Medical Record

TO: HEALTH CARE / SICK CALL

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: Fillmore ID #: B63343 Living Unit: 8-BU-23

Job Assignment: Shift:

DEC 07 2022

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services ☐ OAEVS ☐ Vocational ☐ Business Office ☐ Record Office ☐ Placement Office

☒ Health Care Unit ☐ other (specify):

for the purpose of (explain): Sciatic Nerve pain, Numbing left leg, Severe back pain On 11-27-22 I requested to be examined. I still have not been Seen by anyone. I am suffering severe back pain, numbing in leg. 2nd Request for Treatment

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes If yes, name: Please Obey Directive 04.03.103(6)

Individual in Custody's Signature — Date 12-4-22

cc: file

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary):

Print Staff Name Staff Signature Date

Distribution: Affected Unit *Printed on Recycled Paper* DOC 0286 (Rev. 3/2022)

Offender Information:

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/20 (Replaces DC 71

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

LAWRENCE Correctional Center

**Non-Specific Discomfort**

Offender Information: Fillmore (Last Name) Aaron (First Name) MI ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/12/22 12:35 pm. | RN NOTE (LPN/CMT NOTE) | P) MD Referral if: |
| | S) - Any Allergies? erythromycin | |
| | - Location of pain / discomfort lower back. | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain Stabbing Throbbing (Constant) Intermittent Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated? Ibuprofen ø Help | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10? 7. | |
| | - Duration of pain? 2 months | No MD referral: |
| | Pulse Ox-98% | |
| | O) T 97.4 P 78 R 16 BP 120/70 WT 196.5 | (- Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)) |
| | - Signs of obvious discomfort S/R unable to stand on | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | (Lt) foot ~~by 1~~ | (Patient Teaching:) |
| | - Observations related to body part affected Car crash '93 - "messed | (✓) Return to see provider if symptoms worsen or interfere with daily functioning |
| | back up" C/o numbness to | |
| | (Lt) buttock et (L) Leg. | |
| | | |
| | | |
| | | Nurse Signature N Baker LPN |
| | A) Non-Specific Discomfort | Payment voucher YES (NO) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/200
(Replaces DC 714

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

LAWRENCE Correctional Center

**Offender Information:**

Last Name ______ First Name ______ MI ______ ID#: ______

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

**Transferring Facility:** Lawrence Center

**Offender Information:** Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

Date: 12/14/22 Time: 905 ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: Erythromycin Food Handler Approved: ___

Current / Acute Conditions / Problems: (L) arm/hand pain numbness

Chronic Conditions / Problems: ___

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Tylenol Mobic

Chronic Long-term: ___

Chronic Psychotropic: ___

**Current Treatments:** Routine

**Therapeutic Diets:** Regular

**Follow-Up Care:** RHC

**Chronic Clinics:** Ø

**Specialty Referrals:** EMG Neurology

**Significant Medical History:** Ø

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø ☒ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___ ☒ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ___ ☐ **Packet Complete**

L. Brown RN (Health Care Staff and Title) LBrown RN (Signature) 12/14/22 (Date)

**Reception Screening** (completed by receiving facility health care staff):

Facility: ___ Date: ___ Time: ___ ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint: ___

Current Medications/Treatment: ___

**Assessment:** ___

**Objective:**

Physical Appearance/Behavior: ___

Deformities: Acute/Chronic: ___

T: ___ P: ___ R: ___ B/P: ___ / ___

**Plan: Disposition:**

☐ Health Information Given ☐ Emergency Referral: ___

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ___

☐ Infirmary Placement: ___

☐ Other (specify): ___

___ Printed Name and Title ___ Signature ___ Date

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

**Mental Health Professional Signature and Title** ___ **Date** ___ ☐ **Approved** ☐ **Denied**

**Health Care Staff Signature and Title** ___ **Date** ___ ☐ **Approved** ☐ **Denied**

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev. 12/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Lawrence Correctional Center

Offender Information: Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-3-22 | RN/LPN/PHLEBOTOMIST(circle one) | P: MD/NP/PA-C to review results |
| SA | LAB NOTE: | |
| | Scheduled for: A1C PT/INR CMP (circled) CBC LIPIDS (circled) | |
| | TSH HIV UA UAdip EKG Liver Panel | |
| | T4, microalbumin-urine T3 BMP BNP | |
| | Other:________ CRP SED RATE | |
| | Drug Level: Depakote ____ Dilantin ____ Phenobarb ____ Keppra ____ Lithium ____ | [signature] |
| | Sharps used: 21 | |
| | Number of attempts: 1 | |
| | Site used: RAC | |
| | Done: Yes (marked) No Signed refusal: Yes No | |
| | Recall: unable ate work | |
| | move no show security | |
| | other________ | |
| | Sticker:________ | |
| | | |

Distribution: Offenders Medical Record

DOC 0084 (Eff9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Lawrence Correctional Center**

**Offender Information:**

__________ Last Name __________ First Name ____ MI **ID#:** __________

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

istribution: Offenders Medical Record

DOC 0084 (Eff9/2002)
Replaces jCD7147

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Lawrence Correctional Center Center

Annual TB Screen: Page 1 of 1

Offender Information:

Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date: 1/10/23 | S. Annual TB Screen: | P: ✓ To read PPD Skin test in 48-72 hours |
| Time: 1030A | O: ✓ PPD Skin Test Given* | |
| | Tubersol 0.1 CC ID<left forearm given | ____Patient education signs/symptoms of active TB disease. |
| | Manufacture: Sanofi Lot #: C5928AA<br>Expiration date: 3/1/24 | ✓ Medical history DOC 0092 noted as appropriate. |
| | ____Previously positive skin test result. | ✓ Data base reviewed/revised/updated, as appropriate. |
| | A: Annual TB Screen | LBrown RN |
| | | |
| Date: 1-12-23 | O: ✓ **PPD skin test results | P: ✓ Data base reviewed/revised/updated, as appropriate. |
| Time: 135 pm | 0 MM | ✓ No further follow up needed. |
| | A: Annual TB Sceen | |
| | | NBaker RN |
| | | |
| | *Any inmate refusing TB skin testing after counseling is to be referred to the Medical Director. | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

| | **Any inmate having a new positive PPD skin test result shall be treated in accordance with AD 04.03.105AF Chronic illnesses | |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_______________ Center

Offender Information:

_______________ Last Name _______________ First Name _____ MI ID#: _______________

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

LAWRENCE CORRECTIONAL CENTER

Offender Information:

Last Name: Fillmore First Name: Aaron MI: ID#: B63343

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/23/22 1155 | (S) NP Note: Individual in custody seen today for med furlough F/u. | (1) Tylenol 500mg 1 po TID prn X 12mos |
| 197.6 with chains 97.3 113 99% | Furlough documents thoroughly reviewed + discussed. Testing revealed "mild" bilateral carpal tunnel syndrome. Pt. educated on this diagnosis — pt. requesting wrist braces as treatment. Advised that per regional medical director no sleeves/braces were to be issued — therefore will refer to on-call MD for further eval/discussion. Pt agreeable to this. | (2) Start Diclofenac 75mg 1 po BID X 12mos (3) Place on Dr. Meyers line — persistently requesting waist chain & wrist braces for carpal tunnel |
| | (O) A+Ox3, Cooperative, PERRL, CTA bilateral | |
| | (A) (1) Furlough F/u | C. Luking FNP-C |

Noted [illegible]

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER OUTPATIENT PROGRESS NOTES

## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

______________________ ______________________ ______ **ID#:** ______________

Last Name First Name MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

Transferring Facility: ____________ Center

Offender Information: Fillmore (Last Name) Aaron (First Name) ____ (MI) ID#: B63343

Date: ____________ Time: ____________ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: Erythromycin

Food Handler Approved: yes 1-29-20

Current / Acute Conditions / Problems: ____________

Chronic Conditions / Problems: ____________

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Tylenol, mobic

Chronic Long-term: ____________

Chronic Psychotropic: ____________

**Current Treatments:** Routine

**Therapeutic Diets:** REG

**Follow-Up Care:** RHC

**Chronic Clinics:** Ø

**Specialty Referrals:** EMG Neuro

**Significant Medical History:** Ø

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ________ ☒ Hx Psych Med ☐ Hx MPC / STC ☒ Glasses ☐ Dentures ☐ Hearing Aid

Substance Abuse: ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ________ ☐ **Packet Complete**

M.Abell BSNRN (Health Care Staff and Title) [signature] (Signature) 1-18-23 (Date)

**Reception Screening** (completed by receiving facility health care staff):

Facility: ____________ Date: ____________ Time: ____________ ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint: ____________

Current Medications/Treatment: ____________

**Objective:**

Physical Appearance/Behavior: ____________

Deformities: Acute/Chronic: ____________

T: ______ P: ______ R: ______ B/P: ____/____

Assessment: ____________

Plan: Disposition:

☐ Health Information Given ☐ Emergency Referral: ____________

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ____________

☐ Infirmary Placement: ____________

☐ Other (specify): ____________

____________ Printed Name and Title ____________ Signature ____________ Date

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

____________ Mental Health Professional Signature and Title ____________ Date ☐ Approved ☐ Denied

____________ Health Care Staff Signature and Title ____________ Date ☐ Approved ☐ Denied

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev. 12/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Lawrence Correctional Center
(Facility)

Offender's Name: Fillmore, Aaron ID# B63343

Reason for Referral: ☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☐ Evaluation ☐ Management
☒ Procedure/service (specify) EMG
☐ Other (specify)

Urgent: ☐ Yes ☐ No

Referred to: Neurology - EMG

Rationale for Referral: Been experiencing numbness + tingling in Ⓛ hand/arm. Hx of fracture in 1982. Showing chronic + degenerative changes on 4/28 xRay. + tineal test

Melisa Wise, APRN,FNP-C M. Wise FNP-C 5/25/22
Print Referring Practitioner's Name Referring Practitioner's Signature Date

Report of Referral (Use Reverse Side, if necessary)

Findings:

Assessment:

Recommendations/Plans:

Print Practitioner's Name Practitioner's Signature Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name Facility Medical Director's Signature Date

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

FILLMORE LCC (MR) 0105

 # NOTICE OF CLAIM AUTHORIZATION NUMBER

To: HEALTHCARE UNIT
From: Utilization Management
Date/Time: 06/01/2022 / 07:29:47

Inmate Name: AARON FILLMORE
Inmate Number: B63343
Date of Birth: 01/10/1975
Site: LAWRENCE CORRECTIONAL CENTER
Service: 95860-MUSCLE TEST ONE LIMB
Authorization No: 434857565

Service is Authorized.

Comments: 06-01-2022 Request for EMG Left arm numbness tingling, 1982 fracture hx,

---

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

12/20
9am

**HEALTH CARE UNIT**
**MEDICAL FURLOUGH**

**FACILITY:** LAWRENCE CORRECTIONAL CENTER

**DATE:** December 15, 2022

**TO:** Record Office

**FROM:** Andrea Holscher, RHIT
Medical Records

**SUBJECT:** Medical Furlough

A medical furlough is being requested for the below named inmate:

**Name:** Aaron Filmore

**Inmate ID Number:** B63343

**Reason:** Test

**Appointment Date/Time:** December 20, 2022 be there by 9:00 am (approx. time 1.5 hrs.)

**Hospital / Facility:** Crawford Memorial Hospital

**Physician / Department:** Consulting Clinic

**Address:** 1000 N. Allen

**City:** Robinson, IL 62454 PH#618-546-2591

**Transportation:** State Car ( x ) ADA Van ( )

12/15/22
Health Care Unit Administrator

Approved Disapproved

Warden

Special Instructions: none

DCA 17841
IL426-12158 (rev. 12/89)

B63343

**CRAWFORD MEMORIAL HOSPITAL**
**1000 N. Allen**
**Robinson, IL 62454**
**618-544-3131**

**Full Name:** Aaron Fillmore **Gender:** Male
**MRN:** 93932 **Date of Birth:** 1/10/1975
**Account #:** 60494591

**Visit Date:** 12/20/2022 09:00
**Age:** 47 Years 11 Months Old
**Examining Physician:** Robert Cranston, MD
**Referring Physician:** M Wise, FNP
**Technologist:** J Wolfe EMG tech/CRT/RCP
**Notes:**
Order: EMG/NCV LUE
DX: left hand and arm numbness and tingling.
Procedure explained prior to test, patient verbalized understanding.
Symptoms began approximately 40 years ago but in the past two years they have gotten worse. His left hand tingles and goes numb. His hand and wrist has pain all the time. His left hand and wrist are weak from a compound fracture 40 years ago. His left wrist will dislocate with exercise or moving it the wrong way.

## Motor NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp mV | Rel Amp % | Segments | Dist. cm | Vel m/s |
|---|---|---|---|---|---|---|---|
| **L Median - APB** | | | | | | | |
| Wrist | APB | 4.1 | 15.0 | 100 | Wrist - APB | 5.5 | |
| Elbow | APB | 7.9 | 14.0 | 92.8 | Elbow - Wrist | 22.5 | 59.2 |
| **L Ulnar - ADM** | | | | | | | |
| Wrist | ADM | 3.3 | 14.6 | 100 | Wrist - ADM | 5.5 | |
| B.Elbow | ADM | 5.7 | 11.8 | 81.1 | B.Elbow - Wrist | 14 | 58.4 |
| A.Elbow | ADM | 7.5 | 12.0 | 82.1 | A.Elbow - B.Elbow | 10 | 56.5 |
| | | | | | A.Elbow - Wrist | 24 | 57.6 |

median motor latency is slightly long. Ulnar values are normal

Will address at Furlough F/u 12/21/22 [illegible]

Aaron Fillmore 93932 12/20/2022 09:00

## Sensory NCS

| Nerve / Sites | Rec. Site | Onset Lat ms | Peak Lat ms | NP Amp µV | PP Amp µV | SPAR % | Segments | Distance cm |
|---|---|---|---|---|---|---|---|---|
| **L Median - Dig III Antidr** | | | | | | | | |
| Wrist | Dig III | 3.18 | 4.06 | 48.3 | 100.8 | 100 | Wrist - Dig III | 13 |
| **R Median - Dig III Antidr** | | | | | | | | |
| Wrist | Dig III | 3.85 | 4.74 | 31.1 | 58.5 | 64.3 | Wrist - Dig III | 13 |
| **L Ulnar - Dig V Antidr** | | | | | | | | |
| Wrist | Dig V | 2.71 | 3.59 | 39.7 | 65.6 | 100 | Wrist - Dig V | 11 |
| **R Ulnar - Dig V Antidr** | | | | | | | | |
| Wrist | Dig V | 2.86 | 3.75 | 34.9 | 24.3 | 87.9 | Wrist - Dig V | 11 |
| **L Radial - Thumb Antidr** | | | | | | | | |
| Median | Thumb | 2.66 | 3.54 | 37.9 | 36.3 | 100 | Median - Thumb | 10 |
| Radial | Thumb | 2.71 | 3.54 | 17.6 | 26.1 | 100 | Radial - Thumb | 10 |
| **R Radial - Thumb Antidr** | | | | | | | | |
| Median | Thumb | 3.07 | 4.32 | 27.6 | 45.9 | 72.8 | Median - Thumb | 10 |
| Radial | Thumb | 2.66 | 3.44 | 11.2 | 13.1 | 63.9 | Radial - Thumb | 10 |
| **L Median - Ulnar - Palmar** | | | | | | | | |
| Median | Wrist | 2.03 | 2.66 | 37.5 | 34.5 | 100 | Median - Wrist | 8 |
| Ulnar | Wrist | 1.72 | 2.29 | 2.9 | 15.4 | 18.4 | Ulnar - Wrist | 8 |
| **R Median - Ulnar - Palmar** | | | | | | | | |
| Median | Wrist | 2.45 | 3.07 | 32.9 | 34.0 | 87.8 | Median - Wrist | 8 |
| Ulnar | Wrist | 1.77 | 2.40 | 15.8 | 13.7 | 100 | Ulnar - Wrist | 8 |

median sensory values are long. right median/radial and bilateral palmar values are long

## F Wave

| Nerve | Fmin ms |
|---|---|
| **L Median** | 30.52 |
| **L Ulnar** | 27.08 |

F-waves are normal

**Summary & Conclusion:**

Findings are suggestive of mild, bilateral, L > R carpal tunnel syndrome. Correlate clinically

Robert E. Cranston, MD, FAAN 12/20/2022

-----------------------------------------

**Robert E. Cranston, MD, MA, MSHM, FAAN**
**Board Certified Neurologist**

Dec. 20. 2022 2:58PM CMH: Cardiopulmonary No. 2933 P. 4

Aaron Fillmore 93932 12/20/2022 09:00

Motor NCS L Median - APB
Motor NCS L Ulnar - ADM
Sensory NCS L Median - Dig III Antidr
Sensory NCS L Ulnar - Dig V Antidr
Sensory NCS L Radial - Thumb Antidr
Sensory NCS L Median - Ulnar - Palmar
Sensory NCS R Median - Ulnar - Palmar
Sensory NCS R Median - Dig III Antidr
Sensory NCS R Ulnar - Dig V Antidr
Sensory NCS R Radial - Thumb Antidr
F Wave L Median
F Wave L Ulnar

3

FILLMORE LCC (MR) 0110

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

JUVENILE

Inmate/Student Name Fillmore Aaron

Inmate/Student I.D.# B63343

Reception Facility ______ BD 1-10-75

Panorex ______

☐ Schedule immediately at R&C

☐ Schedule routine exam at receiving institution

☐ Schedule immediately at receiving institution

Screening DDS sig ______

Existing Restorations and Missing Teeth

R L

Treatment Needed and Completed Restorations

R L

OD 6-21-34

| Public Health Classification Screening Dates | | | | | Pathology |
|---|---|---|---|---|---|
| Endodontics | | | | | |
| Oral Surgery | | | | | |
| Periodontics | | | | | |
| Operative | | | | | |
| Prosthetic | | | | | |

Receiving Inst. Pon

Dentist [illegible]

Date 1-29-2020

## MEDICAL HISTORY AND REMARKS

| | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular Disease | | ✓ | |
| Pulmonary Disease/Asthma | | ✓ | |
| Diabetes | | ✓ | |
| Epilepsy | | ✓ | |
| Hepatitis | | ✓ | |
| V.D. (Type ) | | ✓ | |
| Allergies (Type ) Emvvn | | | |

ADULT

EXISTING RESTORATIONS & MISSING TEETH

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

R L

TREATMENT NEEDED - COMPLETED RESTORATIONS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Fillmore, A B-63343

