IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**Aaron Fillmore,**             )
                                )
          **Plaintiff,**   )
                                )
vs.                             )  Case No. 3:22-cv-2705 -GCS
                                )
**M Wise et al,**               )
                                )
          **Defendants.**  )

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order entered on March 28, 2025 (Doc. 129), the Court **GRANTS** Defendants Myers's and Wise's motion for summary judgment, (Doc. 107); **GRANTS** Defendant Hughes's motion for summary judgment, (Doc. 125); and **DENIES** Plaintiff's motion for summary judgment, (Doc. 100). The Court **FINDS** in favor of Defendant Latoya Hughes and against Plaintiff Aaron Fillmore on Counts 1 and 2; **FINDS** in favor of Defendants Percy Myers and Melissa Wise and against Plaintiff Aaron Fillmore on Count 3; and **FINDS** in favor of Defendant Melissa Wise and against Plaintiff Aaron Fillmore on Count 4.

Pursuant to the Order entered on November 22, 2022 (Doc. 7) Defendant Lori Cunningham was terminated.

Accordingly, this matter is DISMISSED and the case is closed.

**IT IS SO ORDERED.**

DATED: March 28, 2025

                                              MONICA A. STUMP, Clerk of Court
                                              *s/ Catina Simpson*
                                              Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge