In the United States District Court for the Southern District of Illinois

Aaron Fillmore,

       Plaintiff,

    V.

Latoya Hughes, et al.

      Defendants.

NO. 3:22-cv-02705-GCS

## PLAINTIFF'S OBJECTIONS AND MOTION TO ALTER OR AMEND THE JUDGMENT

Now comes plaintiff Aaron Fillmore, pro se, with his objections and motion to alter or amend the judgment pursuant to Fed. R. Civ. Proc. 59(e) based upon a manifest error of fact.

## BACKGROUND

1.) Plaintiff is a state prisoner and filed a §1983 claim against defendants for deliberate indifference and failing to accommodate his disability, thus denying him programs, services and activities. (DOC 1). Plaintiff has a known and clear permanent physical disability that mandates alternative cuffing. (DOC 1, 24).

Page 1 of 5

On March 28, 2025 the Court entered a judgment in favor of defendants on plaintiffs ADA/RA and deliberate indifference claims in this matter.

## ARGUMENT

### PLAINTIFF ESTABLISHED DISPUTED MATERIAL FACTS OF ADA/RA AND DELIBERATE INDIFFERENCE AGAINST DEFENDANTS MYERS AND WISE IN FAILING TO ACCOMMODATE HIS DISABILITY

Plaintiff alleges a manifest error of fact by this court as follows:

1.) The courts finding that plaintiff did not allege or produce evidence of injury is contrary to the record. (Order @ 10). Plaintiff's verified complaint at ¶¶ 17 & 24 clearly alleges that only through the use of excessive force it is impossible to cuff plaintiff behind his back without causing unnecessary and wanton infliction of pain and injury. Plaintiff's sworn deposition testimony also alleges this undisputed material fact. (Pl. Depo. at p. 96 line 4-16). Plaintiff could not be handcuffed behind his back, it was physically impossible. (Pl. Depo. at p.115 lines 3-8)(DOC 24).

A failure to accommodate claim is not about substandard medical care, nor medical malpractice. Brown v. Meisner, 81 F.4th 706, 709 (7th cir. 2023). To prevail under a failure to accommodate claim, a plaintiff must show that defendant reasonably could have accommodated his disability but refused to do so. Finley v. Huss, 102 F.4th 789, 820 (6th cir. 2024). This is a classic ADA/RA violation case where plaintiff was physically unable to be cuffed behind his back due to his permanent disability and was denied all accommodations by defendants. (See: Pl. Depo. at p. 71 lines 15-22; p. 72 lines 13-15; p. 79 lines 2-5; p. 95 lines 9-25; p. 96 lines 1, 4-16; p. 100 lines 1-5; p. 115 lines 3-11). Plaintiff was forced to deny/refuse programs outside of his cell by defendants refusal to renew his medical permit. Failure to renew plaintiffs medical permit for alternative cuffing for his permanent physical disability is deliberate indifference. Thomas v. Martija, 991 F.3d 763, 769-70 (7th cir. 2021); Palmer v. Franz, 928 F.3d 560, 564 (7th cir. 2019).

Therefore, the courts finding that plaintiff "claims it hurt when he was cuffed behind the back" and not alleged "that he was physically unable to be cuffed behind his back" is a manifest error of fact.

Page 3 of 5

WHEREFORE, plaintiff respectfully requests this court to alter and amend its March 28, 2025 summary judgment against him on his ADA/RA and deliberate indifference claims in Counts 1-3 in this matter.

Respectfully Submitted,

April 2, 2025

Aaron Fillmore
# 90254, NENMCF
185 Dr. Michael Jenkins Rd.
Clayton, NM 88415

## CERTIFICATE OF SERVICE

I, Aaron Fillmore, hereby declare under Sec. 1746, 28 U.S.C. that I served upon:

Jennifer Powell
Assist. Attorney General
201 W. Pointe Dr. Ste.#7
Belleville, IL 62226

&

Alison Matusofsky
Cassiday Schade, LLP
100 N. Broadway #1580
St. Louis, MO 63102

a true copy of; Plaintiffs Objections and Motion to Alter or Amend the Judgment by U.S. Mail by placing same in NENMCF institutional mail for mailing with proper first-class postage paid on April 2, 2025

Page 5 of 5

Aaron Fillmore
#90259,NENMCF
185 Dr. Michael Jenkins Rd.
Clayton, NM 88415

MPAL CLEARED
HS MARSHALL

ALBUQUERQUE NM  870

4 APR 2025   PM 2  L

FOREVER / USA

Clerk of the Court
United States District Court,
Southern District of Illinois
750 Missouri Ave.

LEGAL MAIL

62201 2954 C002                                    62201





RECEIVED

APR 14 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022