In the United States District Court for the
Southern District of Illinois

Aaron Fillmore,
    Plaintiff,
v.
Latoya Hughes, et al.
    Defendants.

No. 3:22-cv-02705-GCS

## NOTICE OF APPEAL

Now comes plaintiff, Aaron Fillmore, pro se, hereby giving notice and hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in favor of defendants and against the plaintiff on September 10, 2025

Date: September 17, 2025

Respectfully Submitted,

Aaron Fillmore
#90259, GCCF
P.O. Drawer 520
Santa Rosa, NM 88435

# CERTIFICATE OF SERVICE

I, Aaron Fillmore, hereby certify that I served upon:

| | |
|---|---|
| Alison J. Matusofsky<br>Cassiday Schade LLP<br>100 North Broadway, Ste #1580<br>St. Louis, MO 63102 | Jennifer Powell<br>Assist. Attorney General<br>201 W. Pointe Dr., Ste #7<br>Belleville, IL 62226 |

a true copy of: Notice of Appeal by U.S. Mail by placing same properly addressed in GCCF institutional mail for mailing with proper first-class postage paid on September 17, 2025

*[signature]*