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| [illegible] | [illegible] | | 4-12-18 | Pt seen by physician | |
| | [illegible] request | [illegible] | | today - approved | |
| 4-19-16 | [illegible] Pt unable | | | for [illegible] | |
| | to be brought to | | | [illegible] | |
| | HCU by Segregation | | | [illegible] | |
| | Lt. - Resch appt | M Smith RDH | | [illegible] hand scale | |
| 5-4-16 | Pt unable come from | | | [illegible] | M Smith RDH |
| | Seg today per | | 8-5-19 | hygiene appt cancelled | |
| | security - Resch | M Smith RDH | | by Segregation [illegible] | |
| 5-5-16 | [illegible] | | | Resch appt | M Smith RDH |
| | [illegible] - [illegible] | | 8-15-19 | [illegible] | |
| | hand scale, [illegible] | | | [illegible] calc | |
| | OTE | M Smith RDH | | [illegible] hand | |
| 1-25-18 | Seg - [illegible] | | | scale, polish OTE | |
| | [illegible] | | | Responded to grievance | M Smith RDH |
| | [illegible] | | 1-21-20 | [illegible] Seg AD | |
| | [illegible] | | 8:30am | [illegible] | |
| | [illegible] | [illegible] | | [illegible] | |
| 3-14-18 | [illegible] | | | [illegible] | [illegible] |
| 3-15-18 | Grievance answered. | | 1-28-2020 | [illegible] | |
| | [illegible] | [illegible] | | [illegible] 1-21-2020 | [illegible] |
| 3-16-18 | [illegible] | | 9-7-21 | Request received says | |
| 2:00PM | [illegible] | | | has Lost Tooth + Cavity | |
| | [illegible] | | N443 | w/ pain | [illegible] RDH |
| | [illegible] | [illegible] | 9-16-2021 | [illegible] lockdown | |
| 3-21-18 | [illegible] (appt) | | | [illegible] movement only | |
| 8:30AM | [illegible] | | | [illegible] | [illegible] |
| | [illegible] | | 9-21-21 | Level 4 lockdown | |
| | [illegible] | | | limited movement | [illegible] |
| | [illegible] | [illegible] | | | |

DC 7126 (Rev. 10/87)
IL 426-0018

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Dental Record

Offender Name: Filmore, Aaron
Offender ID #: B63343
Reception Facility:
Panorex: B.D. 1-10-75

Screening DDS Sig:

☐ Schedule immediately at R&C

☐ Schedule Routine at receiving institution

☐ Schedule immediately at receiving institution

Receiving Institution: Pon
Dentist: [illegible]
Date: 1-29-2020

| Public Health Classification | Screening Date | | | | Pathology |
|---|---|---|---|---|---|
| Endodontics | | | | | |
| Oral Surgery | | | | | |
| Periodontics | | | | | |
| Operative | | | | | |
| Prosthetic | | | | | |

OD 6-21-34

### Medical History and Remarks

| | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular | | ✓ | |
| Pulmonary/ Asthma | | ✓ | |
| Diabetes | | ✓ | |
| Epilepsy | | | |
| Hepatitis | | ✓ | |
| V.D. (Type ________) | | ✓ | |
| Allergies (Type ________) | | ✓ | |
| ________ | | ✓ | |

### Existing Restorations and Missing Teeth

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

### Treatment Needed – Completed Restorations

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

15x3343

Fillmore, Aaron

ILLINOIS DEPARTMENT OF CORRECTIONS

Dental Record

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| 9-21-2021 cont | [illegible handwritten entry] | [signature] | 11-9 2021 | O pt still having sensitivity between #3 and #4 and may have recession [illegible] needs an xray A needs an xray #3 #4 and possible filling needs | |
| | | | NR | P (BW) [illegible] #3 #4 4 PBW's? fill #3? | [signature] |
| | | [signature] | 3-1 2022 | Trans to Lawrence from Pontiac | |
| | | | 3-2-22 730am | Lawrence Chart review | [signature] |
| | | | 5-26-22 | reschedule due to level one lockdown | AMusgrave RDH |
| 9/24/21 230pm NA 2443 | Removal Request S. Cantz Pontiac O. Removal Chart note sent meds: [illegible] Motrin 600mg PO TO10 sent meds. A. Cantz Toothpaste: P. Screened [illegible] house. | [signature] | 5-27-22 9:45am | Covid protocol followed Temp 97.1 Good OH: light plaque and calculus, mild to mod staining. Cavitron, hand scale, polish #31 mesial supicious notified pt that he might want to put a slip in to see DDS if interested in having it checked out. | AMusgrave RDH |
| 9-28-2021 | Biennial exam Pon pts has gingival recession and has been brushing hard due to the staining which is contributing to the problem - [illegible] P 2 - Perio advised to use a soft brush and sensodyne toothpaste anything | [signature] | 1-10-23 10:30 | 2 Year Exam - Covid Protocol #3 Temp 97.1 Updated Med Health Hx CC - UR cold sensitive Head, neck, OCS - WNL Exam of teeth w/ recession of gums on UR Perio - good POH, min tartar | |
| 11-8 2021 | S O extreme sensitivity O see exam 9-28-21 | | | | |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Dental Record**

Offender Name: Fillmore, Aaron
Offender ID #: B63343
Reception Facility:
Panorex:

Screening DDS Sig:

☐ Schedule immediately at R&C

☐ Schedule Routine at receiving institution

☐ Schedule immediately at receiving institution

updated 1/10/23

**Medical History and Remarks**

| | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular | | ✓ | |
| Pulmonary/ Asthma | | ✓ | |
| Diabetes | | ✓ | |
| Epilepsy | | ✓ | |
| Hepatitis | | ✓ | |
| V.D. (Type ____) | | ✓ | |
| Allergies (Type____) | ✓ | | Erythromycin |

**Existing Restorations and Missing Teeth**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

Distribution: Offender's Medical Record

Receiving Institution:
Dentist:
Date:

| Public Health Classification | Screening Date | | | | Pathology |
|---|---|---|---|---|---|
| Endodontics | | | | | |
| Oral Surgery | | | | | |
| Periodontics | | | | | |
| Operative | | | | | |
| Prosthetic | | | | | |

**Treatment Needed – Completed Restorations**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DOC 0422 (Eff. 5/2019)

ILLINOIS DEPARTMENT OF CORRECTIONS

Dental Record

| Date | Service Rendered | D.D.S. Signature | | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|---|
| 1-10-23 | 4 BWs taken + reviewed | | | | | |
| -Cont- | Consulted for sensitive teeth due | | | | | |
| | to gum recession | | | | | |
| | Rx Sensitive TP 4.3 oz tube use as needed | | | | | |
| | NV PRN - Rec cleaning. [illegible] | | | | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Optometric Examination**

Pontiac CC Center

☐ Baseline ☐ Annual

Date: 7/20/21

Time: ___ ☐a.m. ☐p.m.

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | 363343 |

**Chief Complaint:** Been in prison since 1995 – no evidence of any eye exam

**HPI:**

- Location: Good dist VA, poor near
- Duration:
- Onset:
- Severity:
- Timing:
- Modifiers:

**Ocular History:**

- ☐ Cataracts:
- ☐ Glaucoma: No fam hx
- ☐ Disease:
- ☐ Trauma/Surgery:
- ☐ Strabismus:
- ☐ Amblyopia:

**Medical History:** ☐ NIDDM ☐ IDDM ☐ Hypertension ☐ Other:

**Visual Acuity:** Uncorrected Distance: ☐ OD 20/ 20 ☐ OS 20/ 20 ☐ OU 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

| | | | Acuity | | |
|---|---|---|---|---|---|
| Habitual Rx: | OD | | 20/ | Type: ☐ SV ☐ Bifocal | |
| | OS | | 20/20 | Date: / / | |
| Refraction: | OD | -25 | 20/ 20 | Type: ☐ SV ☐ Bifocal | |
| | OS | +25 ×1.50 | 20/ | Date: / / | |
| Near: | OD | | 20/20 | Type: ☐ SV ☐ Bifocal | |
| | OS | | 20/ | Date: / / | |

**Pupils:** ☑ Round ☑ Equal ☑ Responds to Light/Accommodation ☐ APD

**Motilities:** ☑ Full ☐ Abnormal **Confrontational Fields:** ☑ Full ☐ Abnormal

**Tonometry:** ☑ Applanation ☐ Tonopen ☐ NCT OD 15 OS 15 Time:

| Cover Test: | Distance | Near |
|---|---|---|
| Eso | | |
| Exo | | |
| Tropia | | |
| Phoria | | |
| Ortho | ✓ | ✓ |

| Slit Lamp Exam: | WNL | ABNL |
|---|---|---|
| Cornea | ✓ | |
| Conjuctiva | ✓ | |
| Iris/Ant. Chamber | ✓ | |
| Lens | ✓ | |
| Lids/Lashes | ✓ | |

| Opthalmoscopy: | WNL | ABNL |
|---|---|---|
| Disc | ✓ | |
| Vessels | ✓ | |
| Macula | ✓ | |
| Periphery | ✓ | |
| Vitreous | | |

Right / Left: healthy & pink tissue

**Method:** ☑ Direct ☐ BIO ☑ 78D ☐ 3 mirror ☐ Other:

Cup to disc: OD .35 OS .35 Cup Depth: ☐ Deep ☑ Moderate ☐ Shallow ☐ PE 2.5%, Trop 1%

**Assessment/Plan:**

1. presby – Rx R.O Glasses, check PRN
2.
3.
4.
5.

**Medications Ordered:**

**Eyeglasses Ordered:** Frame: ES Size: 50-22 Color: G

Rx: OD +125 Add: R.O Seg Height: N
OS +175 ☑ SV ☐ FT28 ☐ Reading Only PD 55

D. Lozano — Print Doctor's Name

[signature] — Doctor's Signature

Follow-Up: PRN — Date

Distribution: Offender's Medical Record

DOC 0081 (Eff. 9/2002)

Printed on Recycled Paper



# State of Illinois Facility
# Optical Prescription Order

Account #: 2661
Date: 7/20/21

Dixon Correctional Industries
Optical Lab, Bldg#30
2600 N. Brinton Ave.
Dixon, IL 61021

phone: (800) 523-1487
fax: (815) 288-3713
email: doc.dixilab@illinois.gov

| SUBMITTING FACILITY ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Facility Name: Pontiac Correctional Center | | | |
| Address: 700 W. Lincoln St., Box 9 | | | City: Pontiac |
| State: IL | Zip Code: 61764 | Phone: (815) 842-2816 | Fax: (815) 842-3127 |
| Facility Contact: | | Contact Email: | |
| Resident First Name: Aaron | Resident Last Name: Fillmore | | Resident ID#: B63343 |

POWER

| | SPHERE | CYLINDER | AXIS |
|---|---|---|---|
| R | +1.25 | sph | |
| L | +1.75 | | |

PRISM

| IN | OUT | UP | DOWN |
|---|---|---|---|
| | | | |
| | | | |

| OC HEIGHT | DPD | NPD |
|---|---|---|
| | | 55 |

SEGMENT

| | ADD | HEIGHT |
|---|---|---|
| R | | |
| L | | |

| BASE CURVE | DEC | INSET | TOTAL |
|---|---|---|---|
| | | | |

SPECIAL INSTRUCTIONS
*Private Pay*
R. O.

SV
LENS TYPE
(Ex: Single Vision, Bifocal, Progressive)

LENS MATERIAL
- [x] Plastic
- [ ] Polycarb

CHOOSE ONLY ONE STYLE:
- [x] Standard Clear
- [ ] Lenticular Clear
- [ ] Photochromic (grey)
- [ ] Polarized (grey)
- [ ] Crizal Alize UV
- [ ] Crizal Avance UV
- [ ] Crizal Avance UV Airwear Blue Capture
- [ ] Crizal Sapphire 360 UV Clear
- [ ] Crizal Sapphire 360 UV Photochromic (grey)

FRAME NAME: Eagle Scout

FRAME COLOR/COLOR COMBINATION: Grey

| MANUFACTURER | EYE | DBL | TPL SIZE |
|---|---|---|---|
| | 50 | 20 | |

D. Cook [signature]
Requesting Staff

7/20/21
Date

Approved by (if applicable)

Date

Form updated 1/2019



# State of Illinois Facility
# Optical Prescription Order

**Account #:** 2661
**Date:** 7/20/21

Dixon Correctional Industries
Optical Lab, Bldg#30
2600 N. Brinton Ave.
Dixon, IL 61021

phone: (800) 523-1487
fax: (815) 288-3713
email: doc.dixilab@illinois.gov

| SUBMITTING FACILITY ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Facility Name: Pontiac Correctional Center | | | |
| Address: 700 W. Lincoln St., Box 99 | | | City: Pontiac |
| State: IL | Zip Code: 61764 | Phone: (815) 842-2816 | Fax: (815) 842-3127 |
| Facility Contact: Julie Sassenger | | Contact Email: Julie.Sassenger @illinois.gov | |
| Resident First Name: Aaron | Resident Last Name: Fillmore | Resident ID#: B63343 | |

**POWER / PRISM / OC HEIGHT / DPD / NPD**

| | SPHERE | CYLINDER | AXIS | IN | OUT | UP | DOWN | OC HEIGHT | DPD | NPD |
|---|---|---|---|---|---|---|---|---|---|---|
| R | +1.25 | sph | | | | | | | | 55.0 |
| L | +1.75 | sph | | | | | | | | 55.0 |

**SEGMENT**

| | ADD | HEIGHT | BASE CURVE | DEC | INSET | TOTAL |
|---|---|---|---|---|---|---|
| R | | | | | | |
| L | | | | | | |

**SPECIAL INSTRUCTIONS**
*Private Pay*
*R.O.*

**LENS TYPE:** SV
(Ex: Single Vision, Bifocal, Progressive)

**LENS MATERIAL**
Plastic ☒
Polycarb ☐

**CHOOSE ONLY ONE STYLE:**
- ☒ Standard Clear
- ☐ Lenticular Clear
- ☐ Photochromic (grey)
- ☐ Polarized (grey)
- ☐ Crizal Alize UV
- ☐ Crizal Avance UV
- ☐ Crizal Avance UV Airwear Blue Capture
- ☐ Crizal Sapphire 360 UV Clear
- ☐ Crizal Sapphire 360 UV Photochromic (grey)

| FRAME NAME | FRAME COLOR/COLOR COMBINATION |
|---|---|
| Eagle Scout | Grey |

| MANUFACTURER | EYE | DBL | TPL SIZE |
|---|---|---|---|
| | 50 | 20 | |

Julie Sassenger (signature) — Requesting Staff — 7/20/21 Date

______________ Approved by (if applicable) ______________ Date

Form updated 2/2019

07/27/21

**Dixon Correctional Industries**
Dixon, IL 61021

**Rx Only**

SHIP TO: 02661 PONTIAC CC
BILL TO: 02661 PONTIAC CC
PATIENT: FILLMORE, B6334
TRAY#: 26749
JOB ID: 4542047

DCN: 4542047
INVOICE#: 000378027 07/27/21
LENS PRICELIST:

PLASTIC CLEAR

LENSES - REG

SINGLE VISION

| SPHERE | CYL | AXIS | OC HT | PRESCRIBED PRISM | ADD | SEG HT | DPD | NPD | BC |
|---|---|---|---|---|---|---|---|---|---|
| + 1.25 | | | 0.0 | | | | 55.0B | | 6.25 |
| + 1.75 | | | 0.0 | | | | 55.0B | | 6.25 |

PLASTIC CLEAR
SINGLE VISION

FRAME STATUS - SUPPLY

MFG: SOLO NAME: EAGLESCT TEMPLE NAME:
EYE: 50 BRIDGE: 20 TEMPLE: 140SKZ COLOR: CHARCOAL GREY CIRC: 146.7

| BILLING INFORMATION | PRICE |
|---|---|
| SV PCLR | 13.00 |
| SHIPPING CHECK | 0.00 |
| EAGLE SCOUT | 35.00 |

REDO:

COMMENTS

Total: 48.00

DIXON CC IND.
PO BOX 809 (40V-428)
2600 N Brinton Ave
Dixon, Illinois
61021-0809

SHIP TO: PONTIAC CC
ACCT#02661 (ATTN: HCUA)
700 W LINCOLN ST, BOX 99
PONTIAC, IL 61764

NA443

ILLINOIS DEPARTMENT OF CORRECTIONS

# RECEIPT OF PRESCRIPTION EYEGLASSES

Pontiac Correctional Center

PLEASE COMPLETE THE APPROPRIATE SECTION

| | |
|---|---|
| OFFENDER NAME (Last, First MI) | Fillmore, Aaron |
| Offender Number: | B63343 |
| Date Completed: | ~~8-11-21~~ 9-21-21 |

**EYEGLASSES RECEIVED FROM HEALTH CARE UNIT, PONTIAC CORRECTIONAL CENTER**

**DESCRIPTION (Must be completed for all eyeglasses)**

Eagle Scout Grey 50/20

☐ ***FOR STATE-ISSUED EYEGLASSES***

**I understand that I am responsible for the care of these prescription glasses that I received on this date. If during the next two (2) years they are lost, stolen, broken or damaged in any way, I am responsible for all costs if I choose to replace these glasses.**

**I have received the eyeglasses described above on this date.**

| | |
|---|---|
| Offender Signature | [signature] 9-21-21 |
| Witnessed By: (Print) | R Buczkowski |
| Witnessed By: (Signature) | [signature] |

Distribution: HEALTH CARE UNIT
OFFENDER

PON 0186 (rev. 03/2007)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Optometric Examination

Lawrence Correctional Center

☐ Baseline ☐ Annual

Date: 3/11/22

Time: 8:30 ☐a.m. ☐p.m.

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

**Chief Complaint:** Many Rx

| **HPI:** | **Ocular History:** |
|---|---|
| Location: | ☐ Cataracts: |
| Duration: | ☐ Glaucoma: |
| Onset: | ☐ Disease: |
| Severity: | ☐ Trauma/Surgery: |
| Timing: | ☐ Strabismus: |
| Modifiers: | ☐ Amblyopia: |

**Medical History:** ☐ NIDDM ☐ IDDM ☐ Hypertension ☐ Other:

**Visual Acuity:** Uncorrected Distance: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

**Habitual Rx:** OD +1/20 20/ Type: ☐ SV ☐ Bifocal
OS +1/20 20/ Date: / /

**Refraction:** OD pl -1.75 x 180 +1/2 20/20 Type: ☐ SV ☐ Bifocal
OS -0.25 -0.75 x 180 20/20 Date: / /

**Near:** OD 20/ Type: ☐ SV ☐ Bifocal
OS 20/ Date: / /

**Pupils:** ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD
**Motilities:** ☐ Full ☐ Abnormal **Confrontational Fields:** ☐ Full ☐ Abnormal
**Tonometry:** ☐ Applanation ☐ Tonopen ☐ NCT OD ____ OS ____ Time: ____

| Cover Test: | Distance | Near |
|---|---|---|
| Eso | | |
| Exo | | |
| Tropia | | |
| Phoria | | |
| Ortho | | |

| Slit Lamp Exam: | WNL | ABNL |
|---|---|---|
| Cornea | | |
| Conjuctiva | | |
| Iris/Ant. Chamber | | |
| Lens | | |
| Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL |
|---|---|---|
| Disc | | |
| Vessels | | |
| Macula | | |
| Periphery | | |
| Vitreous | | |

Right / Left

**Method:** ☐ Direct ☐ BIO ☐ 78D ☐ 3 mirror ☐ Other:

Cup to disc: OD ____ OS ____ Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow ☐ PE 2.5%. Trop 1%

**Assessment/Plan:** 1. CAA, [illegible]
2.
3.
4.
5.

**Medications Ordered:**

**Eyeglasses Ordered:** Frame: [illegible] Size: 50/20/140 Color: [illegible]

**Rx:** OD +1.50 -1.75 x 180 Add: Seg Height:
OS +1.25 -0.75 x 180 ☒ SV ☐ FT28 ☐ Reading Only PD 58

Lars Gentry, O.D. — Print Doctor's Name

Lars Gentry OD — Doctor's Signature

**Follow-Up:**

JB Pritzker
Governor

Rob Jeffreys
Director

**The Illinois Department of Corrections**

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

I Aaron Fillmore understand that I am responsible for the care of these prescription **GLASSES** that I have received on this April 6, 2022. If they are lost, stolen, broken or damaged within a two year time frame, that I am responsible for all costs if I choose to replace these **GLASSES.**

Inmate Signature: ______________________

Inmate Number: B63343

Witness: ______________________

Date: 04/06/22

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

03/22/22 **Dixon Correctional Industries**
Dixon, IL 61021

**Rx Only**

SHIP TO: 02623 LAWRENCE CC
BILL TO: 02623 LAWRENCE CC
PATIENT: FILLMORE, B6334
TRAY#: 14361
JOB ID: 4546888

DCN: 4546888
INVOICE#: 000383407 03/22/22
LENS PRICELIST:

PLASTIC CLEAR **LENSES - REG** SINGLE VISION

| SPHERE | CYL | AXIS | OC HT | PRESCRIBED PRISM | ADD | SEG HT | DPD | NPD | BC |
|---|---|---|---|---|---|---|---|---|---|
| + 1.50 | - 1.75 | 180 | 0.0 | | | | 58.0B | | 5.80 |
| + 1.25 | - 1.75 | 180 | 0.0 | | | | 58.0B | | 6.07 |

PLASTIC CLEAR SINGLE VISION

**FRAME STATUS - SUPPLY**

| | | | |
|---|---|---|---|
| MFG: SOLO | NAME: EAGLESCT | | TEMPLE NAME: |
| EYE: 50 | BRIDGE: 20 | TEMPLE: 140SKZ | COLOR: CHARCOAL GREY CIRC: 146.7 |

| BILLING INFORMATION | PRICE |
|---|---|
| SV PCLR | 13.00 |
| SHIPPING CHECK | 0.00 |
| EAGLE SCOUT | 35.00 |

REDO:

COMMENTS

Total: 48.00

DIXON CC IND.
PO BOX 809 (40V-428)
2600 N Brinton Ave
Dixon, Illinois
61021-0809

SHIP TO: LAWRENCE CC
ACCT#02623 (ATTN:HCUA)
10940 LAWRENCE RD
SUMNER, IL 62466

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Optometric Examination

Lawrence Correctional Center

☐ Baseline ☐ Annual

Date: 6/24/22

Time: 9:00 ☐a.m. ☐p.m.

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Fillmore | Aaron | | B63343 |

Chief Complaint: Wrong Rx

HPI:
Location:
Duration:
Onset:
Severity:
Timing:
Modifiers:

Ocular History:
☐ Cataracts:
☐ Glaucoma:
☐ Disease:
☐ Trauma/Surgery:
☐ Strabismus:
☐ Amblyopia:

Medical History: ☐ NIDDM ☐ IDDM ☐ Hypertension ☐ Other:

Visual Acuity: Uncorrected Distance: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

Habitual Rx: OD +1.50 -1.25 x 180 20/ Type: ☐ SV ☐ Bifocal
OS +1.25 -0.25 x 180 20/ Date: / /

Refraction: OD +1.50 20/ Type: ☐ SV ☐ Bifocal
OS +1.50 20/ Date: / /

Near: OD 20/ Type: ☐ SV ☐ Bifocal
OS 20/ Date: / /

Pupils: ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD

Motilities: ☐ Full ☐ Abnormal Confrontational Fields: ☐ Full ☐ Abnormal

Tonometry: ☐ Applanation ☐ Tonopen ☐ NCT OD OS Time:

| Cover Test: | Distance | Near |
|---|---|---|
| Eso | | |
| Exo | | |
| Tropia | | |
| Phoria | | |
| Ortho | | |

| Slit Lamp Exam: | WNL | ABNL |
|---|---|---|
| Cornea | | |
| Conjuctiva | | |
| Iris/Ant. Chamber | | |
| Lens | | |
| Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL |
|---|---|---|
| Disc | | |
| Vessels | | |
| Macula | | |
| Periphery | | |
| Vitreous | | |

Right Left

Method: ☐ Direct ☐ BIO ☐ 78D ☐ 3 mirror ☐ Other:

Cup to disc: OD OS Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow ☐ PE 2.5%. Trop 1%

Assessment/Plan: 1. hyperopia [illegible] about 13 months ago
2.
3.
4.
5.

Medications Ordered: [illegible]

Eyeglasses Ordered: Frame: [illegible] Size: [illegible] Color: [illegible]

Rx: OD +1.50 Add: Seg Height:
OS +1.50 ☐ SV ☐ FT28 ☐ Reading Only PD 58

Lars Gentry, O.D.
Print Doctor's Name

Lars Gentry OD
Doctor's Signature

Follow-Up:

JB Pritzker
Governor

Rob Jeffreys
Director

**The Illinois Department of Corrections**

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

I, Aaron Fillmore understand that I am responsible for the care of these prescription **LENSES** that I have received on August 12, 2022. If they are lost, stolen, broken or damaged within a two year time frame, I acknowledge that I am responsible for all costs if I choose to replace these **LENSES.**

Inmate Signature: ____________________

Inmate Number: B63343

Witness: ____________________

Date: August 12, 2022

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

FILLMORE LCC (MR) 0126

07/14/22 Dixon Correctional Industries
Dixon, IL 61021

Rx Only

SHIP TO:02623 LAWRENCE CC
BILL TO:02623 LAWRENCE CC
PATIENT:FILLMORE, B6334
TRAY#:27806
JOB ID: 4549361

DCN: 4549361
INVOICE#:000386291 07/14/22
LENS PRICELIST:

PLASTIC CLEAR LENSES - REG SINGLE VISION

| SPHERE | CYL | AXIS | OC HT | PRESCRIBED PRISM | ADD | SEG HT | DPD | NPD | BC |
|---|---|---|---|---|---|---|---|---|---|
| + 1.50 | | | 0.0 | | | | 58.0B | | 6.25 |
| + 1.50 | | | 0.0 | | | | 58.0B | | 6.25 |

PLASTIC CLEAR SINGLE VISION

FRAME STATUS - LENS

MFG:SOLO NAME: TEMPLE NAME:
EYE:50 BRIDGE:20 TEMPLE: COLOR:CHARCOAL GREY CIRC:146.7

| BILLING INFORMATION | PRICE |
|---|---|
| SV PCLR | 13.00 |
| SHIPPING CHECK | 0.00 |

REDO:

COMMENTS
LENSES ONLY/EDGE TO FIT

Total: 13.00

DIXON CC IND.
PO BOX 809 (40V-428)
2600 N Brinton Ave
Dixon, Illinois
61021-0809

SHIP TO:LAWRENCE CC
ACCT#02623
10940 LAWRENCE RD
SUMNER, IL 62466

(ATTN:HCUA)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: CU8 Admission Date:

Discharge Date:

MONTH: Jan YEAR: 2018

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | [illegible] | [illegible] | D | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | D | D | SR | [illegible] | KB | D | [illegible] | [illegible] | M | [illegible] | M | M | [illegible] | [illegible] | SR | SR | M | M | Sd | | NS |

Nurse Sick Call Seen in Segregation No Complaints

Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed

Dr. Sick Call Segregation Rounds No Complaints

Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | [signature] | SH | [signature] | [illegible] |
| | | | | | | J Welty LRN | JW |
| | | | | | | [signature] | [illegible] |
| | | | | [signature] | Sd | K Bleuns [illegible] | KB |
| | | | | [signature] | [illegible] | [signature] | M |

Side 1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: CU8 Admission Date:

Discharge Date:

MONTH: Feb YEAR: 2018

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen In Segregation No Complaints | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | M | [illegible] | M | AF | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | M | SH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | | | | |
| Nurse Sick Call Seen In Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | [illegible] /RN | [illegible] | [illegible] | [illegible] |
| | | | | | | [illegible] | [illegible] |
| | | | | | | A Heyton | AF |
| | | | | | | [illegible] | [illegible] |
| | | | | [illegible] | SH | [illegible] | [illegible] |

Side 1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Law CC
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: C48 Admission Date:

Discharge Date:

MONTH: March YEAR: 2017

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | PW | [illegible] | TW | [illegible] | [illegible] | [illegible] | NP | PW | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | TW | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | KB | TW | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | B |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| T Baker LPN | TB | P Wa[illegible] LPN | PW | T Welty RN | TW | [illegible] LPN | [illegible] |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | [illegible] | [illegible] |
| | | | | [illegible] | [illegible] | K D[illegible] LPN | KB |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Facility: Law CC

Offender Name: Fillmore  ID#: B63343  Housing Unit: Cu8  Admission Date:

Discharge Date:

MONTH: April  YEAR: 2018

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | [illegible] | CO | ND | [illegible] | N | N | ℊ | ℊ | [illegible] | B | [illegible] | [illegible] | CD | [illegible] | [illegible] | CB | | B | [illegible] | [illegible] | [illegible] | ℊ | [illegible] | CD | B | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| N Baker [illegible] | [illegible] | | | J Welty RN | JW | [illegible] | [illegible] |
| | | | | | | [illegible] | [illegible] |
| | | | | | | [illegible] | [illegible] |
| | | | | | | C Brooks [illegible] | CB |
| | | | | | | [illegible] BSN, RN | ℊ |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006)



ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Lawrence CC
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: CU-8 Admission Date:

Discharge Date:

MONTH: May YEAR: 2018

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | Wb | S | cf | Wb | C | cf | SR | Wb | S | TW | W | SR | Wb | SR | Wb | NB | NB | DY | S | SH | S | Wb | NB | | Wb | CD | SR | S | NB | CD | NB |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| N Baker RN | NB | S Helm | SH | T Welty RN | TW | [illegible] | Wb |
| | | | | [illegible] RN | SR | C [illegible] | CD |
| | | | | | | | |
| | | | | | | [illegible] | DY |
| | | | | [illegible] | cf | Collins, LPN | L |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0144 (Eff. 03/2006)



ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: CU-8 Admission Date:

Discharge Date:

MONTH: June YEAR: 2018

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | SR | [illegible] | [illegible] | | [illegible] | [illegible] | SH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | CB | KD | KD | BS | CB | KD | [illegible] | SR | KD | KD | [illegible] | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | [illegible] | BS | S. Ruthen LPN | SR |
| | | | | | | C Brooks [illegible] | CB |
| | | | | K Bleuns LPN | KD | | |
| | | | | [illegible] | SH | [illegible] | |

Side 2

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Law CC
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: CU8 Admission Date:

Discharge Date:

| MONTH: July | | | | | | | | | | | | | | | | | | | | | | | | | YEAR: 2018 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Nurse Sick Call Seen in Segregation No Complaints | | [initials] | [initials] | [initials] | NB | KD PN | W | NB | NB | [initials] | 8H | KD | 8H | | [initials] | 8H | KD | [initials] | [initials] | [initials] | [initials] | KD | DO | M | KD | 8H | KD | KL | W | KD | W | [initials] |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | [signature] RN | AW | [signature] RN | [initials] |
| | | | | [signature] RN | JW | [signature] RN | KD |
| | | | | | | K. Bleems LPN | KD |
| | | | | | | [signature] | KL |
| | | | | [signature] | 8H | [signature] | |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/200

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: C U 8 Admission Date: ______

Discharge Date: ______

MONTH: Aug YEAR: 2018

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | AF | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | CD | CB | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| A Heylen | AF | | | [illegible] RN | LW | [illegible] | CD |
| | | | | Schuyler | Y | [illegible] | WO |
| | | | | | | C Brooks RN | CB |
| | | | | | | A Collins LPN | [illegible] |
| | | | | [illegible] | | K Dlure CA | KD |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

LAWRENCE
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: Seg C 48 Admission Date:

Discharge Date:

| MONTH: September | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | NB | [illegible] | [illegible] | AF | [illegible] | NB | [illegible] | AF | Y | M | CB | KD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | NB | [illegible] | KD | KD | KD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

YEAR: 2018

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| NBaker LPN | NB | [illegible] RN | [illegible] | [illegible] | M | [illegible] LPN | AF |
| | | | | [illegible] RN | | [illegible] RN | Y |
| | | | | KB [illegible] LPN | KD | [illegible] | [illegible] |
| | | | | [illegible] | CB | [illegible] | CB |
| | | | | | | [illegible] LPN | [illegible] |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: C-W8 Admission Date:

Discharge Date:

MONTH: Oct YEAR: 2018

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | PW | WB | WB | KB | AF | SH | [illegible] | WB | PW | SJ | SJ | [illegible] | [illegible] | [illegible] | SW | AF | [illegible] | [illegible] | AF | SJ | KB | PW | WB | AF | [illegible] | WB | KB | WB | SH | SH | WB |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| SHopp | SH | P Ward RN | PW | T Welty RN | TW | [illegible] | WB |
| | | | | [illegible] RN | SJ | A Fuss LPN | AF |
| | | | | | | K Blevins LPN | KB |
| | | | | | | | |
| | | | | [illegible] | [illegible] | [illegible] | C |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Law CC
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: C 48 Admission Date:

Discharge Date:

MONTH: Dec YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | [illegible] | [illegible] | 8A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | 8A | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | PA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | P Ware RN | PW | [illegible] | | [illegible] | [illegible] |
| | | | | [illegible] | [illegible] | Y Shumaker RN | [illegible] |
| | | J Welty RN | JW | N Baker | NB | | |
| | | | | H. Elison | HE | [illegible] | 8A |
| | | | | [illegible] | | [illegible] | |

Side 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

LAWRENCE
Facility

Offender Name: Fillmore ID# B63343 Housing Unit: Seg C48 Admission Date:

Discharge Date:

MONTH: NOVEMBER YEAR: 2018

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation Not Seen | ND | Sn | [illegible] | [illegible] | [illegible] | WB | [illegible] | Y | M | WB | JD | [illegible] | [illegible] | SH | KD | [illegible] | [illegible] | | M | SH | [illegible] | NS | KD | [illegible] | HH | [illegible] | WB | | NS | [illegible] | |
| Nurse Sick Call Seen in Segregation Seen in Health Care Medication Administered | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doctor Sick Call Seen in Segregation Not Seen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doctor Sick Call Seen in Segregation Seen in Health Care Medication Administered | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | [signature] | PW | [signature] Collins, LPN | [illegible] | [signature] | WB |
| | | | | S Welty/RN | SW | [signature] | Y |
| [signature] | AW | [signature] | HH | [signature] | SH | [signature] | M |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: CU8 Admission Date: ______

Discharge Date: ______

MONTH: Jan YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call<br>Seen in Segregation<br>No Complaints | | AW | | AF | SH | [illegible] | [illegible] | S | AF | [illegible] | NB | [illegible] | [illegible] | [illegible] | NB | y | ap | P | ap | ap | ap | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | KB | [illegible] | [illegible] | [illegible] |
| Nurse Sick Call<br>Seen in Segregation<br>See Progress Note<br>Medical Complaints<br>Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call<br>Segregation Rounds<br>No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call<br>Segregation Rounds<br>See Progress Note<br>Medical Complaints<br>Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

COPY

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | [illegible] | AW | [illegible] | SH | A Hey?, RN | AF |
| | | | | | | [illegible] | KB? |
| | | | | | | [illegible] | [illegible] |
| | | | | [illegible] | [illegible] | | |
| | | [illegible] | ap | [illegible] | y | [illegible] | [illegible] |

Side 1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Law CC
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: Seg CUS Admission Date:

Discharge Date:

MONTH: Feb YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | KD | [illegible] | AF | [illegible] | SH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | AF | KD | SH | AF | [illegible] | KD | [illegible] | KD | [illegible] | SH | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| [illegible signature] | AF | | | [illegible signature] | SH | K Blevins LPN | KD |
| | | | | [illegible signature] RN | SW | A Fuller LPN | AF |
| | | | | | | [illegible signature] | [illegible] |
| | | | | | | [illegible signature] | [illegible] |
| | | | | | | [illegible signature] | [illegible] |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

# Segregation Sick Call Rounds Chart

Lawrence Correctional Center
Facility

Offender Name: Fillmore, Aaron ID#: B63343 Housing Unit: C U 08 Admission Date:

Discharge Date:

MONTH: March YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | KB | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | KB | | [illegible] | [illegible] | [illegible] | SH | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | SH | KB | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | SH | [illegible] | | K Blums LPN | KB |
| | | [illegible] RN | [illegible] | [illegible] | [illegible] | | |
| | | | | | | [illegible] | [illegible] |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] |

Side 2

DOC 0314 (Eff. 07/2006)

Printed on Recycled Paper




ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: C4B Admission Date:

Discharge Date:

MONTH: April YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: C48 Admission Date:

Discharge Date:

MONTH: May YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | [illegible] | [illegible] | M [illegible] LPN | MG | [illegible] | AK |
| | | | | | | [illegible] | [illegible] |
| | | | | [illegible] | | [illegible] | [illegible] |

Side 2

stribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: ~~[illegible]~~ B63343 Housing Unit: CU 8 Admission Date: ______

Discharge Date: ______

MONTH: June YEAR: 2019

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | PW | MG | AB | KO | MG | AH | [illegible] | | [illegible] | TW | AH | AH | | [illegible] | AH | MG | MG | | [illegible] | MG | MG | DD | [illegible] | [illegible] | MG | [illegible] | AB | [illegible] | [illegible] | MG | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | AH | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| PWhite[illegible] | PW | M Gillard LPN | MG | N Baker LPN | AB | [illegible] | DD |
| | | [illegible] RN | TW | | | A. Allison [illegible] | AE |
| | | | | | | | |
| | | | | | | | |
| | | | | | | [illegible] | [illegible] |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0514 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63443 Housing Unit: C U-08 Admission Date:

Discharge Date:

MONTH: Aug YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | SW | | SW | AE | | SH | MB | | | AE | AR | SH | YM | MB | MS | SH | KW | EW | | PA | SH | | MB | AE | SH | | KW | SW | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| SWeltz/RN | SW | YShurpard | Y | PW [illegible] | PA | [illegible] | AE |
| | | | | | | [illegible] | MB |
| | | | | | | [illegible] | AE |
| | | | | | | | |

Side 2



ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Lawrence
Facility

Offender Name: Fillmore ID#: B63443 Housing Unit: CU-8 Admission Date:

Discharge Date:

MONTH: July YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | SH | SW | [illegible] | KS | SH | lAJ | AF | AF | AH | SH | SH | AF | AH | SH | KS | AF | KS | AF | AF | [illegible] | [illegible] | AF | [illegible] | | Y | AH | AH | SH | | [illegible] | [illegible] |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| [illegible] | SW | H. Ellison RN | HE | [illegible] RN | SW | [illegible] | SH |
| AHall | AH | | | K [illegible] LPN | KS | A Frey RN | AF |
| | | | | | | | |
| | | | | | | [illegible] | Y |
| | | | | | | [illegible] | [illegible] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63443 Housing Unit: Seg CU-8 Admission Date:

Discharge Date:

MONTH: October YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | [illegible] | [illegible] |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | J. Harrison | JH |

Side 2

istribution: Offender Medical File

Printed on Recycled Paper

DOC 0[illegible] (Eff. [illegible]/2006)





ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63[illegible]43 Housing Unit: Seg C U-8 Admission Date:

Discharge Date:

MONTH: Sept YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | AF | [illegible] | [illegible] | ND | ND | MB | ND | SH | MB | [illegible] | JW | [illegible] | [illegible] | CW | CW | AH | D | MB | CP | D | AH | SH | [illegible] | D | | AH | SH | [illegible] | [illegible] | [illegible] | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| A Hey LPN | AF | | | Wuelty RN | JW | [illegible] | [illegible] |
| N Baker LPN | B | | | | | M [illegible] LPN | MB |
| | | | | | | [illegible] LPN | AH |
| | | | | | | Collins, W | [illegible] |
| [illegible] | [illegible] | [illegible] | CW | | | [illegible] RN | [illegible] |

Side 2

DOC 0314 (Eff. 07/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63443 Housing Unit: C U-08 Admission Date:

Discharge Date:

MONTH: NOV YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | AF | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | SK | SK | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | [illegible] | AN | [illegible] RN | LW | [illegible] | KS |
| | | | | M. [illegible] LPN | MG | [illegible] | AF |
| | | | | | | [illegible] | CH |
| | | | | | | [illegible] | |
| | | | | | | [illegible] | [illegible] |

Side 2

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: CU-08 Admission Date:

Discharge Date:

MONTH: YEAR:

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | | | | | | | | | | | | | | | | | | AR | Sm | AF | Mb | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | SA | SA | [illegible] | [illegible] |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | [illegible] | AR |
| | | | | | | [illegible] | Mb |
| | | | | | | | |
| | | | | | | | |
| | | | | | | [illegible] | [illegible] |

Side 2



ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Lawrence
Facility

Offender Name: Fillmore ID#: B63443 Housing Unit: CUA Admission Date:

Discharge Date:

MONTH: Oct YEAR: 2019

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | S | | AW | [illegible] | [illegible] | [illegible] | [illegible] | AF | OH | K | SH | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| AWare[illegible] | AW | DSeed RN | DW | M Gillard | MG | L Collins, [illegible] | L |
| | | | | | | A Haen | AH |
| | | | | | | A [illegible] LPN | AF |
| | | | | | | K B[illegible] | KS |
| | | | | | | [illegible] | SH |

Side 2

istribution: Offender Medical File

Printed on Recycled Paper

DOC 0314 (Eff. 07/2006

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

______________________________
Facility

Offender Name: ______________________ ID#: __________ Housing Unit: __________ Admission Date: __________

Discharge Date: ______________

MONTH: YEAR:

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |




ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Lawrence
Facility

Offender Name: Fillmore ID#: B63443 Housing Unit: CU-8 Admission Date:

Discharge Date:

MONTH: Dec YEAR: 2019

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | MG | SH | [illegible] | SH | | | | | [illegible] | MG | PA | [illegible] | DY | AH | | [illegible] | [illegible] | AH | | JH | [illegible] | [illegible] | [illegible] | [illegible] | KS | KS | K | [illegible] | [illegible] | SH | [illegible] |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| M Gilliard | MG | | | [signature] | [illegible] | [signature] | K |
| | | | | [signature] | [illegible] | [signature] | Dg |
| | | | | [signature] | PA | [signature] | AH |
| | | | | | | [signature] | [illegible] |
| | | | | [signature] | [illegible] | [signature] | SH |

Side 2

PON

ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

FEB 0 6 2020

By PON

Lawrence
Facility

Offender Name: Fillmore ID#: B63343 Housing Unit: C4 8 Admission Date: ______

Discharge Date: ______

MONTH: Jan YEAR: 2020

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | mB | AH | mb | [illegible] | AP | [illegible] | | D | SH | AH | mb | | AH | [illegible] | [illegible] | [illegible] | mb | [illegible] | D | JW | W | AH | SH DW | [illegible] | KJ | | SH | [illegible] | error | error | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|
| [signature] RN | AP | [signature] | AK | M Holland | mb | M Baker | [illegible] |
| | | J Mattox RN | DM | D Snider | DS | A Adams RN | AA |
| | | | | J Welty/RN | JW | K Smith | KS |
| [signature] | [illegible] | | | | | [signature] | |

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 9·24 | Name Fillmore, Aaron Cell N443 # B63343 Date 9/24/21 | AM | | | | | | | | | | | | | | | | | | | | | | | | → | | [signature] | | | | X | |
| Discontinue 9·29 | Med. Motrin 600mg po TID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. Disp 2 times 9/24/21 to 9/29/14 [signature] | PM | | | | | | | | | | | | | | | | | | | | | | | | → | ✓ | [signature] | | [signature] | | [signature] | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Location: N443

Date of Birth or Soc. Sec. No.:

Allergies:

Diagnosis:

Inmate Name and Number: Fillmore, A B63343

Facility: PON

Charting for: 9·25

Through: 9·30

# MEDICATION NOTES

**INSTRUCTIONS:**

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



Case 3:22-cv-02705-GCS Document 125-3 Filed 09/20/24 Page 158 of 263 Page ID #1572

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 6-10-22<br>Discontinue 12-10-22<br>Rx # | Mobic 7.5mg<br>1 tab po BID | | | | | | | | | | | | [illegible]<br>[illegible]<br>[illegible]<br>[illegible] | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>Discontinue<br>Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>Discontinue<br>Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>Discontinue<br>Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>Discontinue<br>Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>Discontinue<br>Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NB | R Baker LPN |

Location: 6AU23
Date of Birth or Soc. Sec. No.:
Allergies: E-Mycin
Diagnosis: PAIN
Inmate Name and Number: Fillmore, Aaron B63343
Facility: Lawrence
Charting for: 6-1-22
Through: 6-30-22

# MEDICATION NOTES

**INSTRUCTIONS:**

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-7397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 6/11/2022 | MELOXICAM 7.5MG TAB | 4/10 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | SUB FOR: MOBIC WISE, MELISSA | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Discontinue 12/7/2022 | TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Rx # 57418769 | | 60 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Original Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Discontinue | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Rx # | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Original Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Discontinue | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Rx # | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Original Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Discontinue | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Rx # | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Original Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Discontinue | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Rx # | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Original Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Discontinue | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Rx # | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| AF | [signature] | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| ~~6AL04~~ 8BU23 | 01/10/1975 | Erythromycin | |

| Inmate Name and Number | Facility | Charting for | Through | |
|---|---|---|---|---|
| FILLMORE, AARON P B63343 | LAWRENCE CORR CTR (IL) | 07/01/2022 | 07/31/2022 | FILLMORE LCC (MR) 0160 |

**INSTRUCTIONS:**

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-[illegible] • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 6/11/2022 | **MELOXICAM 7.5MG TAB** SUB FOR: MOBIC WISE, MELISSA TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | 6.11 | | 15 | | | 8.5 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 12/7/2022 | | #60 | | # | | | #60 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | 60 | | | AC | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 57418769 | | | | NA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 8/20/22 | Tylenol 500mg po. prn TID x 6mo | | | | | | | | | | | | | | | | | | | | | | | | | # 30 | | | | | | | |
| Discontinue 2/20/23 | Myers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| AM | AMeadows RN | | | | | | | [illegible] | [illegible] |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| 6AU23 8BU23 | 01/10/1975 | Erythromycin | |

| Patient Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| FILLMORE, AARON P B63343 | LAWRENCE CORR CTR (IL) | 08/01/2022 | 08/31/2022 |

# MEDICATION ADMINISTRATION RECORD

| Instructions | Non-Administered Medication Codes: | Result Codes | Injection Site Codes: |
|---|---|---|---|
| 1. Initial appropriate box when medication or treatment is given.<br>2. Circle initials when medication or treatment is refused.<br>3. State reason for refusal under medication notes.<br>4. State reason and result for PRN medication or treatment.<br>5. Indicate injection site with appropriate code. | 1. Refused by Patient<br>2. Patient Not in Cell<br>3. Security Lockdown<br>4. Medication Held (State Reason)<br>5. Missed Dose | A. Effective<br>B. Slightly Effective<br>C. Ineffective<br>D. No Effect Observed | A. Abdomen Left<br>B. Abdomen Right<br>C. Arm (Deltoid) Left<br>D. Arm (Deltoid) Right<br>E. Buttocks (Gluteus) Left<br>F. Buttocks (Gluteus) Right<br>G. Thigh (Quadriceps) Left<br>H. Thigh (Quadriceps) Right<br>I. Upper Back Left<br>J. Upper Back Right<br>K. Upper Chest Left<br>L. Upper Chest Right |

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result | Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

| | | | |
|---|---|---|---|
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order PRN 8/23/2022 Discontinue 2/18/2023 Rx # 57583293 | **ACETAMINOPHEN 500MG TAB** SUB FOR: TYLENOL MYERS, PERCY TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | #30 8/24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/11/2022 Discontinue 12/7/2022 Rx # 57418769 | **MELOXICAM 7.5MG TAB** SUB FOR: MOBIC WISE, MELISSA TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | #60 8/5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| 8BU23 | 01/10/1975 | Erythromycin | |

| Patient Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| FILLMORE, AARON P B63343 | LAWRENCE CORR CTR (IL) | 09/01/2022 | 09/30/2022 |

# MEDICATION ADMINISTRATION RECORD

| Instructions | Non-Administered Medication Codes: | Result Codes: | Injection Site Codes: |
|---|---|---|---|
| 1. Initial appropriate box when medication or treatment is given.<br>2. Circle initials when medication or treatment is refused.<br>3. State reason for refusal under medication notes.<br>4. State reason and result for PRN medication or treatment.<br>5. Indicate injection site with appropriate code. | 1. Refused by Patient<br>2. Patient Not in Cell<br>3. Security Lockdown<br>4. Medication Held (State Reason)<br>5. Missed Dose | A. Effective<br>B. Slightly Effective<br>C. Ineffective<br>D. No Effect Observed | A. Abdomen Left<br>B. Abdomen Right<br>C. Arm (Deltoid) Left<br>D. Arm (Deltoid) Right<br>E. Buttocks (Gluteus) Left<br>F. Buttocks (Gluteus) Right<br>G. Thigh (Quadriceps) Left<br>H. Thigh (Quadriceps) Right<br>I. Upper Back Left<br>J. Upper Back Right<br>K. Upper Chest Left<br>L. Upper Chest Right |

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result | Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

Medication: # of Pills
Start Date: ____/____ /____ Stop Date: ____/____ /____
Staff Signature: Date: ____/____ /____
Patient Signature: Date: ____/____ /____

# MEDICATION ADMINISTRATION RECORD

ROSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–31 |
|---|---|---|---|
| Original Order PRN 8/23/2022; Discontinue 2/18/2023; Rx #57583293 | ACETAMINOPHEN 500MG TAB<br>SUB FOR: TYLENOL MYERS, PERCY<br>TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | #30 8/24 | |
| Original Order 6/11/2022; Discontinue 12/7/2022; Rx #57418769 | MELOXICAM 7.5MG TAB<br>SUB FOR: MOBIC WISE, MELISSA<br>TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | #60 8/5 | |
| Original Order; Discontinue; Rx # | | | |
| Original Order; Discontinue; Rx # | | | |
| Original Order; Discontinue; Rx # | | | |
| Original Order; Discontinue; Rx # | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| 8BU23 | 01/10/1975 | Erythromycin 2 GEL | |

| Patient Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| FILLMORE, AARON R63343 | LAWRENCE CORR CTR (IL) | 10/01/2022 | 10/31/2022 |

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes:**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|
| | | | | | | |

**Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education**

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-7397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order PRN 8/23/2022 Discontinue 2/18/2023 Rx # 57583293 | ACETAMINOPHEN 500MG TAB SUB FOR: TYLENOL MYERS, PERCY TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | 8/24 #30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/11/2022 Discontinue 12/7/2022 Rx # 57418769 | MELOXICAM 7.5MG TAB SUB FOR: MOBIC WISE, MELISSA TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | 8/5 #60 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| 8BU23 | 01/10/1975 | Erythromycin 2 GEL | |

| Patient Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| FILLMORE, AARON P B63343 | LAWRENCE CORR CTR (IL) | 11/01/2022 | 11/30/2022 |

# MEDICATION ADMINISTRATION RECORD

| Instructions | Non-Administered Medication Codes: | Result Codes: | Injection Site Codes: | |
|---|---|---|---|---|
| 1. Initial appropriate box when medication or treatment is given.<br>2. Circle initials when medication or treatment is refused.<br>3. State reason for refusal under medication notes.<br>4. State reason and result for PRN medication or treatment.<br>5. Indicate injection site with appropriate code. | 1. Refused by Patient<br>2. Patient Not in Cell<br>3. Security Lockdown<br>4. Medication Held (State Reason)<br>5. Missed Dose | A. Effective<br>B. Slightly Effective<br>C. Ineffective<br>D. No Effect Observed | A. Abdomen Left<br>B. Abdomen Right<br>C. Arm (Deltoid) Left<br>D. Arm (Deltoid) Right<br>E. Buttocks (Gluteus) Left<br>F. Buttocks (Gluteus) Right | G. Thigh (Quadriceps) Left<br>H. Thigh (Quadriceps) Right<br>I. Upper Back Left<br>J. Upper Back Right<br>K. Upper Chest Left<br>L. Upper Chest Right |

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result | Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

| | | | |
|---|---|---|---|
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |
| Medication: | # of Pills | Medication: | # of Pills |
| Start Date: ____/____/____ | Stop Date: ____/____/____ | Start Date: ____/____/____ | Stop Date: ____/____/____ |
| Staff Signature: | Date: ____/____/____ | Staff Signature: | Date: ____/____/____ |
| Patient Signature: | Date: ____/____/____ | Patient Signature: | Date: ____/____/____ |



# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-6697 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order PRN 8/23/2022 Discontinue 2/18/2023 Rx # 57583293 | ACETAMINOPHEN 500MG TAB SUB FOR: TYLENOL MYERS, PERCY TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | 8/24 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/11/2022 Discontinue 12/7/2022 Rx # 57418769 | MELOXICAM 7.5MG TAB SUB FOR: MOBIC WISE, MELISSA TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | 8/5 60 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | HE | H. Olson RN | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| 8BU23 | 01/10/1975 | Erythromycin 2 GEL | |

| Patient Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| FILLMORE, AARON P B63343 | LAWRENCE CORR CTR (IL) | 12/01/2022 | 12/31/2022 |

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes:**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result | Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

other

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order PRN 8/23/2022 Discontinue 2/18/2023 Rx # 57583293 | ACETAMINOPHEN 500MG TAB SUB FOR: TYLENOL MYERS, PERCY TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | #30 8/24 | | | | Seeuue 1/16/23 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1/16/23 Discontinue 1/16/24 Rx # | Tylenol 500mg 1 po TID prn x12mo | 8/24 ↓ 50 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1/16/23 Discontinue 1/16/24 Rx # | Diclofenac 75mg 1 po BID x12mo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Ano | [illegible signature] |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| 8BU23 | 01/10/1975 | Erythromycin 2 GEL | |

| Patient Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| FILLMORE, AARON P R63343 | LAWRENCE CORR CTR (IL) | 01/01/2023 | 01/31/2023 |

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes:**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result | Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____



# MEDICATION ADMINISTRATION RECORD

ROSWELL PHARMACY SERVICES
814-629-7397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order PRN 1/18/2023 Discontinue 1/17/2024 Rx # 57892407 | ACETAMINOPHEN 500MG TAB SUB FOR: TYLENOL LUKING, CARISSA TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | #30 8/24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 1/18/2023 Discontinue 1/17/2024 Rx # 57892410 | DICLOFENAC SOD DR 75MG TAB SUB FOR: VOLTAREN LUKING, CARISSA TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DO | [illegible signature] |

| Location | Date of Birth or Soc. Sec. No. | Allergies | Diagnosis |
|---|---|---|---|
| 8BU23 | 01/10/1975 | Erythromycin 2 GEL | |

| Patient Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| FILLMORE, AARON P B63343 | LAWRENCE CORR CTR (IL) | 02/01/2023 | 02/28/2023 |

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes:**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

Medication: # of Pills
Start Date: ____/____/____ Stop Date: ____/____/____
Staff Signature: Date: ____/____/____
Patient Signature: Date: ____/____/____

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient ________ Reg. # ________ Date: ________

Problem ________

ORDER: (Physician's Signature After Last Order) ________

DEA/Illinois Lic. # ________ Physician (Print) ________

☐ May Substitute ________ M.D.

☐ May Not Substitute ________ M.D.

Noted by: ________ Date: ________

DCA 7000
IL 426-1417

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Fillmore, Aaron Reg. # B63343 Date: ________

Problem ________

ORDER: (Physician's Signature After Last Order) ________

DEA/Illinois Lic. # ________ Physician (Print) ________

☐ May Substitute ________ M.D.

☐ May Not Substitute ________ M.D.

Noted by: ________ Date: ________

DCA 7000
IL 426-1417

Allergies Emyar Pontsu NA443

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Fillmore, Aaron Reg. # B63343 Date: 9/24/21

Problem Toothache - Cavity

ORDER: (Physician's Signature After Last Order) Motrin 600mg po T&D
Disp 21 caps 9/24/21 to 9/29/21

DEA/Illinois Lic. # ________ Physician (Print) ________

☐ May Substitute ________ M.D.

☐ May Not Substitute ________ M.D.

Noted by: ________ Date: ________

DCA 7000
IL 426-1417

State of Illinois
Dept. of Corrections

## PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient ______ Reg. # ______ Date: ______
Problem ______
ORDER: (Physican's Signature After Last Order) ______

DEA/Illinois Lic. # ______ Physician (Print) ______
☐ May Substitute ______ M.D.
☐ May Not Substitute ______ M.D.
Noted by: ______ Date: ______

DCA 7000
IL 426-1417

State of Illinois
Dept. of Corrections

## PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient ______ Reg. # ______ Date: ______
Problem ______
ORDER: (Physican's Signature After Last Order) ______

DEA/Illinois Lic. # ______ Physician (Print) ______
☐ May Substitute ______ M.D.
☐ May Not Substitute ______ M.D.
Noted by: ______ Date: ______

DCA 7000
IL 426-1417

State of Illinois
Dept. of Corrections

## PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Fillmore, Aaron Reg. # B63343 Date: 12/23/22
Problem ______
ORDER: (Physican's Signature After Last Order) ______

— Tylenol 500mg 1 po TID PRN X 12 mos
— Diclofenac 75mg 1 po BID X 12 mos

DEA/Illinois Lic. # ______ Physician (Print) ______
☐ ~~May~~ Substitute C. Luking FNP-C M.D.
☐ May Not Substitute ______ M.D.
Noted by: [signature] Date: 1-16-23

DCA 7000
IL 426-1417

*BEGIN USING FROM BOTTOM UP

All: E-mycin

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Fillmore Aaron Reg. # B63343 Date: 1-10-23

Problem Sensitive teeth

ORDER: (Physician's Signature After Last Order)

[redacted] 4.3 oz tube use as needed

DEA/Illinois Lic. #

☒ May Substitute [signature] DMD Physician (Print) M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: Date:

All: E-mycin

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Fillmore Aaron Reg. # B63343 Date: 8/20/22

Problem Arm Pain

ORDER: (Physician's Signature After Last Order)

Tylenol 500 mg po PRN T T2 x 6 mos

DEA/Illinois Lic. # Physician (Print) [signature]

☐ May Substitute M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date 8-20-22

All: E-mycin

6AU23

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Fillmore Aaron Reg. # B63343 Date: 6/10/22

Problem

ORDER: (Physician's Signature After Last Order) Mobic 7.5mg 1tab PO BID X 6mos.

DEA/Illinois Lic. # Physician (Print)

☐ May Substitute M. [signature] FNP-C M.D.

☐ May Not Substitute [signature] M.D.

DCA 7000

GE MAC1200 FILLMORE, AARON 00006334
Male, 43 Years (01/10/1975), Caucasian, 70 in.
HR 71 bpm
CENTER NO.:
Measurement Results:
QRS 108 ms
QT/QTcB 392 / 425 ms
PR 170 ms
P 108 ms
RR/PP 824 / 845 ms
P/QRS/T 67/ 49/ 43 degrees
Interpretation:
12SL - Interpretation:
*** Age and gender specific ECG analysis ***
Sinus rhythm with sinus arrhythmia
Normal ECG
1.31.18
Order Physician
Unconfirmed report
Room Cart# 1 Site# 32 Order number 315

LAWRENCE CORRECTIONAL CENTER
10940 Lawrence Road
Sumner, IL 62466

UNIVERSITY OF ILLINOIS
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| FILLMORE, ARRON B63343 | A248-63343 | 01/10/1975 | M | Final | D248 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 01/19/2018 08:00 | 01/19/2018 23:30 | 01/22/2018 17:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A248.178 | | |

COMMENTS:

| Diagnostic Procedure | Result: In Range | Result: Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 12 | | MG/DL | 6-20 |
| SODIUM | 140 | | MMOL/L | 135-145 |
| POTASSIUM | 3.5 | | MMOL/L | 3.5-5.2 |
| CHLORIDE | 105 | | MMOL/L | 98-108 |
| GLUCOSE | 89 | | MG/DL | 65-110 |
| CREATININE | 0.99 | | MG/DL | 0.50-1.50 |
| CALCIUM | 9.0 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.3 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.6 | | GM/DL | 3.4-5.0 |
| BILIRUBIN,TOTAL | 0.3 | | MG/DL | 0-1.2 |
| ALK PHOS | 83 | | U/L | 40-125 |
| AST | 17 | | U/L | 10-40 |
| CO2 CONTENT | 26 | | MMOL/L | 24-32 |
| ANION GAP | 9 | | MMOL/L | 3-11 |
| ALT | 19 | | U/L | 10-50 |
| BUN/CREAT RATIO | 12.1 | | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 152 | | MG/DL | <200 |

(NOTE)

---

Cholesterol(mg/dl):

| | |
|---|---|
| <200 | DESIRABLE |
| 200-239 | BORDERLINE HIGH |
| >239 | HIGH |

---

| | | | | |
|---|---|---|---|---|
| TRIGLYCERIDE | 78 | | MG/DL | <150 |

(NOTE)

---

Triglycerides (mg/dl):

| | |
|---|---|
| <150 | NORMAL |
| 150-199 | BORDERLINE HIGH |
| 200-499 | HIGH |
| >499 | VERY HIGH |

---

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| | | | | |
|---|---|---|---|---|
| HDL | | 38 L | MG/DL | >40 |

(NOTE)

---

Continued on the next page

FM 1-25-18



LAWRENCE CORRECTIONAL CENTER
10940 Lawrence Road
Sumner, IL 62466

**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street, Room 170 (M/C 750) Chicago, Illinois 60612 Ph# (877)FOR-LABS Fredrick Behm, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| FILLMORE, ARRON B63343 | A248-63343 | 01/10/1975 | M | Final | D248 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 01/19/2018 08:00 | 01/19/2018 23:30 | 01/22/2018 17:01 | 2 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A248.178 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|

HDL <40 mg/dl is low and constitutes a coronary heart disease risk factor.
HDL >59 mg/dl is a negative risk factor for coronary heart disease.

---

| LDL,CALCULATED | 98 | | MG/DL | <130 |
|---|---|---|---|---|

(NOTE)

---

LDL, Calculated(mg/dl):

| | |
|---|---|
| <100 | OPTIMAL |
| 100-129 | NEAR OPTIMAL |
| 130-159 | BORDERLINE HIGH |
| 160-189 | HIGH |
| >189 | VERY HIGH |

---

LDL cannot be calculated when triglycerides are >400 mg/dL.The UIMCC Core Laboratory also offers direct measurement of LDL which may be ordered separately (LDL Cholesterol, Direct).

---

| RISK CATEGORY | LDL GOAL(mg/dl) |
|---|---|
| CHD or CHD risk equivalent[1] | <100 |
| Multiple (2+) risk factors[2] | <130 |
| Zero to one risk factor | <160 |

[1]CHD risk equivalents include diabetes, other forms of atherosclerotic disease and/or multiple risk factors that confer a 10-year risk for CHD >20%.
[2]Major Risk Factors:
- +1 Cigarette smoking
- +1 Hypertension(BP > or =140/90 mmHg or on antihypertensive meds)
- +1 Low HDL cholesterol (<40 mg/dL)
- +1 Family history of premature CHD
- +1 Age: men 45 years and older; women 55 years and older
- -1 High HDL cholesterol (60 mg/dl or greater)

---

End of Report

FILLMORE, ARRON B63343 01/22/2018 17:01 1-25-18 D248



LAWRENCE CORRECTIONAL CENTER
10940 Lawrence Road
Sumner, IL 62466

UNIVERSITY OF ILLINOIS
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| FILLMORE, AARON B63343 | A248-63343 | 01/10/1975 | M | Final | D248 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 01/22/2020 08:30 | 01/22/2020 23:23 | 01/23/2020 6:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A248.144 | | |

COMMENTS:

1.29.20

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 14 | | MG/DL | 6-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 3.7 | | MMOL/L | 3.5-5.2 |
| CHLORIDE | 102 | | MMOL/L | 98-108 |
| GLUCOSE | 89 | | MG/DL | 65-110 |
| CREATININE | 1.04 | | MG/DL | 0.50-1.50 |
| CALCIUM | 9.4 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.6 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.6 | | GM/DL | 3.4-5.0 |
| BILIRUBIN,TOTAL | 0.6 | | MG/DL | 0-1.2 |
| ALK PHOS | 72 | | U/L | 40-125 |
| AST | 19 | | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 9 | | MMOL/L | 3-11 |
| ALT | 19 | | U/L | 7-50 |
| BUN/CREAT RATIO | 13.5 | | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 179 | | MG/DL | <200 |

(NOTE)

-----------------------------------------------------

Cholesterol(mg/dl):

| | |
|---|---|
| <200 | DESIRABLE |
| 200-239 | BORDERLINE HIGH |
| >239 | HIGH |

-----------------------------------------------------

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| TRIGLYCERIDE | 75 | | MG/DL | <150 |

(NOTE)

---------------------------------------------------

Triglycerides (mg/dl):

| | |
|---|---|
| <150 | NORMAL |
| 150-199 | BORDERLINE HIGH |
| 200-499 | HIGH |
| >499 | VERY HIGH |

---------------------------------------------------

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| HDL | | 34 L | MG/DL | >40 |

(NOTE)

--------------------------------------------------

Continued on the next page



LAWRENCE CORRECTIONAL CENTER
10940 Lawrence Road
Sumner, IL 62466

UNIVERSITY OF ILLINOIS
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| FILLMORE, AARON B63343 | A248-63343 | 01/10/1975 | M | Final | D248 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 01/22/2020 08:30 | 01/22/2020 23:23 | 01/23/2020 6:01 | 2 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A248.144 | | |

COMMENTS:

| Diagnostic Procedure | Result: In Range | Result: Out of Range | Units | Reference Range |
|---|---|---|---|---|

HDL <40 mg/dl is low and constitutes a coronary heart disease risk factor.
HDL >59 mg/dl is a negative risk factor for coronary heart disease.

---

| LDL, CALCULATED | 130 H | MG/DL | <130 |
|---|---|---|---|

(NOTE)

---

LDL, Calculated(mg/dl):

| | |
|---|---|
| <100 | OPTIMAL |
| 100-129 | NEAR OPTIMAL |
| 130-159 | BORDERLINE HIGH |
| 160-189 | HIGH |
| >189 | VERY HIGH |

---

LDL cannot be calculated when triglycerides are >400 mg/dL.The UIMCC Core Laboratory also offers direct measurement of LDL which may be ordered separately (LDL Cholesterol, Direct).

---

| RISK CATEGORY | LDL GOAL(mg/dl) |
|---|---|
| CHD or CHD risk equivalent[1] | <100 |
| Multiple (2+) risk factors[2] | <130 |
| Zero to one risk factor | <160 |

[1] CHD risk equivalents include diabetes, other forms of atherosclerotic disease and/or multiple risk factors that confer a 10-year risk for CHD >20%.

[2] Major Risk Factors:
- +1 Cigarette smoking
- +1 Hypertension(BP > or =140/90 mmHg or on antihypertensive meds)
- +1 Low HDL cholesterol (<40 mg/dL)
- +1 Family history of premature CHD
- +1 Age: men 45 years and older; women 55 years and older
- -1 High HDL cholesterol (60 mg/dl or greater)

---

End of Report



LAWRENCE CORRECTIONAL CENTER
10940 Lawrence Road
Sumner, IL 62466

UNIVERSITY OF ILLINOIS
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| FILLMORE, AARON B63343 | A248-63343 | 01/10/1975 | M | Final | D248 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 01/22/2020 08:30 | 01/22/2020 23:23 | 01/23/2020 6:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A248.144 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 14 | | MG/DL | 6-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 3.7 | | MMOL/L | 3.5-5.2 |
| CHLORIDE | 102 | | MMOL/L | 98-108 |
| GLUCOSE | 89 | | MG/DL | 65-110 |
| CREATININE | 1.04 | | MG/DL | 0.50-1.50 |
| CALCIUM | 9.4 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.6 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.6 | | GM/DL | 3.4-5.0 |
| BILIRUBIN,TOTAL | 0.6 | | MG/DL | 0-1.2 |
| ALK PHOS | 72 | | U/L | 40-125 |
| AST | 19 | | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 9 | | MMOL/L | 3-11 |
| ALT | 19 | | U/L | 7-50 |
| BUN/CREAT RATIO | 13.5 | | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 179 | | MG/DL | <200 |

(NOTE)

---

Cholesterol(mg/dl):

| | |
|---|---|
| <200 | DESIRABLE |
| 200-239 | BORDERLINE HIGH |
| >239 | HIGH |

---

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| TRIGLYCERIDE | 75 | | MG/DL | <150 |

(NOTE)

---

Triglycerides (mg/dl):

| | |
|---|---|
| <150 | NORMAL |
| 150-199 | BORDERLINE HIGH |
| 200-499 | HIGH |
| >499 | VERY HIGH |

---

Triglyceride measurement must be performed on a specimen obtained from a fasting individual.

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| HDL | | 34 L | MG/DL | >40 |

(NOTE)

---

Continued on the next page
FILLMORE, AARON B63343 01/23/2020 06:01 D248

RECEIVED FEB 06 2020 By DON



LAWRENCE CORRECTIONAL CENTER
10940 Lawrence Road
Sumner, IL 62466

UNIVERSITY OF ILLINOIS
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| FILLMORE, AARON B63343 | A248-63343 | 01/10/1975 | M | Final | D248 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 01/22/2020 08:30 | 01/22/2020 23:23 | 01/23/2020 6:01 | 2 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A248.144 | | |

COMMENTS:

| Diagnostic Procedure | Result: In Range | Result: Out of Range | Units | Reference Range |
|---|---|---|---|---|

HDL <40 mg/dl is low and constitutes a coronary
heart disease risk factor.
HDL >59 mg/dl is a negative risk factor for
coronary heart disease.

-----------------------------------------------

| LDL, CALCULATED | | 130 H | MG/DL | <130 |
|---|---|---|---|---|

(NOTE)

---------------------------------------------------

LDL, Calculated(mg/dl):

| | |
|---|---|
| <100 | OPTIMAL |
| 100-129 | NEAR OPTIMAL |
| 130-159 | BORDERLINE HIGH |
| 160-189 | HIGH |
| >189 | VERY HIGH |

---------------------------------------------------

LDL cannot be calculated when triglycerides are >400 mg/dL.The UIMCC Core Laboratory also offers direct measurement of LDL which may be ordered separately (LDL Cholesterol, Direct).

---------------------------------------------------

| RISK CATEGORY | LDL GOAL(mg/dl) |
|---|---|
| CHD or CHD risk equivalent[1] | <100 |
| Multiple (2+) risk factors[2] | <130 |
| Zero to one risk factor | <160 |

[1]CHD risk equivalents include diabetes, other forms of atherosclerotic disease and/or multiple risk factors that confer a 10-year risk for CHD >20%.

[2]Major Risk Factors:

- +1 Cigarette smoking
- +1 Hypertension(BP > or =140/90 mmHg or on antihypertensive meds)
- +1 Low HDL cholesterol (<40 mg/dL)
- +1 Family history of premature CHD
- +1 Age: men 45 years and older
  women 55 years and older
- -1 High HDL cholesterol (60 mg/dl or greater)

---------------------------------------------------

End of Report

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **STEVEN BOWMAN, M.D.** | ACCESSION#: **11328929** |
| AGE/SEX: **45 / M** | PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **12/16/2020** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **12/16/2020** |
| PHONE#: **(815) 842-2816** | | REPORTED: **12/17/2020 07:10** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 12/17/2020 06:26:48 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNS



REDITUS LABORATORIES
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

LABORATORY DIRECTOR: DR. ADAM QUINN

**Patient Info Header**

| FILLMORE, AARON | PROVIDER: STEVEN BOWMAN, M.D. | ACCESSION#: 11395841 |
|---|---|---|
| AGE/SEX: 45 / M | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: 12/24/2020 |
| DOB: 01/10/1975 | ACCT#: 80781 | RECEIVED: 12/24/2020 |
| PHONE#: (815) 842-2816 | | REPORTED: 12/25/2020 14:08 |
| | ALT ID: B63343 | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 12/25/2020 13:27:07 |

omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| **FILLMORE, AARON** | PROVIDER: **STEVEN BOWMAN, M.D.** | ACCESSION#: **11411242** |
|---|---|---|
| AGE/SEX: / | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **12/28/2020** |
| DOB: | ACCT#: **80781** | RECEIVED: **12/28/2020** |
| | | REPORTED: **12/29/2020 03:31** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 12/29/2020 02:54:02 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| **FILLMORE, AARON**<br>AGE/SEX: /<br>DOB: | PROVIDER: **STEVEN BOWMAN, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11438068**<br>COLLECTED: **12/30/2020**<br>RECEIVED: **12/30/2020**<br>REPORTED: **12/31/2020 04:59**<br>VOUCHER #: |
|---|---|---|

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 12/31/2020 04:14:59 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: /<br>DOB:<br>PHONE#: **(815) 842-2816** | PROVIDER: **STEVEN BOWMAN, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11471647**<br>COLLECTED: **01/04/2021**<br>RECEIVED: **01/04/2021**<br>REPORTED: **01/05/2021 15:16**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/05/2021 14:41:23 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| **FILLMORE, AARON**<br>AGE/SEX: /<br>DOB: | PROVIDER: **STEVEN BOWMAN, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11512311**<br>COLLECTED: **01/07/2021**<br>RECEIVED: **01/07/2021**<br>REPORTED: **01/08/2021 08:53**<br>VOUCHER #: |
|---|---|---|

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/08/2021 08:12:45 |

ɔmment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Alison
Burchardt
AGNP-BC



LABORATORY DIRECTOR: DR. ADAM QUINN

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

## Patient Info Header

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **STEVEN BOWMAN, M.D.** | ACCESSION#: **11559765** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **01/11/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **01/11/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **01/12/2021 21:40** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

## Ancillary Testing

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/12/2021 20:58:14 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| **FILLMORE, AARON** | PROVIDER: **STEVEN BOWMAN, M.D.** | ACCESSION#: **11601692** |
|---|---|---|
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **01/14/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **01/14/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **01/15/2021 20:26** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/15/2021 19:43:03 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **STEVEN BOWMAN, M.D.** | ACCESSION#: **11635642** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **01/18/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **01/19/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **01/19/2021 14:12** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/19/2021 13:37:49 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Alison
Burchardt
AGNP-BC



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **STEVEN BOWMAN, M.D.** | ACCESSION#: **11675678** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **01/21/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **01/21/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **01/22/2021 15:15** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| est Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/22/2021 14:24:21 |

omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Alison
Burchardt
AGNP-BC



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **STEVEN BOWMAN, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11713730**<br>COLLECTED: **01/25/2021**<br>RECEIVED: **01/26/2021**<br>REPORTED: **01/26/2021 18:19**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/26/2021 17:41:39 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **STEVEN BOWMAN, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11742722**<br>COLLECTED: **01/28/2021**<br>RECEIVED: **01/28/2021**<br>REPORTED: **01/29/2021 09:10**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 01/29/2021 08:27:16 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFN...



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **11776022** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **02/01/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **02/01/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **02/02/2021 01:51** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/02/2021 01:12:47 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11814128**<br>COLLECTED: **02/04/2021**<br>RECEIVED: **02/04/2021**<br>REPORTED: **02/05/2021 08:27**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/05/2021 07:51:56 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **11841249** |
|---|---|---|
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **02/08/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **02/08/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **02/09/2021 07:01** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/09/2021 06:20:56 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11876925**<br>COLLECTED: **02/11/2021**<br>RECEIVED: **02/11/2021**<br>REPORTED: **02/12/2021 12:26**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/12/2021 11:43:59 |

'omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



REDITUS LABORATORIES
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

LABORATORY DIRECTOR: DR. ADAM QUINN

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **11911599** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **02/18/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **02/18/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **02/19/2021 05:02** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/19/2021 04:21:43 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



LABORATORY DIRECTOR: DR. ADAM QUINN

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**Patient Info Header**

| FILLMORE, AARON | PROVIDER: LAWRENCE ROSSI, M.D. | ACCESSION#: 11940599 |
|---|---|---|
| AGE/SEX: 46 / M | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: 02/22/2021 |
| DOB: 01/10/1975 | ACCT#: 80781 | RECEIVED: 02/22/2021 |
| PHONE#: (815) 842-2816 | | REPORTED: 02/23/2021 02:05 |
| | ALT ID: B63343 | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/23/2021 01:21:40 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP



**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **11968434**<br>COLLECTED: **02/25/2021**<br>RECEIVED: **02/25/2021**<br>REPORTED: **02/26/2021 02:24**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/26/2021 01:50:06 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

 

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **11995729** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **03/01/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **03/01/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **03/02/2021 04:28** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/02/2021 03:51:13 |

omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*





**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| FILLMORE, AARON | PROVIDER: LAWRENCE ROSSI, M.D. | ACCESSION#: 12024629 |
|---|---|---|
| AGE/SEX: 46 / M | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: 03/04/2021 |
| DOB: 01/10/1975 | | RECEIVED: 03/04/2021 |
| PHONE#: (815) 842-2816 | ACCT#: 80781 | REPORTED: 03/05/2021 05:26 |
| | ALT ID: B63343 | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status:* *Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/05/2021 04:46:39 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP

 

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12052018**<br>COLLECTED: **03/08/2021**<br>RECEIVED: **03/08/2021**<br>REPORTED: **03/09/2021 05:40**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| ,ARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/09/2021 05:02:02 |

:omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP

 

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **12083507** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **03/11/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **03/11/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **03/12/2021 10:25** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/12/2021 09:46:06 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

 

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **12108959** |
|---|---|---|
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **03/15/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **03/15/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **03/16/2021 07:20** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/16/2021 06:43:19 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

 

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12135607**<br>COLLECTED: **03/18/2021**<br>RECEIVED: **03/18/2021**<br>REPORTED: **03/18/2021 23:17**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/18/2021 22:39:32 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*




**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **12167749** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **03/22/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **03/22/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **03/23/2021 05:40** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/23/2021 04:55:48 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP

 

**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12197931**<br>COLLECTED: **03/25/2021**<br>RECEIVED: **03/25/2021**<br>REPORTED: **03/26/2021 10:39**<br>VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 03/26/2021 10:02:03 |

omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hanson, CFNP





**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **12244238** |
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **04/01/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **04/01/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **04/02/2021 02:41** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 04/02/2021 02:05:05 |

omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP




**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **12285449** |
|---|---|---|
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **04/08/2021** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **04/08/2021** |
| PHONE#: **(815) 842-2816** | | REPORTED: **04/09/2021 00:47** |
| | ALT ID: **B63343** | VOUCHER #: |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 04/09/2021 00:12:08 |

omment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hanson, CFNP





**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12327966**<br>COLLECTED: **04/15/2021**<br>RECEIVED: **04/15/2021**<br>REPORTED: **04/16/2021 03:38** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 04/16/2021 02:58:45 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen,





**REDITUS LABORATORIES**
1805 RIVERWAY DR. STE A
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12369853**<br>COLLECTED: **04/22/2021**<br>RECEIVED: **04/22/2021**<br>REPORTED: **04/23/2021 03:45** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 04/23/2021 03:01:57 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Andrew Tilden, MD





**REDITUS LABORATORIES**
200 ENTERPRISE DRIVE
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12409842**<br>COLLECTED: **04/29/2021**<br>RECEIVED: **04/29/2021**<br>REPORTED: **04/30/2021 01:16** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 04/30/2021 00:34:12 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

 

**REDITUS LABORATORIES**
200 ENTERPRISE DRIVE
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12453136**<br>COLLECTED: **05/06/2021**<br>RECEIVED: **05/06/2021**<br>REPORTED: **05/07/2021 05:27** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 05/07/2021 04:52:49 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP




**REDITUS LABORATORIES**
200 ENTERPRISE DRIVE
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. ADAM QUINN**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12491592**<br>COLLECTED: **05/13/2021 00:00**<br>RECEIVED: **05/13/2021 18:30**<br>REPORTED: **05/14/2021 00:48** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 05/14/2021 00:06:23 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP




**REDITUS LABORATORIES**
200 ENTERPRISE DRIVE
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. LORINE LAGATTA MD**

**Patient Info Header**

| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **12529106** |
|---|---|---|
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **05/20/2021 00:00** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **05/20/2021 18:00** |
| PHONE#: **(815) 842-2816** | ALT ID: **B63343** | REPORTED: **05/21/2021 02:11** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| **Test Name** | **Results** | **Date Reported** |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 05/21/2021 01:35:13 |

ɔmment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hanson, CFNP





**REDITUS LABORATORIES**
200 ENTERPRISE DRIVE
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. LORINE LAGATTA MD**

**Patient Info Header**

| **FILLMORE, AARON** | PROVIDER: **LAWRENCE ROSSI, M.D.** | ACCESSION#: **12565260** |
|---|---|---|
| AGE/SEX: **46 / M** | OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099 | COLLECTED: **05/27/2021 00:00** |
| DOB: **01/10/1975** | ACCT#: **80781** | RECEIVED: **05/27/2021 16:00** |
| PHONE#: **(815) 842-2816** | ALT ID: **B63343** | REPORTED: **05/27/2021 23:45** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status:* *Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 05/27/2021 23:11:48 |

Comment:

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

Cheryl Hansen, CFNP

 

**REDITUS LABORATORIES**
200 ENTERPRISE DRIVE
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LABORATORY DIRECTOR: DR. LORINE LAGATTA MD**

**Patient Info Header**

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **46 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **12592936**<br>COLLECTED: **06/03/2021 00:00**<br>RECEIVED: **06/03/2021 18:00**<br>REPORTED: **06/04/2021 03:27** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

**Ancillary Testing**

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 06/04/2021 02:52:26 |

Comment:

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 1805 Riverway Dr. Ste A, Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*





**REDITUS LABORATORIES**
200 ENTERPRISE DRIVE
PEKIN, IL 61554
PH: (866) 736-0002
FAX: (469) 498-0223
REDITUSLABS.COM
CLIA NO. 14D2174985

**LAB DIRECTOR: LORINE LAGATTA, MD**

## Patient Information

| | | |
|---|---|---|
| **FILLMORE, AARON**<br>AGE/SEX: **47 / M**<br>DOB: **01/10/1975**<br>PHONE#: **(815) 842-2816** | PROVIDER: **LAWRENCE ROSSI, M.D.**<br>OFFENDERS - PONTIAC CORRECTIONAL CENTER<br>Po Box 99, Pontiac, IL 61764-0099<br>ACCT#: **80781**<br>ALT ID: **B63343** | ACCESSION#: **14080424**<br>COLLECTED: **02/25/2022 00:00**<br>RECEIVED: **02/25/2022 17:00**<br>REPORTED: **02/26/2022 14:52** |

*Specimen Source:* ANTERIOR NARES SWAB *Report Status: Completed*

## Clinical Testing

| Test Name | Results | Date Reported |
|---|---|---|
| SARS-CoV-2 by rRT-PCR | NOT DETECTED | 02/26/2022 14:07:11 |

Comment:

A Not-Detected result does not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. Test results do not rule out co-infection by bacteria or other viral agents and should be combined with clinical observations, patient history, and epidemiological information.

*This assay utilizes the ThermoFisher TaqPath COVID-19 Combo Kit with RNA isolation performed on the KingFisher Flex Purification system and RT PCR performed on the QuantStudio 12K Flex Real-time PCR System. The assay is performed at Reditus Laboratories, 200 E Enterprise Dr., Pekin, IL 61554. This test was developed and its performance characteristics determined by Reditus Laboratories. It has not been cleared or approved by the US Food and Drug Administration. Such approval is not required for clinical implementation, and the test results have been shown to be clinically useful.*

*Online access to reports and other support resources available at website :* ***www.RedituslLabs.com***



H ealth UIC

University of Illinois Hospital & Health Sciences System
Reference Laboratory
840 South Wood Street Room 170 (M/C 750
Chicago, IL 6061
Ph: 312.355.580

Laboratory Director: Frederick G. Behm, MD

*Lawrence Correctional Center*
*R.R.2 Box 36*
*Sumner Illinois 62466*

| PATIENT NAME | DOB | MRN | SEX | REQUISITION NO. |
|---|---|---|---|---|
| Aaron, Fillmor | 1/10/1975 | 200461921 | male | *RQ932333* |

| PHYSICIAN | OUTSIDE MRN | PRINTED DATE |
|---|---|---|
| *LUKING, CAR SS* | *A248-B63343* | 3/8/2022 8:01 AM |

Final Repor

**Reportable Tests:** Hepatitis C Antibody Reflex to PCR

**Authorizing Provider**

Carissa Lukin , MD

**Hepatitis C AB, Reflex to PCR**

**Hepatitis C Antibody Reflex to PCR** (Final result)

| Component | Value | Ref. Range |
|---|---|---|
| HEPATITIS C AB<br>The test is performed using Abbott Architect Chemiluminescent Microparticle Immunoassay. | Negative | Negative |

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 22H-067CH0193. Ordered by Unspecified. Authorized by Carissa Luking, MD. Collected: 3/7/2022 1200 Received: 3/8/2022 0213.Verified: 3/8/2022 0340. Resulted by UI HEALTH PATHOLOGY LABORATORY.

**Resulting Labs**

| CLIA: 14D06 439 | UI HEALTH PATHOLOGY LABORATORY, 840 South Wood Street Room 215 BLDG 920 (CSB), Chicago IL 60612<br>Director: Frederick Behm M.D. |
|---|---|

NOTED 3/15/22 E

University of Illinois Hospital & Health Sciences System
Reference Laboratory
840 South Wood Street Room 170 (M/C 750)
Chicago, IL 60612
Ph: 312.355.5800

Laboratory Director: Frederick G. Behm, MD

*Lawrence Correctional Center*
*R.R.2 Box 36*
*Sumner Illinois 62466*

| PATIENT NAME | DOB | MRN | SEX | REQUISITION NO. |
|---|---|---|---|---|
| Fillmore, Aaron | 1/10/1975 | 200461921 | male | *RQ995213* |

| PHYSICIAN | OUTSIDE MRN | PRINTED DATE |
|---|---|---|
| *WILLIAMS, DORIS* | *A248-B63343* | 4/16/2022 8:01 AM |

## Final Report

**(Auth)orizing Provider**

**Doris Williams**

**PSA Screening** (Final result)

| Component | Value | Ref. Range |
|---|---|---|
| **PROSTATE SPECIFIC AG** | 0.9 | <4.0 NG/ML |

PSA TEST FOLLOW-UP RECOMMENDATIONS
(from the UIC Prostate Cancer Working Group)

PSA (ng/ml):

| | |
|---|---|
| <1.0 | Repeat in 3 years if High-Risk and age >50. Repeat in 5 years if Average Risk. |
| 1.0-2.5 | Repeat in 2 years if High-Risk. Repeat in 3 years if Average Risk. |
| 2.6-4.0 | Repeat in 1 year. |
| >4.0 | Refer to Urology for evaluation. |

Noted 4/18/22

- High Risk: African-American, 1st degree relative with prostate cancer, known BRCA mutation.
- STOP testing at age 70 (consider earlier or later stop, based on life expectancy > or <10 years).
- Strongly consider referral for PSA increase =>2.0 ng/ml per year or abnormal digital rectal exam.
- Patient should make an informed decision based on the risks and benefits of cancer screening with PSA.

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 22H-106CH0736. Ordered by Unspecified. Authorized by Doris Williams. Collected: 4/15/2022 0500 Received: 4/16/2022 0642.Verified: 4/16/2022 0722. Resulted by UIH.

**Resulting Labs**

| | |
|---|---|
| UIH CLIA: **14D0664392** | UI HEALTH PATHOLOGY LABORATORY, 840 South Wood Street Room 215 BLDG 920 (CSB), Chicago IL 60612<br>Director: Frederick Behm M.D. |



University of Illinois Hospital & Health Sciences System
Reference Laboratory
840 South Wood Street Room 170 (M/C 750)
Chicago, IL 60612
Ph: 312.355.5800

Laboratory Director: Sally A. Campbell-Lee, MD

*Lawrence Correctional Center*
*R.R.2 Box 36*
*Sumner Illinois 62466*

| PATIENT NAME | DOB | MRN | SEX | REQUISITION NO. |
|---|---|---|---|---|
| Fillmore, Aaron | 1/10/1975 | 200461921 | male | *RQ1290536* |

| PHYSICIAN | OUTSIDE MRN | PRINTED DATE |
|---|---|---|
| *BABICH, GLEN* | *A248-B63343* | 1/4/2023 6:01 AM |

Noted M. [illegible] 1/5/23

Final Report

**Values:** **HDL (L), LDL, CALCULATED (H)**

**Authorizing Provider**

**Glen Babich**

**CMP** (Final result)

| Component | Value | Ref. Range | |
|---|---|---|---|
| BLOOD UREA NITROGEN | 14 | 6 - 20 | MG/DL |
| SODIUM | 141 | 135 - 145 | MMOL/L |
| POTASSIUM | 4.0 | 3.5 - 5.2 | MMOL/L |
| CHLORIDE | 103 | 98 - 108 | MMOL/L |
| CO2 CONTENT | 28 | 24 - 32 | MMOL/L |
| GLUCOSE | 98 | 65 - 110 | MG/DL |
| CALCIUM | 9.3 | 8.6 - 10.6 | MG/DL |
| CREATININE | 1.06 | 0.50 - 1.50 | MG/DL |
| TOTAL PROTEIN | 7.9 | 6.0 - 8.0 | GM/DL |
| ALBUMIN | 4.6 | 3.4 - 5.0 | GM/DL |
| ALK PHOS | 83 | 40 - 125 | U/L |
| ALT | 31 | 7 - 50 | U/L |
| AST | 20 | 10 - 40 | U/L |
| BILIRUBIN, TOTAL | 0.8 | <=1.2 | MG/DL |
| ANION GAP | 10 | 3 - 11 | MMOL/L |
| ESTIMATED GFR, CKD-EPI | 87 | >=60 | mL/min/1.73m*2 |

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 23H-004CH0358. Ordered by Unspecified. Authorized by Glen Babich. Collected: 1/3/2023 0500 Received: 1/4/2023 0355.Verified: 1/4/2023 0441. Resulted by UIH.

**Lipid Panel** (Final result)

| Component | Value | Ref. Range | |
|---|---|---|---|
| CHOLESTEROL | 185 | <200 | MG/DL |
| HDL | **32 (L)** | >40 | MG/DL |
| TRIGLYCERIDE | 102 | <150 | MG/DL |
| LDL, CALCULATED | **133 (H)** | <130 | MG/DL |

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 23H-004CH0358. Ordered by Unspecified. Authorized by Glen Babich. Collected: 1/3/2023 0500 Received: 1/4/2023 0355.Verified: 1/4/2023 0441. Resulted by UIH.

Collection Questions

| | |
|---|---|
| **Has the patient been fasting for 8 hours or more?** | Yes |



University of Illinois Hospital & Health Sciences System
Reference Laboratory
840 South Wood Street Room 170 (M/C 750)
Chicago, IL 60612
Ph: 312.355.5800

Laboratory Director: Sally A. Campbell-Lee, MD

*Lawrence Correctional Center*
*R.R.2 Box 36*
*Sumner Illinois 62466*

| PATIENT NAME | DOB | MRN | SEX | REQUISITION NO. |
|---|---|---|---|---|
| Fillmore, Aaron | 1/10/1975 | 200461921 | male | *RQ1290536* |

| PHYSICIAN | OUTSIDE MRN | PRINTED DATE |
|---|---|---|
| *BABICH, GLEN* | *A248-B63343* | 1/4/2023 6:01 AM |

**Resulting Labs**

| UIH CLIA: **14D0664392** | UI HEALTH PATHOLOGY LABORATORY, 840 South Wood Street Room 215 BLDG 920 (CSB), Chicago IL 60612<br>Director: Frederick Behm M.D. |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS

**Covid-19 Rapid Test Result Report**

Lawrence CC
Facility

Offender Name: Fillmore, Aaron (Print Name) ID# B63343

Date of Test: 1-20-23 Time of Test: 130p

Lot Number: COV1120198 Expiration Date: 12-27-2022

COVID-19 Rapid Test Administered by:

[signature] Print Name/Title [signature] Signature/Title

Results of COVID-19 Rapid Test:

☐ Positive ☒ Negative

Medical Provider Notified: ______Yes ______No

If no, Reason: ______________________________

______________________________ Medical Provider Signature ______________ Date

Distribution: Medical Record Laboratory Section

*Printed on Recycled Paper*

DOC0590 (Eff. 6/1

Illinois Department of Corrections
# MEDICAL PERMIT
## Lawrence Correctional Center

Offender Name: Fillmore, Aaron Offender Number: B63343
Housing Unit: SEG

| | |
|---|---|
| ☒ New Order | ☐ Renewal |
| ☐ Change | ☐ Cancel |

☐ Low Bunk - Per Physician Orders the above named inmate is to have
☐ Low Gallery - a low bunk/low gallery due to his medical conditions.
See start Date below.

| | | |
|---|---|---|
| ☐ Medical | ☐ ADA | ☐ State Boots |
| ☐ Cane | | ☐ Special Shoes: ______ |
| ☐ Orthopedic | | |
| ☐ Crutches | | ☐ Contacts |
| ☐ Other: | | |
| ☐ Walker | | ☐ Fan |
| ☐ Slow Walk | | ☐ C-PAP Machine |
| ☐ Hearing Aid(s) | | ☐ No Gym/Yard |
| ☐ Wheel Chair | | ☐ Medical Lay-In |
| ☐ Other ADA: | | ☐ Other: |

Start Date: 1.22.18 Expiration Date: 7.22.18 FRONT CUFF X 6 month

Authorized By:

MD: [signature] Date: 1.22.18

PA: ______ Date: ______

Distribution: Inmate
Medical Records
☐ Clothing
☐ Personal Property
☐ Placement

*Printed on Recycled Paper*

LAW 0356 (Rev 10/2009)

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL SERVICE REFUSAL

## LAWRENCE CORRECTIONAL CENTER

☐ Employee/
☑ Offender

Date: 1/22/18
Time: 10:15 ☑ a.m. ☐ p.m.

Patient Information:
Fillmore (Last Name) ______ (First Name) ______ (MI) ID#: B63343

☑ **Refusal of Services**

I refuse to authorize the performance upon myself or ______ (Name of Patient) of the following treatment rectal exam/prostate check (State nature and extent of treatment)

☐ **Discharge Demand**

I further demand DISCHARGE of myself or ______ (Name of Patient) from ______ (Name of Medical Facility) against the advise of Dr. N/A (Name of Doctor)

Dr. Ahmed/Yshmyan (Name of Doctor) has explained the risks to me, possible complications and probable consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the Lawrence CC (Name of Medical Facility), the Facility, and the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

s/r cno
Print Name of Patient

______
Signature of Patient

__/__/__
Date

When patient is a Minor or Incompetent to give consent:

______
Print Name of Person Authorized to Consent

______
Signature of Person Authorized to Consent

__/__/__
Date

Chad Ray / Yshmyan
Print Name of Witness

[signature] Yshmyan 1-22-18
Signature of Witness

1/22/18
Date

Distribution: Patient's Medical Record or File

Printed on Recycled Paper

DOC 0083 (Rev. 2/2004)

Illinois Department of Corrections

# MONTHLY REFUSAL FORM

## LAWRENCE CORRECTIONAL CENTER

Month:______________

| Date | Name | Number | Medication & Dose | Refusal Signature | Witness |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |

Illinois Department of Corrections

**MEDICAL PERMIT**

**Lawrence Correctional Center**

Offender Name: Fillmore, Aaron Offender Number: B63343

Housing Unit: SEG

| | |
|---|---|
| [X] New Order | [ ] Renewal |
| [ ] Change | [ ] Cancel |

[ ] Low Bunk - Per Physician Orders the above named inmate is to have
[ ] Low Gallery - a low bunk/low gallery due to his medical conditions.
See start Date below.

| | |
|---|---|
| [ ] Medical [ ] ADA | [ ] State Boots |
| [ ] Cane | [ ] Special Shoes: |
| [ ] Orthopedic | |
| [ ] Crutches | [ ] Contacts |
| [ ] Other: | |
| [ ] Walker | [ ] Fan |
| [ ] Slow Walk | [ ] C-PAP Machine |
| [ ] Hearing Aid(s) | [ ] No Gym/Yard |
| [ ] Wheel Chair | [ ] Medical Lay-In |
| [ ] Other ADA: | [ ] Other: NO CUFFING BEHIND BACK x 6 Months |

Start Date: 1·22·2018 Expiration Date: 7·22·2018

Authorized By:

MD: [signature] Date: 2·20·2018

PA: Date:

Distribution: Inmate
Medical Records
[ ] Clothing
[ ] Personal Property
[ ] Placement

*Printed on Recycled Paper*

LAW 0356 (Rev 10/2009)

15pgs

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize Lawrence Correctional Center (Facility) to release the following information: (State specific medical health information to be disclosed including date(s) or date range)

Progress Note - 4/12/18, all EKGs + labs

☒ At Request of Offender and/or: ______ (Purpose of disclosure)

from the records of B63343 (ID#) Aaron Filmore (Print Offender's Name)

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______ (Print Name)

Address: ______ (Street Address)

______ (City) ______ (State) ______ (Zip Code)

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

[signature] (Signature of Offender or Person Authorized to Consent) ______ (Relationship) 6-22-18 (Date)

Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Rev. 01/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL SERVICE REFUSAL

## LAWRENCE CORRECTIONAL CENTER

☐ Employee/

☒ Offender

Date: 10/10/ 2018

Time: 9A ☐ a.m. ☐ p.m.

**Patient Information:**

Fillmore — Last Name | Aaron — First Name | MI | ID#: B63343

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or ______ (Name of Patient)

of the following treatment FLU VACCINE (State nature and extent of treatment.)

☐ **Discharge Demand**

I further demand DISCHARGE of myself or ______ (Name of Patient)

from ______ (Name of Medical Facility) against the advise of Dr. ______ (Name of Doctor)

Dr. SHAH (Name of Doctor) has explained the risks to me, possible complications and probable consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the **Lawrence Correctional Center** (Name of Medical Facility), the Facility, and the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Refused To Sign 587
Print Name of Patient

Signature of Patient

10/10/2018
Date

When patient is a Minor or Incompetent to give consent:

Print Name of Person Authorized to Consent

Signature of Person Authorized to Consent

/ /
Date

Print Name of Witness

Signature of Witness

10 / 10 / 18
Date

Illinois Department of Corrections
**MEDICAL PERMIT**
**Lawrence Correctional Center**

Offender Name: Fillmore, Aaron Offender Number: B63343
Housing Unit: ____________

| | |
|---|---|
| ☐ New Order | ☒ Renewal |
| ☐ Change | ☐ Cancel |

☐ Low Bunk - Per Physician Orders the above named inmate is to have
☐ Low Gallery - a low bunk/low gallery due to his medical conditions.
See start Date below.

| | | |
|---|---|---|
| ☐ Medical | ☐ ADA | ☐ State Boots |
| ☐ Cane | | ☐ Special Shoes: ____ |
| ☐ Orthopedic | | |
| ☐ Crutches | | ☐ Contacts |
| ☐ Other: | | |
| ☐ Walker | | ☐ Fan |
| ☐ Slow Walk | | ☐ C-PAP Machine |
| ☐ Hearing Aid(s) | | ☐ No Gym/Yard |
| ☐ Wheel Chair | | ☐ Medical Lay-In |
| ☐ Other ADA: | | ☒ Other: No cuff behind back |

Start Date: 12/20/18 Expiration Date: 12/20/19

Authorized By:

MD: ____________ Date: ____________

PA: S. Stover NP-C Date: 12/20/18

Distribution: Inmate
Medical Records
☐ Clothing
☐ Personal Property
☐ Placement

*Printed on Recycled Paper*

LAW 0356 (Rev 10/2009)

Illinois Department of Corrections

**MEDICAL PERMIT**

**Lawrence Correctional Center**

Offender Name: Fillmore  Offender Number: B63343

Housing Unit: ______

| | |
|---|---|
| ☒ New Order | ☐ Renewal |
| ☐ Change | ☐ Cancel |

☐ Low Bunk - Per Physician Orders the above named inmate is to have
☐ Low Gallery - a low bunk/low gallery due to his medical conditions.
See start Date below.

| | |
|---|---|
| ☐ Medical ☐ ADA | ☐ State Boots |
| ☐ Cane<br>☐ Orthopedic | ☐ Special Shoes: ______ |
| ☐ Crutches<br>☐ Other: | ☐ Contacts |
| ☐ Walker | ☐ Fan |
| ☐ Slow Walk | ☐ C-PAP Machine |
| ☐ Hearing Aid(s) | ☐ No Gym/Yard |
| ☐ Wheel Chair | ☐ Medical Lay-In |
| ☐ Other ADA: | ☒ Other: Discontinue no cuff behind the back permit. |

Start Date: 9/12/19  Expiration Date: —

Authorized By:

MD: ______ Date: ______

PA: [signature] NP-C  Date: 9/12/19

Distribution: Inmate
Medical Records
☐ Clothing
☐ Personal Property
☐ Placement

*Printed on Recycled Paper*

LAW 0356 (Rev 10/2009)



ILLINOIS DEPARTMENT OF CORRECTIONS

# Authorization for Release of Offender Mental Health or Substance Abuse Treatment Information

**This Authorization may not be used for medical health information (use form DOC 0241)**

The Department of Corrections will not condition treatment on this authorization. Mental health information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization from the offender or offender's representative. If this authorization is for psychotherapy notes, it must not be used as an authorization for any other type of protected health information.

I hereby authorize Lawrence CC to release
Facility

**Section A: Mental Health Information** (State specific Mental Health information to be disclosed including date(s) or date range) :
mental health records 10/2014 to March 2015

**Section B: Substance Abuse Treatment Information** (as indicated below) :

If Substance Abuse Treatment records are being authorized, initial all relevant areas below (including date(s) or date range):

- ☐ Diagnosis
- ☐ Evaluation/Assessment
- ☐ Treatment Plan
- ☐ Summary of Treatment Services
- ☐ Continuing Care Plan
- ☐ Toxicological Reports/Drug Screens
- ☐ Medication Management Information
- ☐ Attendance in Treatment
- ☐ Treatment Progress Report
- ☐ Educational Information
- ☐ Other (specify):

☒ At Request of Offender and/or:
Purpose of disclosure

from the records of B63343 Aaron Fillmore
ID# Print Offender's Name

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other:

Name:
Print Name

Address:
Street Address City State Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

**Signature:** [signature]
Signature of Offender or Person Authorized to Consent — Relationship — Date

**Witness:** [signature] #13427
Print Name — Title

Signature — Date

Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

DOC 0240 (Rev. 01/2005)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

MAR 05 2020
PON

Lawrence Correctional
Facility

☐ Employee

☒ Offender

Date: 11 / 06 / 19
Time: 8:00 ☒ a.m. ☐ p.m.

Patient Information: Fillmore (Last Name) Aaron (First Name) ___ (MI) ID#: B63343

☒ **Refusal of Services**

I refuse to authorize the performance upon (myself) or ______ (Name of Patient)

of the following treatment/medication influenza vaccine
(State nature and extent of treatment or medication and dosage instructions)

☐ **Discharge Demand**

I further demand DISCHARGE of myself or ______ (Name of Patient)

from ______ (Name of Medical Facility) against the advice of Dr. ______ (Name of Doctor)

Dr. Lynn Pittman, D.O. (Name of Doctor) has explained the risks to me, possible complications and probable consequences of refusing treatment/medication or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the Lawrence Correctional Center (Name of Medical Facility), the Facility, and the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT/MEDICATION OR DISCHARGE DEMAND FROM MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

______
Print Name of Patient

[signature]
Signature of Patient

11 / 06 / 19
Date

When patient is a Minor or Incompetent to give consent:

______
Print Name of Person Authorized to Consent

______
Signature of Person Authorized to Consent

/ /
Date

A Frey LPN
Print Name of Witness

[signature] LPN
Signature of Witness

11 / 06 / 19
Date

Distribution: Patient's Medical Record or File

Printed on Recycled Paper

DOC 0083 (Rev.05/2019)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

**Patient Information:**

______________ ______________ ____ ID#: ________
Last Name First Name MI

The following may be used to document a patient's continued refusal of medication provided the medication and dosage as originally prescribed by the physician and documented on side one of this form has not changed. Any change in medication or dosage shall require a new DOC 0083 to be completed:

| **Medication and Dosage:** MEDICATION AND DOSAGE **MUST** BE THE SAME AS ORIGINALLY DOCUMENTED ON SIDE ONE. | |
|---|---|

| Date/Time: | Patient Signature: | Witness Signature: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Patient's Medical Record or File

*Printed on Recycled Paper*

DOC 0083 (Rev.05/2019)

Illinois Department of Corrections
**MEDICAL PERMIT**
**Lawrence Correctional Center**

Offender Name: Fillmore, ~~##~~ Aaron Offender Number: B63343
Housing Unit: ______

| | |
|---|---|
| ☒ New Order | ☐ Renewal |
| ☐ Change | ☐ Cancel |

☐ Low Bunk - Per Physician Orders the above named inmate is to have
☐ Low Gallery - a low bunk/low gallery due to his medical conditions.
See start Date below.

| | |
|---|---|
| ☐ Medical ☐ ADA | ☐ State Boots |
| ☐ Cane | ☐ Special Shoes: ______ |
| ☐ Orthopedic | |
| ☐ Crutches | ☐ Contacts |
| ☐ Other: | |
| ☐ Walker | ☐ Fan |
| ☐ Slow Walk | ☐ C-PAP Machine |
| ☐ Hearing Aid(s) | ☐ No Gym/Yard |
| ☐ Wheel Chair | ☐ Medical Lay-In |
| ☐ Other ADA: | ☒ Other: Waist Chain Due to Deg. narrowing of radial carpal joint. |

Start Date: 11/6/19 Expiration Date: 11/6/20

Authorized By:

MD: ______ Date: ______

PA: S. St NP-C Date: 11/6/19

Distribution: Inmate
Medical Records
☐ Clothing
☐ Personal Property
☐ Placement

*Printed on Recycled Paper*

LAW 0356 (Rev 10/2009)

ILLINOIS DEPARTMENT OF CORRECTIONS
ORIENTATION SCREENING
Pontiac Correctional Center

| Offender Name: | Fillmore, Aaron | | |
|---|---|---|---|
| Offender Number: | B63343 | Date Completed: | 1/27/2020 |

| | | | |
|---|---|---|---|
| **Medication** | | | |
| Renewal Needed | Yes/(No) | Complete Boswell form | Yes/(No) |
| Meds Received N/A | Yes/No | | |
| Problem List | (Yes)/No | Update & note current @ Pon | |
| **Physical Examination** | | | |
| Med. History/Physician's Exam : Current | (Yes)/No | <30yrs-every 5 yrs, 30-39-every 3yrs, 40& up-every 2yrs - If **No** : schedule PE/Lab | |
| **Last** physical date | 1/22/18 | Patient scheduled : Yes/(No) | |
| **3. Laboratory Work** | | | |
| Chem 12 & Lipid Profile | Yes/No | Same as Physical requirements | |
| RPR (Syphilis) | Yes/No | Refer positive RPR to DON | |
| **TB Surveillance** | | | |
| Annual PPD Skin Test : Current | (Yes)/No | (Coordinate with D.O.B) If **No** : Schedule PPD | |
| Past Positive? / Date of last CXR | Yes/(No) | Any new PPD reactors submit 1/2 slip to HCUA | |
| **5. Therapeutic Diets** | | | |
| Therapeutic Diet / Flow Sheets | (Yes)/No | Complete diet form Kosher | |
| **Communicable Diseases** | | | |
| *Hepatitis Type / Hep C* A,B,C,D,E | Yes/(No) | If yes, place on Chronic Clinic worksheet | |
| | | 1/2 slip to CC nurse | Yes/No |
| STD's & Type | Yes/(No) | If TX completed, ZERO action. Note if TX completed | |
| **Chronic Illness Clinic/Condition : If yes, place on Chronic Clinic worksheet** | | | |
| Asthma Clinic | Yes/(No) | | |
| Diabetic Clinic | Yes/(No) | If **Yes** : Do diet order : LCS or LCS/HS snack | |
| TB Clinic | Yes/(No) | If **Yes** : only if on INH/B-6 | |
| Hypertension Clinic | Yes/(No) | | |
| Seizure Clinic | Yes/(No) | If **Yes** : Do Low Bunk permit | |
| HIV Clinic | Yes/(No) | 1/2 slip to CC nurse | Yes/No |
| General Medicine Clinic | Yes/(No) | | |
| **8. Miscellaneous** | | | |
| Psychiatric Problems | Yes/(No) | If yes : Complete MH Referral DOC 0387 | |
| Documentation in Med. Progress Notes | Yes/No | | |
| Received HSTS from facility | Yes/(No) | If **No** : contact transferring facility | |
| Orientation / HSTS Complete | (Yes)/No | | |
| Food Handler Interview completed | Yes/(No) | 1. Cough/URI 2. Open Sores 3.Diarreha 4. Fever 5. Night Sweats 6.Vomiting | |
| Permits | (Yes)/No | 1/2 slip to be renewed here | (Yes)/No |
| Living Will/DNR | Yes/(No) | | |
| Last Eye Exam | Yes/No | unknown | |

**Date & Time Completed :** 1-27-2020 **Name & Title :** Mary Gencke RN

Distribution: Medical File

*Printed on Recycled Paper*

PON 0254 (Rev. 7/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT

Pontiac Correctional Center

FILLMORE AARON — PRINT Offender's Name
B63343 — ID Number
N 246 — Living Unit / Cell Number

☒ New Order (circled) ☒ Renewal (error) ☐ Change ☐ Cancel

| Type of Permit | |
|---|---|
| Date: 1.29.20<br>Duration: 6m | Expiration Date: 7.29.20 |
| ☐ Low Bunk | ☐ Cane |
| ☐ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Ambulate – See permit |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☐ Medical Lay In – WITH Meals | ☐ Shoes/Inserts<br>Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Elastic Sleeve/Brace |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Ice – See permit |
| ☐ Wheelchair Bound | ☐ Shower – See permit |
| ☐ Handicapped – ADA - Reason | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☒ Security Belt (Alt. Cuff) ☐ (Approved) x 6 mont |
| ☐ Medically Unassigned – Exercise encouraged | Miscellaneous: |
| ☐ Exercise – See permit | Miscellaneous: |
| MD Note: (L) LE 3" shorter than Right - S/P ORIF 1982. | |

Copies Sent

Authorized By: [signature], MD Date: 1.29.20.

Input by: @ Copy to Order: ____________

PON 0422 (Eff. 07/2018)

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender: You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.

*Printed on Recycled Paper*

CORRECTIONS

# Medical Services Refusal

PONTIAC CORRECTIONAL Center

☐ Employee/
☐ Offender

Date: 1 / 29 / 20
Time: 0810 ☒ a.m. ☐ p.m.

Patient Information:
Fillmore (Last Name) Aaron (First Name) MI ID#: B63343

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or ____________ (Name of Patient) of the following treatment DRE & genital Exam (State nature and extent of treatment)

☐ **Discharge Demand**

I further demand DISCHARGE of myself or ____________ (Name of Patient) from ____________ (Name of Medical Facility) against the advise of Dr. ____________ (Name of Doctor)

____________ (Name of Doctor) has explained the risks to me, possible complications and probable consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the Pontiac C.C. (Name of Medical Facility), the Facility, and the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Fillmore B63343
Print Name of Patient

unable to sign
Signature of Patient

1 / 29 / 20
Date

When patient is a Minor or Incompetent to give consent:

____________
Print Name of Person Authorized to Consent

____________
Signature of Person Authorized to Consent

___ / ___ / ___
Date

[signature]
Print Name of Witness

[signature]
Signature of Witness

1 / 29 / 20
Date

Distribution: Patient's Medical Record or File

Printed on Recycled Paper

DOC 0083 (Rev. 2/2004)

TO: Medical Records Dept.

From: Fillmore # B63343, NA-443

RE: Medical Records Request

Date: August 19, 2020

Would you please provide me with:

1.) Radiological Report from X-rays taken on August 18, 2020.

Thank you.

[signature]

NOTE:

I have not requested more than 50 pages this year.

To: Medical Records Dept.

From: Fillmore # B63343, NA-443

FILLMORE LCC (MR) 0245

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize PONTIAC CORRECTIONAL CENTER (Facility) to release the following information: (State specific medical health information to be disclosed including date(s) or date range)

: See attached

☑ At Request of Offender and/or: ______ (Purpose of disclosure)

from the records of B63343 (ID#) Aaron P. Fillmore (Print Offender's Name)

to: ☑ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______ (Print Name)

Address: ______ (Street Address)

______ (City) ______ (State) ______ (Zip Code)

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☑ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization): ______

AUG 27 REC'D

copied 16 pages KK

**Signature:**

[signature] (Signature of Offender or Person Authorized to Consent) Self (Relationship) 8-19-20 (Date)

Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Rev. 01/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT

**Pontiac Correctional Center**

Fillmore Aaron — PRINT Offender's Name
B63343 — ID Number
N246 — Living Unit / Cell Number

☒ New Order ☐ Renewal ☐ Change ☐ Cancel

| Type of Permit | |
|---|---|
| Date: 8-18-20 Duration: 6 m | Expiration Date: ~~8.18~~ 2.18.2021. |
| ☐ Low Bunk | ☐ Cane |
| ☐ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Ambulate – See permit |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☐ Medical Lay In – WITH Meals | ☐ Shoes/Inserts Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Elastic Sleeve/Brace |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Ice – See permit |
| ☐ Wheelchair Bound | ☐ Shower – See permit |
| ☐ Handicapped – ADA - Reason | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☒ Security Belt (Alt. Cuff) ☒ (Approved) 8-21-20 X 6 months |
| ☐ Medically Unassigned – Exercise encouraged | Miscellaneous: |
| ☐ Exercise – See permit | Miscellaneous: |
| MD Note: L LE 3" shorter than R LE S/p orif 1982 | |

Authorized By: [signature] Andrew Tilden, MD ,MD Date: 8.18.20

Input by: 8-21 [initials] Copy to Order: ______

PON 0422 (Eff. 07/2018)

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender: You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.

*Printed on Recycled Paper*

scanned 8-19-20

JB Pritzker
Governor

Rob Jeffreys
Acting Director

The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 9-15-20

TO: OFFENDER: Fillmore, Aaron NUMBER: B63343 CELL: NA443

FROM: MEDICAL RECORDS

SUBJECT: SUBJECT: RECEIPT OF REQUESTED MEDICAL / MENTAL HEALTH RECORDS

I HAVE RECEIVED COPIES OF MY REQUESTED MEDICAL / MENTAL HEALTH RECORDS.

[signature], B63343, 9-15-20
OFFENDERS SIGNATURE, IDOC #, DATE

Linda Jarrett CNA, 9-15-20
NURSING STAFF DELIVERING COPIES, DATE

COST BREAKDOWN: 16 Pages enclosed

~~____ Pages X $0.15 = $____.~~

OR

16 of 50 free copies in 2020

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT

Pontiac Correctional Center

Fillmore Aaron — B63343 — N 443

PRINT Offender's Name — ID Number — Living Unit / Cell Number

☒ New Order ☐ Renewal ☐ Change ☐ Cancel

| Type of Permit | |
|---|---|
| Date: 2-17-21<br>Duration: 1yr | Expiration Date: 2-17-22 |
| ☐ Low Bunk | ☐ Cane |
| ☐ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Ambulate – See permit |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☐ Medical Lay In – WITH Meals | ☐ Shoes/Inserts Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Elastic Sleeve/Brace |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Ice – See permit |
| ☐ Wheelchair Bound | ☐ Shower – See permit |
| ☐ Handicapped – ADA - Reason | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☒ Security Belt (Alt. Cuff) ☐ (Approved) x1yr |
| ☐ Medically Unassigned – Exercise encouraged | Miscellaneous: |
| ☐ Exercise – See permit | Miscellaneous: |
| MD Note: (R) arm deformity | |

Authorized By: Alison Burchardt NP, MD Date: 2-17-21

Input by: 2-18 KK Copy to Order: ________

PON 0422 (Eff. 07/2018)

Distribution:
Original-Medical Records
Supply Personnel (if equipment is needed)
Lt. of Cellhouse
Offender: You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT

**Pontiac Correctional Center**

Fillmore, Aaron — PRINT Offender's Name
B63343 — ID Number
NA 443 — Living Unit / Cell Number

☐ New Order ☒ Renewal ☐ Change ☐ Cancel

| Type of Permit | |
|---|---|
| Date: 2-15-22<br>Duration: 1yr | Expiration Date: ~~2-15-23~~ 8-15-22 |
| ☐ Low Bunk | ☐ Cane |
| ☐ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Ambulate – See permit |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☐ Medical Lay In – WITH Meals | ☐ Shoes/Inserts<br>Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Elastic Sleeve/Brace |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Ice – See permit |
| ☐ Wheelchair Bound | ☐ Shower – See permit |
| ☐ Handicapped – ADA - Reason | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☒ Security Belt (Alt. Cuff)<br>☐ (Approved) ~~x 1yr~~ 6months |
| ☐ Medically Unassigned – Exercise encouraged | Miscellaneous: |
| ☐ Exercise – See permit | Miscellaneous: |

MD Note: (L) arm deformity

Authorized By: [signature], MD Date: 2-15-22

Input by: 2-15 KK Copy to Order: ____________

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender: **You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.**

PON 0422 (Eff. 07/2018)

*Printed on Recycled Paper*

## Illinois Department of Corrections
## Coronavirus Supplemental Screening for Intakes/Parole Violators

CDC is closely monitoring an outbreak of respiratory illness caused by a novel (new) coronavirus (named "2019-nCoV") that was first detected in Wuhan City, China and which continues to expand. Infections with 2019-nCoV, most of them associated with travel from Wuhan, also are being reported in a growing number of international locations, including the United States, with the virus reportedly spreading from person-to-person.

**Medical personnel should complete this form for all offenders received during intake and for each Parole Violator who is returned to the facility.**

| Date/Time: 3-1-22 | | | |
|---|---|---|---|
| Offender/Parolee Name: Fillmore, Aaron | | Offender/Parolee Number: B63343 | |
| 1. | Does the Offender/Parolee have a fever ≥ 100.0° Fahrenheit (37.8°C) | Yes | (No) |
| 2. | Does the Offender/Parolee have symptoms of lower respiratory illness (e.g. cough, shortness of breath) | Yes | (No) |
| 3. | If "Yes" to number 2, did the Offender/Parolee travel to or spend time with someone from China, Iran, South Korea or Italy. These 4 countries are under a Level 3 Travel Health Advisory. If "Yes", when ____________ | Yes | No |
| 4. | If "Yes" to number 2, did the Offender/Parolee have close contact with a person who is under investigation for 2019-nCoV while that person was ill? | Yes | No |

***For an individual answering "Yes" to questions #1, 3, or 4, immediately provide the offender/parolee with a mask and refer them to their medical provider with instructions that they must stay on leave until medically cleared to work by a licensed clinician and return to work with a note. Medical personnel shall immediately notify the Healthcare Unit Administrator.***

***If NO: Individual is clear for purpose of this screening.***

**Completed by:**

**Medical Personnel Printed Name:** Bobel, LPN ____________ **Date/Time:** 3/1/22 7:35p

**Note:**
Close contact is defined as:

a. Being within approximately 6 feet (2 meters) or within the room or care area for a prolonged period (e.g. healthcare personnel, household members) while not wearing recommended personal protective equipment (i.e. gloves, respirator, eye protection).
b. Having direct contact with infectious secretions (e.g. being coughed on) while not wearing recommended personal protective equipment.

Version: 3/11/20

ILLINOIS DEPARTMENT OF CORRECTIONS
**Laboratory and Radiology Summary**

Lawrence Correctional Center
Facility

Date: 04/18/22

Offender/Patient Name: Fillmore, Aaron

Offender ID Number: B63343

Housing Unit: R8 AU23

The following checked results were found to be normal or stable by M. Wise FNP-C, ~~MD~~.

Laboratory completed: 04/15/22

Radiology completed:

PSA level is normal

M. Wise FNP-C

## Issuable Medication Pickup

Date 6/11/22

Individual Name Fillmore, Aaron Individual Number B63343

Housing Unit 6AU23

RE: Issuable Medication Pickup

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedure with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| meloxicam (7.5mg) | 60 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

[signature] Individual Signature

B63343 Individual Number

Distributed By [signature] Leslie Lester

Verified By: Initial [initials]

CC: Medical Records

LAW 0839 (Revised 5/1/22)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Individual in Custody Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize Lawrence Correctional Center (Facility) to release the following information: (State specific medical health information to be disclosed including date(s) or date range)

JUN 21 2022

x-ray - 4/28/22

☒ At Request of Individual in Custody and/or: ______ Purpose of disclosure

from the records of B63343 (ID#) Aaron Fillmore (Print Individual in Custody's Name)

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______ Print Name

Address: ______ Street Address

______ City ______ State ______ Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature ( ______ )

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

[signature] Signature of Individual in Custody or Person Authorized to Consent — inmate (Relationship) — 6-19-22 (Date)

Give Individual in Custody a copy if DOC made the request for release.

Distribution: Individual in Custody's Medical File

*Printed on Recycled Paper*

DOC 0241 (Rev. 11/2021)

Sent 7/25/22

JB Pritzker
Governor

Rob Jeffreys
Director

**The Illinois Department of Corrections**

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# MEMORANDUM

DATE: 7/25/22

TO: Fillmore B63343

FROM: Medical Records

SUBJECT: Receipt of Medical/Mental Health Records

I have received copies of my requested medical/mental health records.

[signature] B63343, 4-25-22
Signature IDOC# Date

Once signed, please return this form to Medical Records.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in individuals in custody behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

AUG 0 5 2022

To: Medical Records

From: Fillmore #B63343, 8-B4-2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Laboratory and Radiology Summary**

Lawrence Correctional Center
Facility

Date: 7/25/22

Offender/Patient Name: Fillmore, Aaron

Offender ID Number: B63343

Housing Unit: 8BU23

The following checked results were found to be normal or stable by ____________, MD.

Laboratory completed: ____________

Radiology completed: ____________

Your mobic was renewed on 6/10/22.
Chart review was performed & at this time you do not qualify for waist chain permit. Will not renew permit.
M. Wise FNP

Distribution: Offender Medical Record
Offender

Printed on Recycled Paper

DOC 0510 (Eff 9/2016)

# Issuable Medication Pickup

Date 8/2/23

Individual Name Fillmore, A Individual Number B63343

Housing Unit ~~6A423~~ 8-BU.23

RE: Issuable Medication Pickup

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clini medication prescription. I also understand that I may choose to utilize the sick call procedure with my health care concerns, either acute or c clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Meloxicam 7.5mg | 60 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

[signature] B63343 8/2/2

Individual Signature Individual Number

Distributed By [signature]

Verified By: Initial NA

CC: Medical Records

LAW 0839 (Revised 5/1/22)

## Issuable Medication Pickup

Date 8-5-22

Individual Name Fillmore, A

Individual Number B63343

Housing Unit 8-B-23

RE: Issuable Medication Pickup

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clin medication prescription. I also understand that I may choose to utilize the sick call procedure with my health care concerns, either acute or clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Meloxicam 7.5mg | 60 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

[signature] B63343 8-5-22

Individual Signature Individual Number

Distributed By [signature]

Verified By: Initial ______

CC: Medical Records

LAW 0839 (Revised 5/1/22)

**Issuable Medication Pickup** Date 8/24/22

Individual Name Fillmore, A Individual Number B63343

Housing Unit 8BU23

RE: Issuable Medication Pickup

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptio refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic c medication prescription. I also understand that I may choose to utilize the sick call procedure with my health care concerns, either acute c clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Acetaminophen 500mg | 30 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

[signature] B63343 8-24-[illegible]

Individual Signature Individual Number

Distributed By [signature] Verified By: Initial NA

CC: Medical Records LAW 0839 (Revised 5/1/22)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

Lawrence Correctional Center
**Facility**

☐ **Employee**

☒ **Offender**

Date: 10/25/2022
Time: 12:00 ☐ a.m. ☒ p.m.

**Patient Information:**

Fillmore (Last Name) ______ (First Name) ______ (MI) ID#: B63343

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or ______ (Name of Patient)

of the following treatment/medication Influenza vaccine (State nature and extent of treatment or medication and dosage instructions)

☐ **Discharge Demand**

I further demand DISCHARGE of myself or ______ (Name of Patient)

from ______ (Name of Medical Facility) against the advice of Dr. ______ (Name of Doctor)

Dr. Glen Babich, MD (Name of Doctor) has explained the risks to me, possible complications and probable consequences of refusing treatment/medication or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the LAWRENCE CORRECTIONAL CENTER (Name of Medical Facility), the Facility, and the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT/MEDICATION OR DISCHARGE DEMAND FROM MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Refused to sign
Print Name of Patient

______
Signature of Patient

10/25/2022
Date

When patient is a Minor or Incompetent to give consent:

______
Print Name of Person Authorized to Consent

______
Signature of Person Authorized to Consent

/ /
Date

S deWeeselp
Print Name of Witness

S deWeeselp
Signature of Witness

10/25/2022
Date

Distribution: Patient's Medical Record or File

*Printed on Recycled Paper*

DOC 0083 (Rev.05/2019)

NA 443

**Clinic Location:** PCC

**Moderna** ☑ **Pfizer** ☐

**Appointment Date:** 3/30/21

COVID 19 VACCINE Registration and consent form

**First Name:** Aaron **Last Name:** Fillmore **MI:** B63343

**Street:** ______ **City:** ______ **State:** ___ **Zip:** ______

**Phone number:** ______ **Birthdate:** ~~1/21/95~~ 1/10/75 **Age:** ______ **Gender:** (M)/F

**Primary Care Physician:** ______

| | | |
|---|---|---|
| Are you experiencing any symptoms of the COVID-19 Virus? | Yes | (No) |
| Have you received your first dose of the Moderna COVID-19 vaccine? | (Yes) | No |
| Have you had a positive test for COVID-19 or has a doctor ever told you that you had COVID-19? | Yes | (No) |
| Have you ever had an allergic reaction to any COVID-19 vaccine? | Yes | (No) |
| Have you ever been seen by a doctor for what was described as an adverse reaction to the Covid-19 vaccine (this would not include expected reactions to the vaccination which may include fever, myalgia, injection site pain or redness, etc...)? | Yes | (No) |
| Do you have a history of allergic reaction or ever experienced a severe allergic reaction? | Yes | (No) |
| Have you received passive antibody therapy (monoclonal antibodies or convalescent serum) as treatment for COVID-19? | Yes | (No) |
| Have you received another vaccine within the past 14 days? | Yes | (No) |
| Do you have a bleeding disorder or are you taking a blood thinner? | Yes | (No) |
| Are you receiving influenza antiviral medications? | Yes | (No) |
| Are you pregnant or breastfeeding? | Yes | (No) |

I have received a copy of the COVID 19 Vaccine Information Statement (VIS) and have read or had it explained to me. I have had a chance to ask questions, which were answered to my satisfaction.

I understand the benefits and risks of the COVID 19 vaccine and request that the vaccine be given to me/or the person for whom I am authorized to make this request.

PATIENT SIGNATURE: [signature]

**********************For Health Care/Office use ONLY**********************

**Dose:** 2: (L) R (Deltoid) Thigh IM 0.25 ml or (0.50 ml) Lot number 007B21A

Exp. 9-8-21

Healthcare Provider Signature/Title: [signature] Date: 3-30-21

**Documented in I-Care: YES NO** **Initials:** ______

NA-443

Clinic Location:

Moderna ☑ Pfizer ☐

Appointment Date:

COVID 19 VACCINE Registration and consent form

**First Name:** Aaron **Last Name:** Fillmore **MI:** B63343

**Street:** P.O. Box 99 **City:** Pontiac **State:** IL **Zip:** 61764

**Phone number:** ____________ **Birthdate:** 1-10-75 **Age:** 46 **Gender:** M

**Primary Care Physician:** ____________

| | | |
|---|---|---|
| Are you experiencing any symptoms of the COVID-19 Virus? | Yes | (No) |
| Have you ever received a dose of the COVID-19 vaccine? | Yes | (No) |
| Have you had a positive test for COVID-19 or has a doctor ever told you that you had COVID-19 | Yes | (No) |
| Do you have a history of allergic reaction or ever experienced a severe allergic reaction? | Yes | (No) |
| Have you received passive antibody therapy (monoclonal antibodies or convalescent serum) as treatment for COVID-19? | Yes | (No) |
| Have you received another vaccine within the past 14 days? | Yes | (No) |
| Do you have a bleeding disorder or are you taking a blood thinner? | Yes | (No) |
| Are you receiving influenza antiviral medications? | Yes | (No) |
| Are you pregnant or breastfeeding? | Yes | (No) |

I have received a copy of the COVID 19 Vaccine Information Statement (VIS) and have read or had it explained to me. I have had a chance to ask questions, which were answered to my satisfaction.

I understand the benefits and risks of the COVID 19 vaccine and request that the vaccine be given to me/or the person for whom I am authorized to make this request.

PATIENT SIGNATURE: [signature]

*****************************For Nurse/Office use*******************************

**Dose: 1:**

(L) R (Deltoid) Thigh (IM) 0.25 ml ~~0.50 ml~~ Lot number 011A21A Exp: 8/16/21

Nurse Signature: [signature] Date: 3/2/21

*PONTIACCC210241*

[Pri]nted in I-Care: YES NO Initials: ____________